**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Timothy Place, NFP** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Park Place of Elmhurst** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-1835089** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1050 Euclid Avenue** <br> **Elmhurst, IL 60126** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **DuPage** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **elmhurst-seniorliving.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   **Timothy Place, NFP**
_____   Case number (*if known*) _____
Name

**7.   Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**6233**

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ A plan is being filed with this petition.

■ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | **N.D. IL** | When | **1/17/16** | Case number | **16-01336** |
| District | | When | | Case number | |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | |
|---|---|---|---|
| Debtor | **Christian Healthcare Foundation, NFP** | Relationship | **Affiliate** |
| District | **N.D. IL** | When | Case number, if known |

Debtor   **Timothy Place, NFP**
<br>Name

Case number (*if known*) _____

Debtor   **Timothy Place, NFP**
_____   Case number (*if known*) _____
      Name

---

**11.** **Why is the case filed in**    *Check all that apply:*
**this district?**

    ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
       preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or**   ■ **No**
**have possession of any**
**real property or personal**   ☐ **Yes.**   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**

      **Why does the property need immediate attention?** (*Check all that apply.*)

      ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

         What is the hazard? _____

      ☐ It needs to be physically secured or protected from the weather.

      ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
        livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

      ☐ Other _____

      **Where is the property?** _____
                         Number, Street, City, State & ZIP Code

      **Is the property insured?**

      ☐ **No**

      ☐ **Yes.**   Insurance agency _____

             Contact name _____

             Phone _____

---

    ■   **Statistical and administrative information**

**13.** **Debtor's estimation of**   .   *Check one:*
**available funds**

    ■ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of**   ☐ 1-49            ☐ 1,000-5,000         ☐ 25,001-50,000
**creditors**             ☐ 50-99           ☐ 5001-10,000        ☐ 50,001-100,000
            ☐ 100-199         ☐ 10,001-25,000      ☐ More than100,000
            ■ 200-999

---

**15.** **Estimated Assets**   ☐ $0 - $50,000        ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
            ☐ $50,001 - $100,000     ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
            ☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
            ☐ $500,001 - $1 million    ■ $100,000,001 - $500 million  ☐ More than $50 billion

---

**16.** **Estimated liabilities**   ☐ $0 - $50,000        ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
            ☐ $50,001 - $100,000     ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
            ☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
            ☐ $500,001 - $1 million    ■ $100,000,001 - $500 million  ☐ More than $50 billion

---

Fill in this information to identify your case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct. |

Executed on   __December 15, 2020__
              MM / DD / YYYY

x _Barry VanderGenugten_          Barry VanderGenugten
Signature of authorized representative of debtor   Printed name

Title   __Chief Financial Officer__

| | | |
|---|---|---|
| 18. Signature of attorney | x _Bruce C. Dopke_ | Date  December 15, 2020 |
| | Signature of attorney for debtor | MM / DD / YYYY |

__Bruce C. Dopke 3127052 Member__
Printed name

__Dopkelaw LLC__
Firm name

__1535 W. Schaumburg Road__
__Suite 204__
__Schaumburg, IL 60194__
Number, Street, City, State & ZIP Code

Contact phone   __847-524-4811__          Email address   __bd@dopkelaw.com__

__3127052 IL__
Bar number and State

## RESOLUTION

### Timothy Place, NFP

*Whereas*, Rest Haven Illiana Christian Convalescent Home, d/b/a Providence Life Services (the "**Corporation**"), Timothy Place, NFP d/b/a Park Place Christian Community of Elmhurst (the "**Park Place**") and Christian Healthcare Foundation, NFP d/b/a Providence Healthcare Foundation (the "**Foundation**") (and Park Place and the Foundation, collectively, the "**Debtors**") are currently in discussions with the Debtors' largest creditors concerning a restructuring of the Debtors' indebtedness to their respective creditors; and

*Whereas*, the Debtors entered into a "Forbearance Agreement" dated as of May 14, 2020 (the "**Forbearance Agreement**") with UMB Bank, N.A. in its capacity as Bond Trustee under the Bond Indenture dated as of April 1, 2016 (the "Bond Trustee") and as Master Trustee under the Master Trust Indenture dated as of April 1, 2016 (the "Master Trustee" and with the Bond Trustee, collectively and singly, the "Trustee"); and

*Whereas*, pursuant to the Forbearance Agreement, the Trustee has refrained from taking actions which it could otherwise initiate, including, among other things, declaring the Debtors to be in default of certain of their obligations under its agreements with the Trustee, and initiating legal action to remedy those defaults; and

*Whereas*, in connection with their entry into the Forbearance Agreement, the Debtors have also entered into that certain "Plan Support Agreement" dated as of May 14, 2020 (the "**Plan Support Agreement**") with two of the Debtors' largest creditors, namely ███████ ████████████ (the "**Consenting Creditors**") which describes, in detail, the terms under which the Debtors may file voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code (the "**Cases**") in the Northern District of Illinois, Eastern Division (the "**Court**"), and, among other things, file and prosecute to confirmation a joint Plan of Reorganization (the "**Plan**") in the Cases under which the Debtors' indebtedness to the Trustee, the Consenting Creditors and other holders of those certain bonds issued on April 1, 2016 by the Illinois Finance Authority which consist of $103,691,500 of Revenue Bonds, Series 2016A (Park Place of Elmhurst Project ("2016A Bonds"), $20,514,750 of Revenue Bonds, Series 2016B (Park Place of Elmhurst Project ("2016B Bonds") and $21,918,750 of Excess Cash Revenue Bonds, Series 2016C (Park Place of Elmhurst Project) ("2016C Bonds" and collectively with the 2016A and 2016B Bonds, the "2016 Bonds") shall be restructured; and

*Whereas*, the board of Park Place has met at a meeting duly noticed under Park Place's by-laws, and discussed the courses of action available to Park Place in the event that the actions outlined in the Forbearance Agreement and the Plan Support Agreement are not completed, and has determined, following due deliberation, to authorize the actions described in this Resolution; and

–1–

*Whereas*, given the public declaration of the Covid-19 pandemic, State officials have issued executive orders which, among other things, apply restrictions to in-person meetings of all kinds.

*Now therefore*, it is Resolved that Park Place is authorized to take all steps reasonable and necessary in its discretion to prepare for and, if the Corporation deems it necessary, file the Cases in the Court seeking and implementing the relief described in the Forbearance Agreement, the Plan Support Agreement and the exhibits to those documents.

*It is further resolved*, without limiting any of the discretion conferred on Park Place by the foregoing resolution, that Park Place, in its individual capacity, is authorized to take all steps reasonable and necessary in aid of and in pursuit of the confirmation and implementation of the Plan which are described in the Forbearance Agreement and the Plan Support Agreement and the exhibits and schedules thereto, including without limitation the "Restructuring Term Sheet" which is attached to the Forbearance Agreement as Exhibit 1 and which, among other things, contemplates that the Corporation will make financial accommodations to the Debtors which include (without limitation) the use of $3,000,000.00 of Corporate funds to provide liquidity support to the restructured Debtors, plus an additional $657,563.00 of Corporate funds to pay for principal of the Series 2016C bonds plus 3% of the interest which has accrued on those bonds through the effective date of the Plan; plus the use of up to an additional $1 Million of Corporate funds to pay the cost of issue and exchange of  municipal bonds to be exchanged for some of the existing bonds which are now outstanding, among other things.

*It is further resolved*, without limiting any of the discretion conferred on Park Place by the foregoing resolution, that Park Place is authorized to retain Bruce C. Dopke and the firm of Stahl Cowen Crowley Addis LLC as its general bankruptcy counsel, on terms (including provisions for a retainer) as may be agreed to by Mr. Dopke, Park Place and the Corporation, and with instructions to prepare Park Place for the commencement of the Cases in the Court, the prosecution of the Plan to confirmation by the Court, and all of the additional steps (including those which are described in the Plan Support Agreement and the exhibits thereto) to be taken by Park Place to prosecute the Cases and complete the actions described in the Forbearance Agreement, the Plan Support Agreement and the foregoing resolutions of the Board.

*It is further resolved* that due to the extraordinary circumstances presented by the Covid-19 pandemic and the actions and guidelines issued by the executive branch of the government of the State of Illinois, the provisions of Park Places bylaws in Article V Section F and in keeping with Park Place's highest concern for the health and well-being of all persons who serve Park Place in any capacity including Board membership, any requirement of notice of the meeting of the Board to consider this and all of the other Resolutions noted above is waived.

### Certification

On motion of the board, the foregoing resolutions were adopted this 15th day of July, 2020.

On roll call, the members voted as follow:

AYE:   Tim Breems, Al Diepstra, Ken Hoving, Arnold Koldenhoven, Cal Tameling, Don Van Dyk and Rich Van Hattem

NAY:

ABSENT:

APPROVED:

_____
Rich Van Hattem, President

ATTEST:

_____
Don Van Dyk, Secretary

−3−

## RESOLUTION

### Rest Haven Illiana Christian Convalescent Home

*Whereas*, Rest Haven Illiana Christian Convalescent Home, d/b/a Providence Life Services (the "**Corporation**"), Timothy Place, NFP d/b/a Park Place Christian Community of Elmhurst (the "**Park Place**") and Christian Healthcare Foundation, NFP d/b/a Providence Healthcare Foundation (the "**Foundation**") (and Park Place and the Foundation, collectively, the "**Debtors**") are currently in discussions with the Debtors' largest creditors concerning a restructuring of the Debtors' indebtedness to their respective creditors; and

*Whereas*, the Debtors entered into a "Forbearance Agreement" dated as of May 14, 2020 (the "**Forbearance Agreement**") with UMB Bank, N.A. in its capacity as Bond Trustee under the Bond Indenture dated as of April 1, 2016 (the "Bond Trustee") and as Master Trustee under the Master Trust Indenture dated as of April 1, 2016 (the "Master Trustee" and with the Bond Trustee, collectively and singly, the "Trustee"); and

*Whereas*, pursuant to the Forbearance Agreement, the Trustee has refrained from taking actions which it could otherwise initiate, including, among other things, declaring the Debtors to be in default of certain of their obligations under its agreements with the Trustee, and initiating legal action to remedy those defaults; and

*Whereas*, in connection with their entry into the Forbearance Agreement, the Debtors have also entered into that certain "Plan Support Agreement" dated as of May 14, 2020 (the "**Plan Support Agreement**") with two of the Debtors' largest creditors, namely, ▮▮▮▮▮▮▮▮▮▮▮▮ (the "**Consenting Creditors**") which describes, in detail, the terms under which the Debtors may file voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code (the "**Cases**") in the Northern District of Illinois, Eastern Division (the "**Court**"), and, among other things, file and prosecute to confirmation a joint Plan of Reorganization (the "**Plan**") in the Cases under which the Debtors' indebtedness to the Trustee, the Consenting Creditors and other holders of those certain bonds issued on April 1, 2016 by the Illinois Finance Authority which consist of $103,691,500 of Revenue Bonds, Series 2016A (Park Place of Elmhurst Project ("2016A Bonds"), $20,514,750 of Revenue Bonds, Series 2016B (Park Place of Elmhurst Project ("2016B Bonds") and $15,496,392 of Excess Cash Revenue Bonds, Series 2016C (Park Place of Elmhurst Project) ("2016C Bonds" and collectively with the 2016A and 2016B Bonds, the "2016 Bonds") shall be restructured; and

*Whereas*, the board of the Corporation has met at a meeting duly noticed under the Corporation's by-laws, and discussed the courses of action available to the Corporation in the event that the actions outlined in the Forbearance Agreement and the Plan Support Agreement are not completed, and has determined, following due deliberation, to authorize the actions described in this Resolution; and

***Whereas***, given the public declaration of the Covid-19 pandemic, State officials have issued executive orders which, among other things, apply restrictions to in-person meetings of all kinds.

***Now therefore***, it is Resolved that the Corporation, in its capacity as the sole member of each of the Debtors, desires to take all steps reasonable and necessary in the Corporation's discretion to cause the Debtors to prepare for and, if the Corporation deems it necessary, file the Cases in the Court seeking and implementing the relief described in the Forbearance Agreement and the Plan Support Agreement.

***It is further resolved***, without limiting any of the discretion conferred on the Corporation by the foregoing resolution, that the Corporation, in its individual capacity, is authorized to take all steps reasonable and necessary in the Corporation's discretion to implement those actions of the Corporation, in aid of and in pursuit of the confirmation and implementation of the Plan which are described in the Forbearance Agreement and the Plan Support Agreement and the exhibits and schedules thereto, including without limitation the "Restructuring Term Sheet" which is attached to the Forbearance Agreement as Exhibit 1 and which, among other things, contemplates that the Corporation will make financial accommodations to the Debtors which include (without limitation) the use of $3,000,000.00 of Corporate funds to provide liquidity support to the restructured Debtors, plus an additional $657,563.00 of Corporate funds to pay for principal of the Series 2016C bonds plus 3% of the interest which has accrued on those bonds through the effective date of the Plan; plus the use of up to an additional $1 Million of Corporate funds to pay the cost of issue and exchange of  municipal bonds to be exchanged for some of the existing bonds which are now outstanding, among other things.

***It is further resolved***, without limiting any of the discretion conferred on the Corporation by the foregoing resolutions, that the Corporation is authorized to cause the Debtors to retain Bruce C. Dopke and the firm of Stahl Cowen Crowley Addis LLC as general bankruptcy counsel for the Debtors, on terms (including provisions for a retainer) as may be agreed to by Mr. Dopke, the Debtors and the Corporation, and with instructions to prepare the Debtors for the commencement of the Cases in the Court, the prosecution of the Plan to confirmation by the Court, and all of the additional steps (including those which are described in the Plan Support Agreement and the exhibits thereto) to be taken by the Corporation, including without limitation the payment by the Corporation of the legal fees, expenses and costs incurred by Mr. Dopke and his law firm relative to the preparation for and prosecution of the Cases and the accomplishment and completion of the actions described in the Forbearance Agreement, the Plan Support Agreement, the exhibits to those two documents and the foregoing resolutions of the Board.

***It is further resolved*** that due to the extraordinary circumstances presented by the Covid-19 pandemic and the actions and guidelines issued by the executive branch of the government of the State of Illinois, the provisions of the Corporation's bylaws in Article XI Section 3 and in keeping with the Corporation's highest concern for the health and well-being of all persons who serve the Corporation in any capacity including Board membership, any requirement of notice of the meeting of the Board to consider this and all of the other Resolutions noted above is waived.

–2–

## Certification

On motion of the board, the foregoing resolutions were adopted this 18th day of June 2020.

On roll call, the members voted as follow:

AYE:  Robert Workman, Roger Boerema, Kevin Botma, Jacob Groenewold, Sheryl Hammer, Paul Kats, Bastian Knoppers, Dave Larsen, Emily McMaster, Howard Rynberk, Jr., Gary Smit, Tim Smits, Rick VanDyken, Bob Van Staalduinen, and William Zandstra

NAY:

ABSENT:

APPROVED:

_____

Robert Workman, President

ATTEST:

_____

William Zandstra, Secretary

—3—

| Fill in this information to identify the case: |
|---|

Debtor name      **Timothy Place, NFP**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 15, 2020**        x *Barry VanderGenugten*
                                         Signature of individual signing on behalf of debtor

                                         **Barry VanderGenugten**
                                         Printed name

                                         **Chief Financial Officer**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Timothy Place, NFP** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **UMB Bank, N.A. Attn.:  Virginia A. Housum, SVP 120 South 6th Street, Ste. 1400 Minneapolis, MN 55403** | | **Land, Improvements, Deposit Accounts, Accounts Receivable (at book value)** | | **$141,106,642.00** | **$101,462,311.96** | **$39,805,363.04** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Timothy Place, NFP</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF ILLINOIS</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..........................................................................   $        106,351,183.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................   $          7,241,511.38

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................................   $        113,592,694.38

---

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $        141,267,675.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $                 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$                 0.00

4.   **Total liabilities** ...............................................................................................................................
   Lines 2 + 3a + 3b                                                                                              $        141,267,675.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Timothy Place, NFP**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$25.00** |
| 2.    **Cash on hand** | **$1,700.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| **Fifth Third Bank**<br>**PO Box 630900**<br>**Cincinnati, OH  45263** | | | |
| 3.1.    **"Receivable Account"** | **Checking** | **1287** | **$802,219.58** |
| **Fifth Third Bank**<br>**PO Box 630900**<br>**Cincinnati, OH  45263** | | | |
| 3.2.    **"Operating Account"** | **Checking** | **1295** | **$2,528,839.80** |
| **Fifth Third Bank**<br>**PO Box 630900**<br>**Cincinnati, OH  45263** | | | |
| 3.3.    **Merchant Bank Account** | **Checking** | **1104** | **$80.00** |

4.    **Other cash equivalents** *(Identify all)*

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Timothy Place, NFP** | Case number *(If known)* |
|---|---|---|
| | Name | |

**5.** **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$3,332,864.38

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1. **Prepaid Expenses, Prepaid Workers Comp and Food Service Inventory**          $170,093.00

8.2. **Prepaid Insurance**          $39,416.00

8.3. **The entities identified in Schedule A/B 8.3 received advance payments from the Debtor in the week prior to the commencement of the Debtor's case, in the amounts shown in Schedule A/B 8.3.**          $1,053,741.00

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$1,263,250.00

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less:          1,883,219.00     -     216,325.00     = ....          $1,666,894.00
face amount          doubtful or uncollectible accounts

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$1,666,894.00

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| GL Posting Date | CM Trx Number | Paid To | Checkbook Amount |
|---|---|---|---|
| 12/9/2020 | Cashier Check | FedEx | $ 50 |
| 12/9/2020 | Cashier Check | Cozzini Bros., Inc. | $ 56 |
| 12/9/2020 | Cashier Check | Hinckley Springs | $ 78 |
| 12/9/2020 | Cashier Check | Johnson Water Conditioning | $ 99 |
| 12/9/2020 | Cashier Check | Healthcare Waste Management | $ 111 |
| 12/9/2020 | Cashier Check | Alpha Baking Company | $ 136 |
| 12/9/2020 | Cashier Check | TriageNow LLC | $ 140 |
| 12/9/2020 | Cashier Check | Caremerge | $ 149 |
| 12/9/2020 | Cashier Check | Xerox Financial Services | $ 154 |
| 12/10/2020 | Cashier Check | Advanced Weighing Systems, Inc | $ 175 |
| 12/9/2020 | Cashier Check | Accurate Biometrics | $ 198 |
| 12/9/2020 | Cashier Check | Anderson Pest Solutions | $ 199 |
| 12/9/2020 | Cashier Check | Access EZ Transport, Inc. | $ 200 |
| 12/11/2020 | Cashier Check | Leanin' Tree, Inc. | $ 211 |
| 12/9/2020 | Cashier Check | Marlin Business Bank | $ 211 |
| 12/9/2020 | Cashier Check | Warehouse Direct | $ 231 |
| 12/10/2020 | Cashier Check | Pitney Bowes Global Financial Services | $ 235 |
| 12/11/2020 | Cashier Check | Serenity Aquirium | $ 259 |
| 12/9/2020 | Cashier Check | Adam's Specialty Products, LLC | $ 259 |
| 12/9/2020 | Cashier Check | State Industrial Products | $ 286 |
| 12/11/2020 | Cashier Check | Darling Ingredients Inc | $ 292 |
| 12/11/2020 | Cashier Check | Phillip's Flowers | $ 300 |
| 12/9/2020 | Cashier Check | Proshred | $ 300 |
| 12/11/2020 | Cashier Check | Proven It | $ 317 |
| 12/11/2020 | Cashier Check | Linda Korbus | $ 330 |
| 12/9/2020 | Cashier Check | RHCS FSA | $ 346 |
| 12/9/2020 | Cashier Check | eSolutions, Inc. | $ 376 |
| 12/9/2020 | Cashier Check | Briggs Healthcare | $ 390 |
| 12/11/2020 | Cashier Check | Fox Valley Fire & Safety | $ 391 |
| 12/9/2020 | Cashier Check | Fitzsimmons Hospital Services | $ 434 |
| 12/9/2020 | Cashier Check | PatientPing, Inc. | $ 500 |
| 12/9/2020 | Cashier Check | Wild Goose Chase, Inc | $ 500 |
| 12/9/2020 | Cashier Check | Leaf | $ 566 |
| 12/9/2020 | Cashier Check | US Gas | $ 587 |
| 12/9/2020 | Cashier Check | Acura Financial Services | $ 600 |
| 12/9/2020 | Cashier Check | Real Time Medical Systems | $ 616 |
| 12/11/2020 | Cashier Check | Norman Mechancial Inc. | $ 637 |
| 12/9/2020 | Cashier Check | Staples Business Advantage | $ 707 |
| 12/9/2020 | Cashier Check | Communications Direct, Inc. | $ 768 |
| 12/9/2020 | Cashier Check | H-O-H Water Technology | $ 788 |
| 12/9/2020 | Cashier Check | Achieve Accreditation LLC | $ 800 |
| 12/9/2020 | Cashier Check | Med-Rec Systems | $ 816 |
| 12/9/2020 | Cashier Check | Third Eye Health | $ 821 |
| 12/9/2020 | Cashier Check | Ebel's Ace Hardware | $ 833 |
| 12/9/2020 | Cashier Check | Pepsi-Cola | $ 890 |
| 12/9/2020 | Cashier Check | Aramark | $ 906 |
| 12/11/2020 | Cashier Check | Parker Cromwell Healthcare Associates | $ 908 |
| 12/9/2020 | Cashier Check | Cal Devon Urgent Care, Inc. | $ 953 |
| 12/9/2020 | Cashier Check | WeCare Connect | $ 985 |
| 12/11/2020 | Cashier Check | Petty Cash- Beth Welch | $ 1,018 |

| GL Posting Date | CM Trx Number | Paid To | Checkbook Amount |
|---|---|---|---|
| 12/9/2020 | Cashier Check | The Sherwin Williams Co | $ 1,218 |
| 12/10/2020 | Cashier Check | Wellworks for You | $ 1,227 |
| 12/9/2020 | Cashier Check | Elmhurst Occupational Health | $ 1,352 |
| 12/11/2020 | Cashier Check | Precision Control Systems of Chicago | $ 1,420 |
| 12/9/2020 | Cashier Check | N.E.W.T. | $ 1,421 |
| 12/9/2020 | Cashier Check | Direct Supply, Inc. | $ 1,427 |
| 12/9/2020 | Cashier Check | Illinois State Police* | $ 1,477 |
| 12/9/2020 | Cashier Check | TriMark Marlinn, LLC | $ 1,481 |
| 12/10/2020 | Cashier Check | Tony Danca d/b/a Two Touch Construction | $ 1,500 |
| 12/9/2020 | Cashier Check | Republic Services #551 | $ 1,515 |
| 12/9/2020 | Cashier Check | Badger Murphy Food Service | $ 1,582 |
| 12/9/2020 | Cashier Check | Fortune Fish Company | $ 1,632 |
| 12/9/2020 | Cashier Check | BrightStar Healthcare | $ 1,679 |
| 12/11/2020 | Cashier Check | Edward Occupational Health | $ 1,758 |
| 12/9/2020 | Cashier Check | ATC Healthcare Services, Inc. | $ 1,833 |
| 12/9/2020 | Cashier Check | Edward-Elmhurst Health | $ 1,868 |
| 12/9/2020 | Cashier Check | Delia Sylejma | $ 1,971 |
| 12/9/2020 | Cashier Check | Colley Elevator Co | $ 1,981 |
| 12/10/2020 | Cashier Check | Elmhurst Occupational Health | $ 1,997 |
| 12/11/2020 | Cashier Check | Konematic | $ 2,077 |
| 12/11/2020 | Cashier Check | NovaStaff Healthcare Services, Inc. | $ 2,104 |
| 12/9/2020 | Cashier Check | Verizon Wireless | $ 2,118 |
| 12/11/2020 | Cashier Check | Premier Outdoor Environments, Inc. | $ 2,300 |
| 12/11/2020 | Cashier Check | Metro Infectious Disease Consultants, LLC | $ 2,500 |
| 12/11/2020 | Cashier Check | My LifeSite | $ 2,500 |
| 12/11/2020 | Cashier Check | Navi Health | $ 2,625 |
| 12/9/2020 | Cashier Check | Unlimited Advacare Inc. | $ 2,688 |
| 12/11/2020 | Cashier Check | Osco Incorporated | $ 2,743 |
| 12/9/2020 | Cashier Check | Symbria, Inc | $ 2,767 |
| 12/11/2020 | Cashier Check | Affiliated Customer Service, Inc. | $ 2,834 |
| 12/11/2020 | Cashier Check | Grainger | $ 2,834 |
| 12/9/2020 | Cashier Check | HD Supply Facilities Maintenance, Ltd. | $ 3,099 |
| 12/11/2020 | Cashier Check | Door Systems | $ 3,408 |
| 12/9/2020 | Cashier Check | ADT Commercial | $ 3,464 |
| 12/9/2020 | Cashier Check | TIAA Commercial Finance, Inc | $ 3,981 |
| 12/9/2020 | Cashier Check | PEL/VIP | $ 4,122 |
| 12/11/2020 | Cashier Check | V3 Construction Group Ltd | $ 4,580 |
| 12/11/2020 | Cashier Check | Tony Danca d/b/a Two Touch Construction | $ 4,650 |
| 12/9/2020 | Cashier Check | Nicor Gas | $ 4,665 |
| 12/9/2020 | Cashier Check | Karim S. Yunez, M.D.S.C. | $ 4,740 |
| 12/9/2020 | Cashier Check | Midwest Security Forces | $ 4,989 |
| 12/9/2020 | Cashier Check | Mickey's Linen | $ 5,128 |
| 12/10/2020 | Cashier Check | Charles Carpets | $ 6,222 |
| 12/11/2020 | Cashier Check | West Town Mechanical | $ 7,000 |
| 12/11/2020 | Cashier Check | Charles Carpets | $ 7,992 |
| 12/9/2020 | Cashier Check | Premier Produce, Inc. | $ 8,067 |
| 12/10/2020 | Cashier Check | GlynnDevins, Inc | $ 9,000 |
| 12/10/2020 | Cashier Check | Healthcare and Family Services | $ 9,605 |
| 12/11/2020 | Cashier Check | Darwill, Inc | $ 10,160 |
| 12/9/2020 | Cashier Check | Medline Industries, Inc. | $ 10,211 |

| GL Posting Date | CM Trx Number | Paid To | | Checkbook Amount |
|---|---|---|---|---|
| 12/10/2020 | Cashier Check | Laboratory Corporation of America Holdings | $ | 18,805 |
| 12/9/2020 | Cashier Check | Symbria Rx Services | $ | 20,229 |
| 12/11/2020 | Cashier Check | Sage Age Strategies, Inc. | $ | 21,000 |
| 12/9/2020 | Cashier Check | AEP Energy | $ | 21,520 |
| 12/9/2020 | Cashier Check | City of Elmhurst | $ | 39,381 |
| 12/9/2020 | Cashier Check | Symbria Rehab, Inc | $ | 39,460 |
| 12/9/2020 | Cashier Check | Gordon Food Service, Inc. | $ | 53,351 |
| 12/11/2020 | Domestic Wire | Direct Supply, Inc. | $ | 16,565 |
| 12/11/2020 | Domestic Wire | Health Care Service Corporation | $ | 65,000 |
| 12/10/2020 | Intracompany Transfer | Providence Life Services | $ | 35 |
| 12/10/2020 | Intracompany Transfer | Providence Life Services | $ | 12,000 |
| 12/15/2020 | Cashier Check | Medline Industries, Inc. | $ | 12,500 |
| 12/15/2020 | Cashier Check | Miranda Webb | $ | 153 |
| 12/15/2020 | Cashier Check | Parker Cromwell Healthcare Associates | $ | 2,554 |
| 12/15/2020 | Cashier Check | HD Supply Facilities Maintenance, Ltd. | $ | 5,500 |
| 12/15/2020 | Cashier Check | ADT Commercial | $ | 4,400 |
| 12/15/2020 | Cashier Check | Philips Lifeline | $ | 13,443 |
| 12/15/2020 | Cashier Check | Ebel's Ace Hardware | $ | 657 |
| 12/15/2020 | Cashier Check | N.E.W.T. | $ | 1,816 |
| 12/15/2020 | Cashier Check | PEL/VIP | $ | 2,858 |
| 12/15/2020 | Cashier Check | A.V. Powell | $ | 5,000 |
| 12/8/2020 | 031793 | TIAA Commercial Finance, Inc | $ | 3,763 |
| 12/8/2020 | 031794 | TIAA Commercial Finance, Inc | $ | 218 |
| 12/8/2020 | 031795 | Access EZ Transport, Inc. | $ | 80 |
| 12/8/2020 | 031796 | Accurate Biometrics | $ | 180 |
| 12/8/2020 | 031797 | Acura Financial Services | $ | 600 |
| 12/8/2020 | 031798 | WeCare Connect | $ | 1,155 |
| 12/8/2020 | 031799 | Symbria Rehab, Inc | $ | 54,174 |
| 12/8/2020 | 031800 | Symbria Rx Services | $ | 34,171 |
| 12/8/2020 | 031801 | Allscripts LLC | $ | 473 |
| 12/8/2020 | 031802 | Alpha Baking Company | $ | 399 |
| 12/8/2020 | 031803 | Aramark | $ | 256 |
| 12/8/2020 | 031804 | ATC Healthcare Services, Inc. | $ | 381 |
| 12/8/2020 | 031805 | Badger Murphy Food Service | $ | 760 |
| 12/8/2020 | 031806 | Cal Devon Urgent Care, Inc. | $ | 745 |
| 12/8/2020 | 031807 | Charles Carpets & Construction | $ | 9,980 |
| 12/8/2020 | 031808 | Colley Elevator Co | $ | 1,782 |
| 12/8/2020 | 031809 | Comcast* | $ | 10,311 |
| 12/8/2020 | 031810 | Cozzini Bros., Inc. | $ | 28 |
| 12/8/2020 | 031811 | Crandall | $ | 480 |
| 12/8/2020 | 031812 | Darwill, Inc | $ | 925 |

| GL Posting Date | CM Trx Number | Paid To | Checkbook Amount |
|---|---|---|---|
| 12/8/2020 | 031813 | Delia Sylejma | $ 630 |
| 12/8/2020 | 031814 | Direct Supply, Inc. | $ 407 |
| 12/8/2020 | 031815 | Elmhurst Memorial Hospital | $ 1,057 |
| 12/8/2020 | 031816 | Edward-Elmhurst Health | $ 2,201 |
| 12/8/2020 | 031817 | Evelinda Ayala | $ 130 |
| 12/8/2020 | 031818 | Fitzsimmons Hospital Services | $ 429 |
| 12/8/2020 | 031819 | Fortune Fish Company | $ 2,238 |
| 12/8/2020 | 031820 | FullCount | $ 695 |
| 12/8/2020 | 031821 | Gordon Food Service, Inc. | $ 41,469 |
| 12/8/2020 | 031822 | HealthPRO Heritage | $ 49 |
| 12/8/2020 | 031823 | Hubert Company | $ 499 |
| 12/8/2020 | 031824 | Illinois State Police* | $ 290 |
| 12/8/2020 | 031825 | Leaf | $ 566 |
| 12/8/2020 | 031826 | Med-Rec Systems | $ 408 |
| 12/8/2020 | 031827 | Medline Industries, Inc. | $ 9,029 |
| 12/8/2020 | 031828 | Mickey's Linen | $ 2,303 |
| 12/8/2020 | 031829 | Midwest Security Forces | $ 1,801 |
| 12/8/2020 | 031830 | N.E.W.T. | $ 1,289 |
| 12/8/2020 | 031831 | NovaStaff Healthcare Services, Inc. | $ 1,629 |
| 12/8/2020 | 031832 | Pepsi-Cola | $ 1,113 |
| 12/8/2020 | 031833 | Providence Life Services | $ 62,344 |
| 12/8/2020 | 031834 | Premier Produce, Inc. | $ 8,454 |
| 12/8/2020 | 031835 | Premier Outdoor Environments, Inc. | $ 4,222 |
| 12/8/2020 | 031836 | Proven It | $ 132 |
| 12/8/2020 | 031837 | Provinet Solutions | $ 39,895 |
| 12/8/2020 | 031838 | Republic Services #551 | $ 1,768 |
| 12/8/2020 | 031839 | Solutions Mechanical | $ 52,000 |
| 12/8/2020 | 031840 | Staples Business Advantage | $ 322 |
| 12/8/2020 | 031842 | Third Eye Health | $ 821 |
| 12/8/2020 | 031843 | TriMark Marlinn, LLC | $ 429 |
| 12/8/2020 | 031844 | Unlimited Advacare Inc. | $ 1,248 |
| 12/8/2020 | 031845 | US Gas | $ 793 |
| 12/8/2020 | 031846 | Achieve Accreditation LLC | $ 800 |
| 12/9/2020 | 031847 | Timothy Christian Schools | $ 500 |
| 12/10/2020 | 031850 | Rest Haven Endowment | $ 26 |
| 12/10/2020 | 031851 | RHCS FSA | $ 346 |
| 12/10/2020 | 031854 | Providence Life Services | $ 2,993 |
| 12/11/2020 | 031855 | Providence Life Services | $ 10,444 |
| 12/14/2020 | 031856 | Provinet Solutions | $ 747 |
| 12/11/2020 | Domestic Wire | James Pierce | $ 703 |
| 12/11/2020 | Domestic Wire | James Jankowski | $ 1,481 |
| 12/11/2020 | Domestic Wire | Plante Moran PLLC | $ 15,500 |
| 12/11/2020 | Domestic Wire | Glynn Devins Inc | $ 16,536 |
| 12/11/2020 | Domestic Wire | Plante Moran PLLC | $ 20,750 |
| 12/11/2020 | Domestic Wire | Health Care Service Corporation | $ 64,854 |
| 12/10/2020 | Intracompany Transfer | Providence Life Services | $ 2,125 |
| 12/10/2020 | bank withdraw | Bank Service Fee | $ 567 |
| | | Total | $ 1,053,741 |

| Debtor | **Timothy Place, NFP** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

Part 6: **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture** **Office Furniture, depreciated book value** **$1,618,622 minus $1,361,170 depreciation** | **$257,452.00** | | **$257,452.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Equipment, depreciated book value** **$258,863 minus $230,289 depreciation** | **$28,574.00** | | **$28,574.00** |
| | **Equipment, depreciated book value.** **$1,173,886 basis minus $536,456 depreciation** | **$637,430.00** | | **$637,430.00** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | **$923,456.00** |
| --- | --- | --- | --- |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Timothy Place, NFP** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 47.1. | **Vehicles** | $19,579.00 | N/A | | $19,579.00 |
| 47.2. | **2012 Lincoln MKT, used for resident transportation on errands.** | $0.00 | Comparable sale | | $10,130.00 |
| 47.3. | **2015 Ford Starcraft 15 passenger van, used for Resident transportation.** | $0.00 | Comparable sale | | $25,338.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$55,047.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1050 Euclid Avenue Elmhurst IL  60126 Depreciated book value of land and improvements at 8/31/20, excluding amortization and other capital expense charges.** | Fee Simple | $106,351,183.00 | N/A | $106,351,183.00 |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

$106,351,183.00

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Timothy Place, NFP** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:      Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:      All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71.   **Notes receivable**<br>Description (include name of obligor) | |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.   **Interests in insurance policies or annuities**<br>**Caring Communities Shared Services LTD**<br>**1850 W. Winchester Road, Ste. 109**<br>**Libertyville, IL  60048** | |
| **Commercial General Liability and Excess Liability** | **Unknown** |
| **Assurance**<br>**20 N. Martingale Road, Ste. 100**<br>**Schaumburg, IL  60173** | |
| **Automobile Liability** | **$0.00** |
| **Assurance**<br>**20 N. Martingale Road, Ste. 100**<br>**Schaumburg, IL  60173** | |
| **Workers' Comp coverage** | **Unknown** |
| **Assurance**<br>**20 N. Martingale Road, Ste. 100**<br>**Schaumburg, IL  60173** | |
| **Building replacement cost, personal property**<br>**replacement and business interruption coverage.** | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor   **Timothy Place, NFP**                                    Case number *(If known)* _____
      Name

| | | |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

78.   **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| _____ **$0.00** |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Timothy Place, NFP**_____    Case number *(If known)* _____
       Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,332,864.38 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,263,250.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,666,894.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $923,456.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $55,047.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $106,351,183.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,241,511.38 | + 91b. $106,351,183.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $113,592,694.38 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Timothy Place, NFP**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **DuPage County Treasurer** | Describe debtor's property that is subject to a lien | $161,033.00 | $106,351,183.00 |
|---|---|---|---|---|

Creditor's Name

**1050 Euclid Avenue
Elmhurst IL  60126
Depreciated book value of land and
improvements at 8/31/20, excluding
amortization and other capital expense
charges.**

**421 N. County Farm Road
Elmhurst, IL 60126**
Creditor's mailing address

**Describe the lien
statutory**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred
Jan. 1, 2020
Last 4 digits of account number
n/a**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

| 2.2 | **UMB Bank, N.A.** | Describe debtor's property that is subject to a lien | $141,106,642.00 | $101,462,311.96 |
|---|---|---|---|---|

Creditor's Name
**Attn.:  Virginia A. Housum,
SVP
120 South 6th Street, Ste.
1400
Minneapolis, MN 55403**
Creditor's mailing address

Land, Improvements, Deposit Accounts,
Accounts Receivable (at book value)

**Describe the lien
Mortgage and UCC**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Official Form 206D                **Schedule D: Creditors Who Have Claims Secured by Property**                page 1 of 2

| Debtor | **Timothy Place, NFP** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**

**April 1, 2016**

☐ No

**Last 4 digits of account number**

**n/a**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$141,267,675 .00**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Hon. Kwame Raoul**<br>**100 W. Randolph Street**<br>**Chicago, IL 60601** | Line __2.1__ | |
| **Hon. Robert Berlin**<br>**503 N. County Farm Road**<br>**Wheaton, IL 60187** | Line __2.1__ | |
| **Mintz Levin Cohn Ferris Glovsky**<br>**Attn.  Daniel S. Bleck, Esq.**<br>**One Financial Center**<br>**Boston, MA 02111** | Line __2.2__ | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Timothy Place, NFP**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $0.00 | $0.00 |
| | **Department of the Treasury** | | |
| | **Internal Revenue Service** | | |
| | **PO Box 7346** | | |
| | **Philadelphia, PA 19101-7346** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**monthly**

Basis for the claim:
**Claim scheduled for notice purposes**

Last 4 digits of account number ___

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| **2.2** | Priority creditor's name and mailing address | $0.00 | $0.00 |
|---|---|---|---|
| | **Illinois Dept. Employment Security** | | |
| | **Benefit Payment Control Division** | | |
| | **PO Box 4385** | | |
| | **Chicago, IL 60680** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**monthly**

Basis for the claim:
**Claim scheduled for notice purposes**

Last 4 digits of account number ___

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor    **Timothy Place, NFP**
_____
Name

Case number (if known) _____

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Illinois Dept. of Aging**
**Long Term Care Ombudsman**
**Prog.**
**160 N. LaSalle St., Ste. N-700**
**Chicago, IL 60601-3177**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Claim scheduled for notice purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Illinois Dept. of Financial**
**    and Professional Regulation**
**100 W. Randolph Street, 9th Floor**
**Chicago, IL 60601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Claim scheduled for notice purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Illinois Dept. of Human Services**
**Attn:  Grace B. Hou, Secretary**
**410 S. Clinton Street**
**Chicago, IL 60607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Claim scheduled for notice purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Illinois Dept. of Public Health**
**122 S. Michigan Ave**
**7th and 20th Floors**
**Chicago, IL 60603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Claim scheduled for notice purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Timothy Place, NFP** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Illinois Dept. of Revenue**
**Bankruptcy Unit**
**PO Box 19035**
**Chicago, IL 60680**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**monthly**

Basis for the claim:
**Claim scheduled for notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Illinois Finance Authority**
**Christopher B. Meister, Director**
**160 N. LaSalle Street, Ste. S-1000**
**Chicago, IL 60601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Scheduled for Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Illinois Student Assistance**
**Commiss**
**Bankruptcy Department**
**1755 Lake Cook Road**
**Deerfield, IL 60015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Monthly**

Basis for the claim:
**Claim scheduled for notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Richard L. Nagle, Bankr. Contact**
**US EPA Region 5**
**Mail Code:  C-14-J**
**Chicago, IL 60604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**monthly**

Basis for the claim:
**Claim scheduled for notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    **Timothy Place, NFP**                                      Case number *(if known)* _____
_____
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

2.11  Priority creditor's name and mailing address

**US Dept. of Health & Human Services**
**200 Independence Ave., S.W.**
**Washington, DC 20201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Claim scheduled for notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

3.1  Nonpriority creditor's name and mailing address

**4imprint, Inc.**
**25303 Network Place**
**Chicago, IL 60673-1253**

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset?  ☑ No  ☐ Yes

$0.00

3.2  Nonpriority creditor's name and mailing address

**A Place for Mom**
**PO Box 913241**
**Denver, CO 80291-3241**

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset?  ☑ No  ☐ Yes

$0.00

3.3  Nonpriority creditor's name and mailing address

**A.V. Powell & Associates, LLC**
**1791 Woodcliffe Terrace NE**
**Atlanta, GA 30324-4955**

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset?  ☑ No  ☐ Yes

$0.00

3.4  Nonpriority creditor's name and mailing address

**Acamard Technologies, Inc.**
**452 Oakwood Rd**
**Lake Zurich, IL 60047**

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset?  ☑ No  ☐ Yes

$0.00

3.5  Nonpriority creditor's name and mailing address

**Access EZ Transport, Inc.**
**4248 Belle Aire Ln**
**Suite No. 3**
**Downers Grove, IL 60515**

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset?  ☑ No  ☐ Yes

$0.00

---

| Debtor | Timothy Place, NFP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Accurate Biometrics**
500 Park Blvd
Ste 1260
Itasca, IL 60143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Achieve Accreditation LLC**
720 Industrial Dr - Ste 120
Cary, IL 60013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Activity Connection**
818 SW Third Ave #222
Portland, OR 97204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Acura Financial Services**
P.O. Box 60001
City of Industry, CA 91716-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Przybyla**
403 S. Scott St
Elmhurst, IL 60126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam's Specialty Products, LLC**
7260 Commerce Plaza Dr
Neenah, WI 54956

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Advanced Weighing Systems, Inc**
PO Box 1951
Lombard, IL 60148-1951

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Timothy Place, NFP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**AEP Energy**
PO Box 6329
Carol Stream, IL 60197-6329

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Affiliated Customer Service, Inc.**
1441 Branding Lane Ste 260
Downes Grove, IL 60515

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Aging Care Connections**
Att:  Linda Hussey
111 W Harris Ave
La Grange, IL 60525

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Allscripts LLC**
24630 Network Place
Chicago, IL 60673-1246

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Alpha Baking Company**
36230 Treasury Center
Chicago, IL 60694

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Amy Lloyd**
370 S. Prospect Ave
Elmhurst, IL 60126

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Anderson Pest Solutions**
PO Box 600670
Jacksonville, FL 32260-0670

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Timothy Place, NFP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Anette Isaacs**
**100 Burlington Circle**
**Apt 110**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Aossi LLC**
**1301 W Early Ave**
**Chicago, IL 60660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Aramark**
**22512 Network Place**
**Chicago, IL 60673-1225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Badger Murphy Food Service**
**PO Box 12440**
**Chicago, IL 60612-0440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Beth Staes**
**401 Westminster Dr**
**Burr Ridge, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Blue Cross Blue Shield of IL**
**Health Care Service Corp**
**Dept. CH 14368**
**Palatine, IL 60055-4368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Blue Cross Blue Shield of IL**
**Dept. 1134**
**P.O. Box 121134**
**Dallas, TX 75312-1134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timothy Place, NFP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**BMI**
**PO Box 630893**
**Cincinnati, OH 45263-0893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**BrickStreet Insurance**
**PO Box 11285**
**Charleston, WV 25339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Briggs Healthcare**
**4900 University Ave**
**Suite 200**
**West Des Moines, IA 50266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**BrightStar Healthcare**
**1809 N. Mill St Suite F**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Cal Devon Urgent Care, Inc.**
**6415 N California Ave**
**Chicago, IL 60645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Carden & Tracy LLC**
**30 N LaSalle St**
**Ste 2200**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Caremerge**
**100 S Wacker Dr**
**Ste 1650**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timothy Place, NFP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Caring Communities**
**1850 West Winchester Road**
**Suite 109**
**Libertyville, IL 60048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Carlson Glass and Mirror, Inc.**
**312 W Front St**
**Wheaton, IL 60187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Charles Carpets & Construction**
**3720 W. Devon Ave**
**Lincolnwood, IL 60712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**City of Elmhurst**
**209 N York St.**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Clarke Aquatic Services, Inc.**
**16308 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Clia Laboratory Program**
**PO Box 530882**
**Atlanta, GA 30343-0882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CliftonLarsonAllen LLP**
**PO Box 775439**
**Chicago, IL 60677-5439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timothy Place, NFP** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Colley Elevator Co**
**226 William St**
**Bensenville, IL 60106**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Comcast\***
**PO Box 70219**
**Philadelphia, PA 19176-0219**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cozzini Bros., Inc.**
**350 Howard Ave**
**Des Plaines, IL 60018**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Crandall**
**PO Box 31060**
**Mesa, AZ 85275-1060**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel L Sullivan**
**PO Box 880**
**Delavan, WI 53115-0880**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Darling Ingredients Inc**
**PO Box 554885**
**Detroit, MI 48255-4885**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Darwill, Inc**
**PO Box 6243**
**Carol Stream, IL 60197**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Timothy Place, NFP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dearborn Group**
**Ancillary Billing Dept**
**36788 Eagle Way**
**Chicago, IL 60678-1367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Delia Sylejma**
**2479 Carlton Drive**
**Woodridge, IL 60517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dependable Fire Equipment**
**100 N. LeBaron St.**
**Waukegan, IL 60085-3027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Devin Starr**
**29W451 Candlewood Ln**
**Warrenville, IL 60555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Direct Supply, Inc.**
**Box 88201**
**Milwaukee, WI 53288-0201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DM Merchandising**
**835 N Church Ct**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donna Lampe**
**619 Fiarway View Terrace**
**Southlake, TX 76092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Timothy Place, NFP | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.55**

**Nonpriority creditor's name and mailing address**

**Du Page County Collector**
**Bill Payment Center**
**PO Box 4203**
**Carol Stream, IL 60197-4203**

Date(s) debt was incurred **Monthly**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.56**

**Nonpriority creditor's name and mailing address**

**DuPage County Health Dept.**
**111 N. County Farm Rd.**
**Wheaton, IL 60187**

Date(s) debt was incurred **Monthly**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.57**

**Nonpriority creditor's name and mailing address**

**DuPage Medical Group**
**1860 Paysphere Circle**
**Chicago, IL 60674-0018**

Date(s) debt was incurred **Monthly**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Ebel's Ace Hardware**
**18410 Governors Hwy**
**Homewood, IL 60430**

Date(s) debt was incurred **Monthly**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.59**

**Nonpriority creditor's name and mailing address**

**Edizon R. Dayao**
**207 N. Crooked Lake Lane**
**Lindenhurst, IL 60046**

Date(s) debt was incurred **Monthly**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.60**

**Nonpriority creditor's name and mailing address**

**ELM Reference Laboratory**
**Edwards Elmhurst Health**
**Dept 4592**
**Carol Stream, IL 60122-4592**

Date(s) debt was incurred **Monthly**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.61**

**Nonpriority creditor's name and mailing address**

**Elmhurst Chamber of Commerce**
**300 W Lake St**
**Ste 201**
**Elmhurst, IL 60126**

Date(s) debt was incurred **Monthly**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Timothy Place, NFP** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elmhurst Christian Reformed Church**
**149  W Brush Hill Rd**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number ___

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elmhurst Memorial Hospital**
**Dept 4592**
**Carol Stream, IL 60122-4592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number ___

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elmhurst Memorial Hospital**
**Edward-Elmhurst Healthcare**
**4201 Winfield Road**
**Warrenville, IL 60555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number ___

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elmhurst Occupational Health**
**Department 4596**
**Carol Stream, IL 60122-4596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number ___

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elmhurst Orthopaedics SC**
**PO Box 5345 Dept 9**
**Carol Stream, IL 60197-5345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number ___

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**eSolutions, Inc.**
**PO Box 414378**
**Kansas City, MO 64141-4378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number ___

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EZ Way Inc.**
**LB 395**
**PO Box 3395**
**Omaha, NE 68103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number ___

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Timothy Place, NFP** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**FedEx**
**P.O. Box 94515**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Monthly__

**Basis for the claim:**  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Fifth Third Bank**
**PO Box 631456**
**Cincinnati, OH 45263-1456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Monthly__

**Basis for the claim:**  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Fitzsimmons Hospital Services**
**PO Box 497**
**Oak Forest, IL 60452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Monthly__

**Basis for the claim:**  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Fortune Fish Company**
**PO Box 88477**
**Chicago, IL 60680-1477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Monthly__

**Basis for the claim:**  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Frank Rossi**
**15144 Kenton Ave**
**Oak Forest, IL 60452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Monthly__

**Basis for the claim:**  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**FullCount**
**1555 SE Delaware Ave, Ste A**
**Ankeny, IA 50021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Monthly__

**Basis for the claim:**  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**GlynnDevins, Inc**
**8880 Ward Pkwy**
**Ste 400**
**Kansas City, MO 64114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Monthly__

**Basis for the claim:**  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timothy Place, NFP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gordon Food Service, Inc.**
**PO Box 88029**
**Chicago, IL 60680-1029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Grainger**
**DEPT. 882356645**
**Palatine, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Growing Community Media**
**141 S Oak Park Ave**
**Oak Park, IL 60302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Guardian**
**P O Box 677458**
**Dallas, TX 75267-7458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**H-O-H Water Technology**
**PO Box 487**
**Palatine, IL 60078-0487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HC Lights Holiday Creations Pro, Inc.**
**202 Stephen St**
**Lemont, IL 60439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HD Supply Facilities Maintenance, Ltd.**
**PO Box 509058**
**San Diego, CA 92150-9058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Timothy Place, NFP | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Healthcare and Family Services**
**HFS/Bureau of Fiscal Operations**
P.O. Box 19491
Springfield, IL 62794-9491

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Healthcare Waste Management**
PO Box 1218
Frankfort, IL 60423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HealthPRO Heritage**
PO Box 69268
Baltimore, MD 21264-9268

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hinckley Springs**
PO Box 660579
Dallas, TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hinsdale Orthopaedics**
PO Box 5461
Carol Stream, IL 60197-5461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hinshaw & Culberston**
8142 Solutions Center Dr
Chicago, IL 60677-8001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Illinois Aging Services Network, LLC**
17 South High Street
Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Timothy Place, NFP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address

**Illinois Department of Employment Sec**
**PO Box 19299**
**Springfield, IL 62794-9299**

Date(s) debt was incurred **Monthly**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.91** | Nonpriority creditor's name and mailing address

**Illinois Department of Public Health**
**525-535 W Jefferson St.**
**Springfield, IL 62761-0001**

Date(s) debt was incurred **Monthly**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.92** | Nonpriority creditor's name and mailing address

**Illinois Medi Car Inc**
**PO Box 1407**
**Elmhurst, IL 60126-8407**

Date(s) debt was incurred **Monthly**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.93** | Nonpriority creditor's name and mailing address

**Innovative AV Systems**
**909 S IL Rt 83**
**Elmhurst, IL 60126**

Date(s) debt was incurred **Monthly**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.94** | Nonpriority creditor's name and mailing address

**IPFS Corporation**
**24722 Network Place**
**Chicago, IL 60673-1247**

Date(s) debt was incurred **Monthly**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.95** | Nonpriority creditor's name and mailing address

**Jamerson & Bauwens Elec**
**3160 MacArthur Blvd**
**Northbrook, IL 60062-1904**

Date(s) debt was incurred **Monthly**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.96** | Nonpriority creditor's name and mailing address

**Jeffrey Deutsch**
**248 E. 2nd Street**
**Elmhurst, IL 60126**

Date(s) debt was incurred **Monthly**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Timothy Place, NFP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jennifer Riddle**
**134 N Carolina Ave**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Monthly__

Basis for the claim:  __Supply of goods and services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe & Ross Ice Cream**
**7451 W 100th Pl**
**Bridgeview, IL 60455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Monthly__

Basis for the claim:  __Supply of goods and services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Johnson Water Conditioning**
**220 W St. Charles Rd.**
**Villa Park, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Monthly__

Basis for the claim:  __Supply of goods and services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joints in Motion Medical, LLC**
**1343 E. Wisconsin Ave., #112**
**Pewaukee, WI 53072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Monthly__

Basis for the claim:  __Supply of goods and services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JRL Lawn Sprinkling Systems, Inc**
**PO Box 1915**
**Lombard, IL 60148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Monthly__

Basis for the claim:  __Supply of goods and services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karim S. Yunez, M.D.S.C.**
**130 S Main St**
**Ste 203**
**Lombard, IL 60148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Monthly__

Basis for the claim:  __Supply of goods and services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KCI USA**
**P.O. Box 301557**
**Dallas, TX 75303-1557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Monthly__

Basis for the claim:  __Supply of goods and services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Timothy Place, NFP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.104**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kevin Wood**<br>**333 S Oak Park Ave**<br>**Unit 2N**<br>**Oak Park, IL 60302-3549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __**Monthly**__ | **Basis for the claim:** __**Supply of goods and services**__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.105**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Konematic**<br>**PO Box 775828**<br>**Chicago, IL 60677-5828** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __**Monthly**__ | **Basis for the claim:** __**Supply of goods and services**__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.106**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Laundry Concepts, Inc.**<br>**302 S. Stewart Ave**<br>**Addison, IL 60101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __**Monthly**__ | **Basis for the claim:** __**Supply of goods and services**__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.107**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Laura Erickson**<br>**900 Heritage Dr**<br>**Mt Prospect, IL 60056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __**Monthly**__ | **Basis for the claim:** __**Supply of goods and services**__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.108**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Leaf**<br>**PO Box 5066**<br>**Hartford, CT 06102-5066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __**Monthly**__ | **Basis for the claim:** __**Supply of goods and services**__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.109**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Leanin' Tree, Inc.**<br>**Box 9500**<br>**Boulder, CO 80301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __**Monthly**__ | **Basis for the claim:** __**Supply of goods and services**__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

**3.110**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Leslie's Poolmart, Inc.**<br>**PO Box 501162**<br>**St. Louis, MO 63150-1162** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __**Monthly**__ | **Basis for the claim:** __**Supply of goods and services**__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Timothy Place, NFP** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | **Liberty Lithographers, Inc.** | ☐ Contingent | |
| | **18625 West Creek Dr** | ☐ Unliquidated | |
| | **Tinley Park, IL 60477** | ☐ Disputed | |
| | Date(s) debt was incurred  **Monthly** | **Basis for the claim:  Supply of goods and services** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | **Linda Korbus** | ☐ Contingent | |
| | **10600 Farifield** | ☐ Unliquidated | |
| | **Westchester, IL 60154** | ☐ Disputed | |
| | Date(s) debt was incurred  **Monthly** | **Basis for the claim:  Supply of goods and services** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | **Lionheart Critical Power Spec.** | ☐ Contingent | |
| | **13151 Executive Ct** | ☐ Unliquidated | |
| | **Huntley, IL 60142** | ☐ Disputed | |
| | Date(s) debt was incurred  **Monthly** | **Basis for the claim:  Supply of goods and services** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | **Loyola University Med Ct** | ☐ Contingent | |
| | **PO Box 83262** | ☐ Unliquidated | |
| | **Chicago, IL 60691-0262** | ☐ Disputed | |
| | Date(s) debt was incurred  **Monthly** | **Basis for the claim:  Supply of goods and services** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | **Mark A. Dvorak** | ☐ Contingent | |
| | **PO Box 181** | ☐ Unliquidated | |
| | **Brookfield, IL 60513** | ☐ Disputed | |
| | Date(s) debt was incurred  **Monthly** | **Basis for the claim:  Supply of goods and services** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | **Marlin Business Bank** | ☐ Contingent | |
| | **PO Box 13604** | ☐ Unliquidated | |
| | **Philadelphia, PA 19101-3604** | ☐ Disputed | |
| | Date(s) debt was incurred  **Monthly** | **Basis for the claim:  Supply of goods and services** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | **Martina Mathisen** | ☐ Contingent | |
| | **265 Melody Lane** | ☐ Unliquidated | |
| | **Lake Marian, IL 60110** | ☐ Disputed | |
| | Date(s) debt was incurred  **Monthly** | **Basis for the claim:  Supply of goods and services** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Timothy Place, NFP | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.118**   Nonpriority creditor's name and mailing address

**Mary Augustyn**
**ON049 Page St**
**Winfield, IL 60190**

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119**   Nonpriority creditor's name and mailing address

**Med-Rec Systems**
**PO Box 40471**
**Indianapolis, IN 46240**

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.120**   Nonpriority creditor's name and mailing address

**Medline Industries, Inc.**
**Dept CH 14400**
**Palatine, IL 60055-4400**

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.121**   Nonpriority creditor's name and mailing address

**Metro Infectious Disease Cons**
**901 McClintock, Ste 203**
**Burr Ridge, IL 60527**

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.122**   Nonpriority creditor's name and mailing address

**Michael Knauf**
**635 Eleston Dr**
**Crystal Lake, IL 60014-7407**

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.123**   Nonpriority creditor's name and mailing address

**Mickey's Linen**
**4601 W. Addison St**
**Suite 700**
**Chicago, IL 60641**

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124**   Nonpriority creditor's name and mailing address

**Midwest Orthopaedics at Rush**
**One Westbrook Corporate**
**Westchester, IL 60154-5708**

Date(s) debt was incurred  **Monthly**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Timothy Place, NFP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Midwest Security Forces**
**PO Box 443**
**Schererville, IN 46375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**My Mechanic**
**285 W Butterfield Rd**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**N.E.W.T.**
**611 S. Ahrens Ave**
**Lombard, IL 60148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicor Gas**
**PO Box 5407**
**Carol Stream, IL 60197-5407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Norman Mechanical, Inc.**
**1201 Gateway Dr**
**Elgin, IL 60124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NovaStaff Healthcare Services, Inc.**
**PO Box 249**
**Coal City, IL 60416-0249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OnShift, Inc.**
**PO Box 207856**
**Dallas, TX 75320-7856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Timothy Place, NFP** | | Case number (if known) | |
| | Name | | | |

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Orthopedic Specialists, S.C.** | ☐ Contingent | |
| | **360 W Butterfield Rd** | ☐ Unliquidated | |
| | **St 16** | ☐ Disputed | |
| | **Elmhurst, IL 60126-5099** | | |
| | Date(s) debt was incurred **Monthly** | Basis for the claim: **Supply of goods and services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Parker Cromwell Healthcare Associates** | ☐ Contingent | |
| | **122-B Calendar Avenue** | ☐ Unliquidated | |
| | **La Grange, IL 60525** | ☐ Disputed | |
| | Date(s) debt was incurred **Monthly** | Basis for the claim: **Supply of goods and services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **PEL/VIP** | ☐ Contingent | |
| | **7880 Wicker Ave #7** | ☐ Unliquidated | |
| | **St John, IN 46373** | ☐ Disputed | |
| | Date(s) debt was incurred **Monthly** | Basis for the claim: **Supply of goods and services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Pepsi-Cola** | ☐ Contingent | |
| | **75 Remittance Dr** | ☐ Unliquidated | |
| | **Ste 1884** | ☐ Disputed | |
| | **Chicago, IL 60675-1884** | | |
| | Date(s) debt was incurred **Monthly** | Basis for the claim: **Supply of goods and services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Petty Cash- Beth Welch** | ☐ Contingent | |
| | **1050 S. Euclid Ave.** | ☐ Unliquidated | |
| | **Elmhurst, IL 60126-5164** | ☐ Disputed | |
| | Date(s) debt was incurred **Monthly** | Basis for the claim: **Supply of goods and services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Philips Lifeline** | ☐ Contingent | |
| | **111 Lawrence St.** | ☐ Unliquidated | |
| | **Framingham, MA 01702** | ☐ Disputed | |
| | Date(s) debt was incurred **Monthly** | Basis for the claim: **Supply of goods and services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Phillip's Flowers** | ☐ Contingent | |
| | **524 N. Cass Ave.** | ☐ Unliquidated | |
| | **Westmont, IL 60559-1503** | ☐ Disputed | |
| | Date(s) debt was incurred **Monthly** | Basis for the claim: **Supply of goods and services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Timothy Place, NFP** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pitney Bowes Global Financial Serv**
PO Box 371887
Pittsburgh, PA 15250-7887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Plante & Moran, LLC**
16060 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PPG Architectural Finishes**
PO Box 536864
Atlanta, GA 30353-6864

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Precision Control Systems of Chicago, In**
1980 University Lane
Lisle, IL 60532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Premier Outdoor Environments, Inc.**
205 E Butterfied Rd
Ste 272
Elmhurst, IL 60126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Premier Produce, Inc.**
10100 Franklin Ave
Franklin Park, IL 60131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pro Electric, Inc**
2600 Warrenville Rd
Ste 202
Downers Grove, IL 60515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:** **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Timothy Place, NFP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Proshred**
**7700 Graphics Dr**
**Tinley Park, IL 60477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Proven It**
**18450 Crossing Dr**
**Ste D**
**Tinley Park, IL 60487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Providence Life Services**
**18601 North Creek Drive**
**Tinley Park, IL 60477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Provinet Solutions**
**18645 West Creek Drive**
**Tinley Park, IL 60477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Real Time Medical Systems**
**PO Box 645852**
**Pittsburgh, PA 15264-5256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Red Hawk Fire & Security**
**PO Box 650394**
**Dallas, TX 75265-0394**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Remred Business Class**
**8424 Skokie Blvd**
**#203**
**Skokie, IL 60077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Timothy Place, NFP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Republic Services #551**
**PO Box 9001154**
**Louisville, KY 40290-1154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

Basis for the claim: **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Rest Haven CS FSA**
**18601 N. Creek Drive**
**Tinley Park, IL 60477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

Basis for the claim: **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Rest Haven Endowment**
**18601 N. Creek Drive**
**Tinley Park, IL 60477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

Basis for the claim: **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Richard Fox**
**c/o Malatesta Law Offices LLC**
**5310 N. Harlem Ave.**
**Chicago, IL 60656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

Basis for the claim: **Personal Injury suspicions**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Richard S Pickren**
**5N512 Hidden Springs Dr**
**St Charles, IL 60175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

Basis for the claim: **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Rotary Club of Elmhurst**
**PO Box 147**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

Basis for the claim: **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Sandra E. Haynes**
**1670 Friedrich St**
**Glendale Heights, IL 60139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

Basis for the claim: **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Timothy Place, NFP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.160** | Nonpriority creditor's name and mailing address

**Scheck & Siress Prosthetics, Inc.**
1 S 376 Summit Av Court E
Oakbrook Terrace, IL 60181

Date(s) debt was incurred **Monthly**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.161** | Nonpriority creditor's name and mailing address

**Sharon Hoekstra**
1002 Kenmore Ave
Burr Ridge, IL 60527

Date(s) debt was incurred **Monthly**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.162** | Nonpriority creditor's name and mailing address

**Smith Hemmesch Burke & Kaczynski**
10 South Lasalle Street
Suite 2660
Chicago, IL 60603

Date(s) debt was incurred **Monthly**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.163** | Nonpriority creditor's name and mailing address

**SocialWork Consultation Group, Inc.**
1104 Hunter Rd
Glenview, IL 60025

Date(s) debt was incurred **Monthly**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.164** | Nonpriority creditor's name and mailing address

**Songs by Heart Foundation**
1717 K St NW, Ste 600
Washington, DC 20006-5343

Date(s) debt was incurred **Monthly**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.165** | Nonpriority creditor's name and mailing address

**Staples Business Advantage**
PO Box 660409
Dallas, TX 75266-0409

Date(s) debt was incurred **Monthly**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.166** | Nonpriority creditor's name and mailing address

**State Auto Insurance Co**
PO Box 776721
Chicago, IL 60677-6721

Date(s) debt was incurred **Monthly**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supply of goods and services**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Timothy Place, NFP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**State Industrial Products**
PO Box 844284
Boston, MA 02284-4284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Monthly__

**Basis for the claim:** __Supply of goods and services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sur-Seal Parking Lot Maintenance**
P.O. Box 805
Lombard, IL 60148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Monthly__

**Basis for the claim:** __Supply of goods and services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Symbria Rehab, Inc**
28100 Torch Parkway
Suite 600
Warrenville, IL 60555

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Monthly__

**Basis for the claim:** __Supply of goods and services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Symbria Rx Services**
28100 Torch Parkway
Suite 600
Warrenville, IL 60555

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Monthly__

**Basis for the claim:** __Supply of goods and services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Symbria, Inc**
28100 Torch Parkway
Ste 600
Warrenville, IL 60555

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Monthly__

**Basis for the claim:** __Supply of goods and services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tee Jay Service Company**
958 Corporate Blvd
Aurora, IL 60502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Monthly__

**Basis for the claim:** __Supply of goods and services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Terrence M Lynch**
9933 W 145th St
Orland Park, IL 60462

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __Monthly__

**Basis for the claim:** __Supply of goods and services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timothy Place, NFP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Bank of New York Mellon**
**Corporate Trust Dept**
**PO Box 392013**
**Pittsburgh, PA 15251-9013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Compliance Store**
**355 Industrial Park Blvd**
**Montgomery, AL 36117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Great Escape**
**2409 W. Lincoln Highway**
**Merrillville, IN 46410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Hartford**
**P.O. Box 660916**
**Dallas, TX 75266-0916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Home Depot Pro**
**PO Box 404284**
**Atlanta, GA 30384-4284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Joint Commission**
**PO Box 734505**
**Chicago, IL 60673-4505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Sherwin Williams Co**
**743 E Roosevelt Rd**
**Lombard, IL 60148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Timothy Place, NFP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Third Eye Health**
PO Box 7410158
Chicago, IL 60674-0158

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Thompson Elevator Insp. Serv, Inc.**
830 E Rand Rd
Unit 10
Mt. Prospect, IL 60056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**TIAA Commercial Finance, Inc**
PO Box 911608
Denver, CO 80291-1608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Timothy Christian Schools**
Att:  Business Office
188 W Butterfiled Rd
Elmhurst, IL 60126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Timothy G. Lawler, Ltd.**
357 Hampton Place
Hinsdale, IL 60521

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tony Danca**
dba Two Touch Construction
802 W. Sable Ave.
Addison, IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Training Concepts**
485 W Armory Dr
Ste A
South Holland, IL 60473

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

**Basis for the claim:  Supply of goods and services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Timothy Place, NFP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Trane US, Inc.**
**PO Box 98167**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

Basis for the claim: **Supply of goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TriageNow LLC**
**PO Box 855839**
**Minneapolis, MN 55485-5839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

Basis for the claim: **Supply of goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TriMark Marlinn, LLC**
**PO Box 8570**
**Carol Stream, IL 60197-8570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

Basis for the claim: **Supply of goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ULINE**
**ATTN: Accounts Receivable**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

Basis for the claim: **Supply of goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UMB Bank, N.A.**
**Attn:  Trust Fees Dept**
**PO Box 414589**
**Kansas City, MO 64141-4589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

Basis for the claim: **Supply of goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Unlimited Advacare Inc.**
**23838 Network Place**
**Chicago, IL 60673-1238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

Basis for the claim: **Supply of goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Upscale Entertainment**
**18W184 Knollwood Lane**
**Villa Park, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Monthly**

Basis for the claim: **Supply of goods and services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Timothy Place, NFP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**US Gas**
**11618 S. Mayfield**
**Alsip, IL 60803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**USA TODAY**
**Subscription Processing**
**PO Box 677454**
**Dallas, TX 75267-7454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Verizon Wireless**
**PO Box 16810**
**Newark, NJ 07101-6810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Vistaprint Corporate Solutions**
**PO Box 844202**
**Boston, MA 02284-4202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Warehouse Direct**
**2001 S Mount Prospect Rd**
**De Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**WeCare Connect**
**100 Mayer Rd**
**Frankenmuth, MI 48734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Wellworks for You**
**70 E Lancaster Ave**
**Frazer, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Monthly**

Basis for the claim:  **Supply of goods and services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Timothy Place, NFP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**West Town Mechanical**
**780 Aec Dr**
**Wood Dale, IL 60191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Monthly__

**Basis for the claim:**  __Supply of goods and services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Wild Goose Chase, Inc**
**9955 Virginia Ave**
**Chicago Ridge, IL 60415-1368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Monthly__

**Basis for the claim:**  __Supply of goods and services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**William M Hadesman MD SC**
**35253 Eagle Way**
**Chicago, IL 60678-1352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Monthly__

**Basis for the claim:**  __Supply of goods and services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Xerox Financial Services**
**PO Box 202882**
**Dallas, TX 75320-2882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Monthly__

**Basis for the claim:**  __Supply of goods and services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bruce P. Weisenthal, Esq.**<br>**Schiff Hardin**<br>**233 S. Wacker Drive, Ste. 7100**<br>**Chicago, IL 60606** | Line __2.8__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **David H. DeCelles, Esq.**<br>**Assistant US Attorney**<br>**219 S. Dearborn St., 5th Floor**<br>**Chicago, IL 60604** | Line __2.1__<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Hon. John R. Lausch, Jr.**<br>**Asst. United States Attorney, ND IL**<br>**219 S. Dearborn Street, 5th Floor**<br>**Chicago, IL 60604** | Line __2.1__<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Hon. William Barr, US Attorney**<br>**United States Dept. of Justice**<br>**950 Pennsylvania Ave, NW**<br>**Washington, DC 20530-0001** | Line __2.1__<br><br>☐ Not listed. Explain ____ | __ |

---

| Debtor | **Timothy Place, NFP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Illinois Dept. of Public Health**<br>**69 W. Washington St., 35th Floor**<br>**Chicago, IL 60602** | Line  **2.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Illinois Dept. of Revenue**<br>**Bankruptcy Unit**<br>**PO Box 19035**<br>**Chicago, IL 60680** | Line  **2.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Office of the US Trustee**<br>**Attn:  Adam Brief, Asst. US Trustee**<br>**219 S. Dearborn St., Room 873**<br>**Chicago, IL 60604** | Line  **2.1**<br><br>☐ Not listed. Explain ____ | _ |

<div style="background:black;color:white;display:inline-block">**Part 4:**</div>    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 0.00 |

**Fill in this information to identify the case:**

Debtor name      **Timothy Place, NFP**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest   **Referral agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **A Place For Mom**<br>**701 Fifth Avenue**<br>**Suite 3200**<br>**Seattle, Wa 98104** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest   **Background checks**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Accurate Biometrics**<br>**500 Park Blvd.**<br>**Suite 1260**<br>**Itasca, IL 60143** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest   **Consulting services**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Achieve Accreditation LLC**<br>**205 E. Butterfield Road**<br>**#168**<br>**Elmhurst, IL 60126** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest   **Electric Power**<br><br>State the term remaining<br><br>List the contract number of any government contract | **AEP Energy**<br>**PO Box 6329**<br>**Carol Stream, IL 60197** |

| Debtor 1 | **Timothy Place, NFP** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Fire safety services** | |
|---|---|---|---|
| | State the term remaining | | **Affiliated Customer Service Inc.** |
| | List the contract number of any government contract | | **1441 Branding Lane** |
| | | | **Suite 260** |
| | | | **Downers Grove, IL 60515** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Referral management** | |
|---|---|---|---|
| | State the term remaining | | **Allscripts** |
| | List the contract number of any government contract | | **8700 Bryn Mawr Ave.** |
| | | | **#700N** |
| | | | **Chicago, IL 60631** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Assisted Living - Memory Support** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALMS - Resident 001** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility - ALMS Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALMS - Resident 002** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Assisted Living - Memory Support** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALMS - Resident 003** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility - ALMS Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **ALMS - Resident 004** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Timothy Place, NFP**
     First Name       Middle Name       Last Name

Case number *(if known)*

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| | government contract | |
| **2.11.** | State what the contract or lease is for and the nature of the debtor's interest | **Assisted Living - Memory Support** |
| | State the term remaining | |
| | List the contract number of any government contract | **ALMS - Resident 005** |
| **2.12.** | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility - ALMS Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **ALMS - Resident 006** |
| **2.13.** | State what the contract or lease is for and the nature of the debtor's interest | **Assisted Living - Memory Support** |
| | State the term remaining | |
| | List the contract number of any government contract | **ALMS - Resident 007** |
| **2.14.** | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility - ALMS Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **ALMS - Resident 008** |
| **2.15.** | State what the contract or lease is for and the nature of the debtor's interest | **Assisted Living - Memory Support** |
| | State the term remaining | |
| | List the contract number of any government contract | **ALMS - Resident 009** |
| **2.16.** | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility - ALMS Contract** **ALMS - Resident 010** |

| Debtor 1 | **Timothy Place, NFP** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Assisted Living - Memory Support** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ALMS - Resident 011** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility - ALMS Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ALMS - Resident 012** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Assisted Living - Memory Support** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ALMS - Resident 013** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility - ALMS Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ALMS - Resident 014** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Assisted Living - Memory Support** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ALMS - Resident 015** |

Debtor 1   **Timothy Place, NFP**
   First Name    Middle Name    Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility - ALMS Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **ALMS - Resident 016** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Assisted Living - Memory Support** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **ALMS - Resident 017** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility - ALMS Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **ALMS - Resident 018** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility - ALMS Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **ALMS - Resident 019** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Assisted Living - Memory Support** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **ALMS - Resident 020** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility - ALMS Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | _____ | **ALMS - Resident 021** |

Debtor 1   **Timothy Place, NFP**                                                    Case number *(if known)* _____
             First Name         Middle Name         Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | _____ | _____ |
|---|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Assisted Living - Memory Support** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALMS - Resident 022** |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility - ALMS Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALMS - Resident 023** |
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Assisted Living - Memory Support** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALMS - Resident 024** |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility - ALMS Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALMS - Resident 025** |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Assisted Living - Memory Support** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALMS - Resident 026** |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility - ALMS Contract** | **ALMS - Resident 027** |

Debtor 1   **Timothy Place, NFP**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Assisted Living - Memory Support** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ALMS - Resident 028** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility - ALMS Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ALMS - Resident 029** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Assisted Living - Memory Support** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ALMS - Resident 030** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility - ALMS Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ALMS - Resident 031** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Assisted Living - Memory Support** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ALMS - Resident 032** |

| Debtor 1 | **Timothy Place, NFP** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility - ALMS Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALMS - Resident 033** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Assisted Living - Memory Support** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALMS - Resident 034** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility - ALMS Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALMS - Resident 035** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Assisted Living - Memory Support** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALMS - Resident 036** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility - ALMS Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALMS - Resident 037** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Assisted Living - Memory Support** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **ALMS - Resident 038** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Timothy Place, NFP**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | |
|---|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility - ALMS Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALMS - Resident 039** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Assisted Living - Memory Support** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALMS - Resident 040** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident - AL-MS** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALMS - Resident 041** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Power of Attorney** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALMS - Resident 042** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident - AL-MS** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALMS - Resident 043** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility - ALMS Contract** | **ALMS - Resident 044** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Timothy Place, NFP**
First Name        Middle Name        Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Eliminating pests** | |
| | State the term remaining | | **Anderson Pest Solutions** |
| | List the contract number of any government contract | | **501 W. Lake Street Suite 204 Elmhurst, IL 60126** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Lifecare Resident** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Assisted Living Resident 001** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Assisted Living Resident 002** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Assisted Living Resident 003** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Assisted Living Resident 004** |

Debtor 1    **Timothy Place, NFP**
First Name          Middle Name          Last Name

Case number *(if known)*

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Lifecare Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Assisted Living Resident 005** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Assisted Living Resident 006** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Assisted Living Resident 007** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Assisted Living Resident 008** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Lifecare Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Assisted Living Resident 009** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Assisted Living Resident 010** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Timothy Place, NFP**
    First Name         Middle Name        Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Lifecare Resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Assisted Living Resident 011** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Assisted Living Resident 012** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Assisted Living Resident 013** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Assisted Living Resident 014** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Assisted Living Resident 015** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** |
|---|---|---|
| | | **Assisted Living Resident 016** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Timothy Place, NFP** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

---

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Assisted Living Resident 017** |

---

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Assisted Living Resident 018** |

---

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Assisted Living Resident 019** |

---

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Lifecare Resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Assisted Living Resident 020** |

---

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Lifecare Resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Assisted Living Resident 021** |

---

| Debtor 1 | **Timothy Place, NFP** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.73.** State what the contract or lease is for and the nature of the debtor's interest — **Financial Responsibility**

State the term remaining

List the contract number of any government contract _____ **Assisted Living Resident 022**

**2.74.** State what the contract or lease is for and the nature of the debtor's interest — **Private Resident**

State the term remaining

List the contract number of any government contract _____ **Assisted Living Resident 023**

**2.75.** State what the contract or lease is for and the nature of the debtor's interest — **Financial Responsibility**

State the term remaining

List the contract number of any government contract _____ **Assisted Living Resident 024**

**2.76.** State what the contract or lease is for and the nature of the debtor's interest — **Private Resident**

State the term remaining

List the contract number of any government contract _____ **Assisted Living Resident 025**

**2.77.** State what the contract or lease is for and the nature of the debtor's interest — **Financial Responsibility**

State the term remaining

List the contract number of any government contract _____ **Assisted Living Resident 026**

**2.78.** State what the contract or lease is for and the nature of the debtor's interest — **Lifecare Resident**

State the term remaining

List the contract number of any _____ **Assisted Living Resident 027**

Debtor 1   **Timothy Place, NFP**
              First Name          Middle Name          Last Name                    Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract

**2.79.** State what the contract or lease is for and the nature of the debtor's interest

**Financial Responsibility**

State the term remaining

List the contract number of any government contract

**Assisted Living Resident 028**

**2.80.** State what the contract or lease is for and the nature of the debtor's interest

**Financial Responsibility**

State the term remaining

List the contract number of any government contract

**Assisted Living Resident 029**

**2.81.** State what the contract or lease is for and the nature of the debtor's interest

**Lifecare Resident**

State the term remaining

List the contract number of any government contract

**Assisted Living Resident 030**

**2.82.** State what the contract or lease is for and the nature of the debtor's interest

**Lifecare Resident**

State the term remaining

List the contract number of any government contract

**Assisted Living Resident 031**

**2.83.** State what the contract or lease is for and the nature of the debtor's interest

**Financial Responsibility**

State the term remaining

List the contract number of any government contract

**Assisted Living Resident 032**

**2.84.** State what the contract or lease is for and the nature of the debtor's interest

**Lifecare Resident**

**Assisted Living Resident 033**

Debtor 1   **Timothy Place, NFP**
               First Name          Middle Name          Last Name

Case number *(if known)* _____

---

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any    _____
   government contract

---

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Assisted Living Resident 034** |

---

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Lifecare Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Assisted Living Resident 035** |

---

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Assisted Living Resident 036** |

---

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Assisted Living Resident 037** |

---

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Lifecare Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Assisted Living Resident 038** |

---

| Debtor 1 | **Timothy Place, NFP** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Assisted Living Resident 039** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Lifecare Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Assisted Living Resident 040** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Assisted Living Resident 041** |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Assisted Living Resident 042** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Assisted Living Resident 043** |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Lifecare Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Assisted Living Resident 044** |

Debtor 1   **Timothy Place, NFP**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.96.** State what the contract or lease is for and the nature of the debtor's interest　　**Power of Attorney**

State the term remaining

List the contract number of any government contract　　**Assisted Living Resident 045**

**2.97.** State what the contract or lease is for and the nature of the debtor's interest　　**Private Resident**

State the term remaining

List the contract number of any government contract　　**Assisted Living Resident 046**

**2.98.** State what the contract or lease is for and the nature of the debtor's interest　　**Financial Responsibility**

State the term remaining

List the contract number of any government contract　　**Assisted Living Resident 047**

**2.99.** State what the contract or lease is for and the nature of the debtor's interest　　**Lifecare Resident**

State the term remaining

List the contract number of any government contract　　**Assisted Living Resident 048**

**2.100.** State what the contract or lease is for and the nature of the debtor's interest　　**Financial Responsibility**

State the term remaining

List the contract number of any government contract　　**Assisted Living Resident 049**

**2.101.** State what the contract or lease is for and the nature of the debtor's interest　　**Lifecare Resident**

**Assisted Living Resident 050**

Debtor 1    **Timothy Place, NFP**
First Name    Middle Name    Last Name    Case number (if known) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **All Responsibilities** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Assisted Living Resident 051** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Lifecare Resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Assisted Living Resident 052** |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Assisted Living Resident 053** |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Assisted Living Resident 054** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Assisted Living Resident 055** |

Debtor 1   **Timothy Place, NFP**
First Name       Middle Name        Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Assisted Living Resident 056** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Assisted Living Resident 057** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Assisted Living Resident 058** |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Responsibility** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Assisted Living Resident 059** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Assisted Living Resident 060** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Lifecare Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Assisted Living Resident 061** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Timothy Place, NFP**
                First Name          Middle Name           Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract    _____    _____

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Lifecare Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Assisted Living Resident 062** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Assisted Living Resident 063** |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Assisted Living Resident 064** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Assisted Living Resident 065** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Assisted Living Resident 066** |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **All Responsibilities** | |
|---|---|---|---|
| | | | **Assisted Living Resident 067** |

| Debtor 1 | **Timothy Place, NFP** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Assisted Living Resident 068** |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **All Responsibilities** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Assisted Living Resident 069** |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Assisted Living Resident 070** |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Lifecare Resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Assisted Living Resident 071** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Assisted Living Resident 072** |

Debtor 1  **Timothy Place, NFP**
_____   Case number _(if known)_ _____
First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Private Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Assisted Living Resident 073** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Lifecare Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Assisted Living Resident 074** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Employment agency agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ATC Healthcare Services<br>7250 College Drive<br>Palos Hts., IL 60463** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **X-ray and imaging services** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cal-Devon Urgent Care, Inc.<br>6415 N. California Ave.<br>Chicago, IL 60645** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Medicare/Mediciad Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Center For Medicare & Medicaid Serv<br>233 North Michigan Avenue<br>Suite 600<br>Chicago, IL 60601** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Additional Address - Medicare provider agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Center For Medicare & Medicaid Serv<br>7500 Security Blvd.<br>Baltimore, MD 21244** |

| Debtor 1 | **Timothy Place, NFP** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Aquatic weed and algae control** |
|---|---|---|
| | State the term remaining | **Clarke Aquatic Services, Inc.** |
| | List the contract number of any government contract | **159 N. Garden Ave.**<br>**Roselle, IL 60172** |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Elevator maintenance** |
|---|---|---|
| | State the term remaining | **Colley Elevator Co.** |
| | List the contract number of any government contract | **226 Williams Street**<br>**Bensenville, IL 60106** |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Cable services** |
|---|---|---|
| | State the term remaining | **Comcast of Illinois VI, LLC** |
| | List the contract number of any government contract | **PO Box 70919**<br>**Philadelphia, PA 19176** |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Online regulatory training** |
|---|---|---|
| | State the term remaining | **Compliance Store** |
| | List the contract number of any government contract | **355 Industrial Park Blvd.**<br>**Montgomery, AL 36117** |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Leasee of salon space** |
|---|---|---|
| | State the term remaining | **Delia's Salon** |
| | List the contract number of any government contract | **1050 S Euclid**<br>**Elmhurst, IL 60126** |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Fire safety services** | **Dependable Fire Equipment, Inc.**<br>**4803 Milwaukee Avenue**<br>**Chicago, IL 60630** |
|---|---|---|---|

| Debtor 1 | **Timothy Place, NFP** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | _____ |

---

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Dental hygiene services** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **DHO Great Lakes, Inc.** <br> **528 W. Barry Ave.** <br> **Chicago, IL 60657** |

---

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Dialysis services** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Dialysis Center of America-IL Inc.** <br> **133 E. Brush Hill Road** <br> **Suite 410** <br> **Elmhurst, IL 60126** |

---

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Emergency water** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **DS Services of America, Inc.** <br> **17847 80th Ave.** <br> **Tinley Park, IL 60477** |

---

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Director Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **DuPage Medical Group, Ltd.** <br> **533 W. North Ave.** <br> **#101** <br> **Elmhurst, IL 60126** |

---

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ed Napleton Elmhurst Imports** <br> **745 W. Lake Street** <br> **Elmhurst, IL 60129** |

---

Debtor 1   **Timothy Place, NFP**
          First Name        Middle Name          Last Name                          Case number (if known) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Transfer agreement** | |
|---|---|---|---|
| | State the term remaining | | **Edward-Elmhurst Health** |
| | List the contract number of any government contract | | **c/o Chris Mollet** **4201 Winfield Road** **Warrenville, IL 60555** |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Lab services** | |
|---|---|---|---|
| | State the term remaining | | **Elmhurst Memorial Hospital** |
| | List the contract number of any government contract | | **Reference Laboratory** **155 E. Brush Hill Road** **Elmhurst, IL 60126** |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Deposit Account Control Agreement - account ending in -1295** | |
|---|---|---|---|
| | State the term remaining | | **Fifth Third Bank** |
| | List the contract number of any government contract | | **38 Fountain Square** **Cincinnati, OH** |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Deposit Account Control Agreement for account ending in -1287.** | |
|---|---|---|---|
| | State the term remaining | | **Fifth Third Bank** |
| | List the contract number of any government contract | | **38 Fountain Square** **Cincinnati, OH** |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **Lease to FTB for ATM** | |
|---|---|---|---|
| | State the term remaining | | **Fifth Third Bank** |
| | List the contract number of any government contract | | **1500 N. Main Street** **Wheaton, IL 60187** |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **POS system** | |
|---|---|---|---|
| | State the term remaining | | **FullCount** |
| | List the contract number of any | | **1555 SE Delaware Ave** **Suite A** **Ankeny, IA 50021** |

Debtor 1    **Timothy Place, NFP**
      First Name      Middle Name      Last Name         Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing agency** | |
|---|---|---|---|
| | State the term remaining | | **GlynnDevins** |
| | List the contract number of any government contract | | **8880 Ward Parkway**<br>**Suite 400**<br>**Kansas City, MO 64115** |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment leasing** | |
|---|---|---|---|
| | State the term remaining | | **Gordon Food Service** |
| | List the contract number of any government contract | | **1300 Gezon Parkway SW**<br>**Wyoming, MI 49509** |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **Medical waste disposal** | |
|---|---|---|---|
| | State the term remaining | | **Healthcare Waste Management** |
| | List the contract number of any government contract | | **c/o Pete Lindemulder**<br>**6602 W. 9th Ave.**<br>**Gary, IN 46406** |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting services** | |
|---|---|---|---|
| | State the term remaining | | **Healthpro Management Services** |
| | List the contract number of any government contract | | **634 Academy Drive**<br>**Northbrook, IL 60002** |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **Nursing staffing services** | |
|---|---|---|---|
| | State the term remaining | | **JRJG dba BrightStar Naperville** |
| | List the contract number of any government contract | | **1150 S. Euclid**<br>**Elmhurst, IL 60126** |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **Lab services** | **Laboratory Corp. of America** |
|---|---|---|---|
| | | | **531 South Spring Street**<br>**Burlington, SC 27215** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Timothy Place, NFP**                                                       Case number *(if known)*
  First Name        Middle Name           Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | **Emergency generators** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Lionheart**<br>**13151 Executive Court**<br>**Huntley, IL 60142** |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment leasing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **LiquiTech**<br>**421 Eisenhower Ln S**<br>**Lombard, IL 60148** |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **Health Info consulting** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Med-Rec Systems**<br>**PO Box 498**<br>**Brownsburg, IN 46112** |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **Med fabric cleaning** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **MedClean**<br>**4601 W. Addison St.**<br>**Chicago, IL 60641** |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **Infectious Disease consulting** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Metro Infectious Disease Consultants**<br>**901 McClintock Drive**<br>**Suite 203**<br>**Burr Ridge, IL 60527** |

| Debtor 1 | **Timothy Place, NFP** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Security services** | |
|---|---|---|---|
| | State the term remaining | | **Midwest Security Forces LLC** |
| | | | **802 Wabash Ave.** |
| | List the contract number of any government contract | | **Suite 300** |
| | | | **Chesterton, IN 46304** |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Online services** | |
|---|---|---|---|
| | State the term remaining | | **My LifeSite** |
| | | | **601 St. Mary's Street** |
| | List the contract number of any government contract | | **Raleigh, NC 27605** |

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing repair and maintenance** | |
|---|---|---|---|
| | State the term remaining | | **NIR Roof Care** |
| | | | **11317 Smith Drive** |
| | List the contract number of any government contract | | **Huntley, IL 60142** |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing - Nurses** | |
|---|---|---|---|
| | State the term remaining | | **Novastaff Healthcare Services, Inc.** |
| | | | **2021 Midwest Road** |
| | List the contract number of any government contract | | **Oak Brook, IL 60523** |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **Affiliation agreement** | |
|---|---|---|---|
| | State the term remaining | | **Olivet Nazarene University** |
| | | | **1 University Ave.** |
| | List the contract number of any government contract | | **Bourbonnais, IL 60914** |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **Scheduling** | |
|---|---|---|---|
| | State the term remaining | | **On Shift** |
| | | | **1621 Euclid Ave** |
| | List the contract number of any | | **#1400** |
| | | | **Cleveland, OH 44115** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Timothy Place, NFP**
First Name   Middle Name   Last Name   Case number *(if known)*



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **Fuel for emergency generators** | |
| | State the term remaining | | **OSCO, Incorporated** |
| | List the contract number of any government contract | | **304 Mondamin St. Ste. 112 Minooka, IL 60447** |

| | | | |
|---|---|---|---|
| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **Temporary staffing services** | |
| | State the term remaining | | **Parker Cromwell Health Care Assoc.** |
| | List the contract number of any government contract | | **6432 Joliet Road Suite C Countryside, IL 60525** |

| | | | |
|---|---|---|---|
| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Patient care tracking** | |
| | State the term remaining | | **Patientping, Inc.** |
| | List the contract number of any government contract | | **10 Post Office Square Boston, MA 02109** |

| | | | |
|---|---|---|---|
| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Food and beverage** | |
| | State the term remaining | | **PepsiCo Foodservice** |
| | List the contract number of any government contract | | **5833 South 85th West Ave. Tulsa, OK 74107** |

| | | | |
|---|---|---|---|
| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Patient services** | |
| | State the term remaining | | **PICC ME Vascular Solutions LLC** |
| | List the contract number of any government contract | | **10039 Marion Ave. Oak Lawn, IL 60453** |

| | | | |
|---|---|---|---|
| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Facility management system** | **Precision Control Systems of Chicago 1980 University Lane Lisle, IL 60532** |

| Debtor 1 | **Timothy Place, NFP** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | Landscaping service |
|---|---|---|
| | State the term remaining | **Premier Outdoor Environments, Inc.** |
| | List the contract number of any government contract | **205 E. Butterfield Road**<br>**Suite 272**<br>**Elmhurst, IL 60126** |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | Winter Snow removal |
|---|---|---|
| | State the term remaining | **Premier Outdoor Environments, Inc.** |
| | List the contract number of any government contract | **205 E Butterfield Road**<br>**Suite 272**<br>**Elmhurst, IL 60126** |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | Document shredding |
|---|---|---|
| | State the term remaining | **ProShred Security** |
| | List the contract number of any government contract | **7700 Graphics Drive**<br>**Tinley Park, IL 60477** |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | Copier leases with purchase option |
|---|---|---|
| | State the term remaining | **Proven Business Services** |
| | List the contract number of any government contract | **18450 Crossing Drive**<br>**Suite D**<br>**Tinley Park, IL 60487** |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | Hospice services |
|---|---|---|
| | State the term remaining | **Providence Hospice** |
| | List the contract number of any government contract | **18601 N. Creek Drive**<br>**Tinley Park, IL 60477** |

| Debtor 1 | **Timothy Place, NFP** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | **Home healthcare services** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Providence Life Services**<br>**18601 N. Creek Drive**<br>**Tinley Park, IL 60477** |

| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | **Internet service provider** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Provinet Solutions**<br>**18645 W. Creek Drive**<br>**Suite A**<br>**Tinley Park, IL 60126** |

| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | **Waste hauling** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Republic Services**<br>**PO Box 9001154**<br>**Louisville, KY 40290-1154** |

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Resident  001** |

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Resident  002** |

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Resident 003** |

Debtor 1   **Timothy Place, NFP**
        First Name        Middle Name        Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   | government contract | |
|---|---|---|

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | IL resident |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 004** |

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | IL resident |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 005** |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | IL resident |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 006** |

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | IL resident |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 007** |

| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | IL resident |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 008** |

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | IL resident |
|---|---|---|
| | | **Resident 009** |

| Debtor 1 | **Timothy Place, NFP** | | | Case number *(if known)* | |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

|  | State the term remaining | |
|  | List the contract number of any government contract | _____ |

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|  | State the term remaining | |
|  | List the contract number of any government contract | **Resident 010** |

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|  | State the term remaining | |
|  | List the contract number of any government contract | **Resident 011** |

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|  | State the term remaining | |
|  | List the contract number of any government contract | **Resident 012** |

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|  | State the term remaining | |
|  | List the contract number of any government contract | **Resident 013** |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|  | State the term remaining | |
|  | List the contract number of any government contract | **Resident 014** |

Debtor 1    **Timothy Place, NFP**
          First Name          Middle Name          Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 015** |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 016** |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 017** |

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 018** |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 019** |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Resident 020** |

Debtor 1    **Timothy Place, NFP**

     First Name         Middle Name         Last Name    Case number (*if known*) _____

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract _____ | _____ |

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | **Resident 021** | |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | **Resident 022** | |

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | **Resident 023** | |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | **Resident 024** | |

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | **Resident 025** | |

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** | |
|---|---|---|---|
| | | **Resident 026** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1 **Timothy Place, NFP**

First Name      Middle Name      Last Name

Case number *(if known)* _____

�as **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

    State the term remaining

    List the contract number of any government contract _____

---

**2.204.** State what the contract or lease is for and the nature of the debtor's interest      **IL resident**

    State the term remaining

    List the contract number of any government contract _____      **Resident 027**

---

**2.205.** State what the contract or lease is for and the nature of the debtor's interest      **IL resident**

    State the term remaining

    List the contract number of any government contract _____      **Resident 028**

---

**2.206.** State what the contract or lease is for and the nature of the debtor's interest      **IL resident**

    State the term remaining

    List the contract number of any government contract _____      **Resident 029**

---

**2.207.** State what the contract or lease is for and the nature of the debtor's interest      **IL resident**

    State the term remaining

    List the contract number of any government contract _____      **Resident 030**

---

**2.208.** State what the contract or lease is for and the nature of the debtor's interest      **IL resident**

    State the term remaining

    List the contract number of any government contract _____      **Resident 031**

---

Debtor 1    **Timothy Place, NFP**
     First Name          Middle Name          Last Name                        Case number *(if known)*

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.209. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 032** |

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 033** |

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 034** |

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 035** |

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 036** |

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| | State the term remaining | |
| | List the contract number of any | **Resident 037** |

Debtor 1   **Timothy Place, NFP**
    First Name        Middle Name        Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract | |
|---|---|---|

| 2.215. | State what the contract or lease is for and the nature of the debtor's interest | IL resident |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 038** |

| 2.216. | State what the contract or lease is for and the nature of the debtor's interest | IL resident |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 039** |

| 2.217. | State what the contract or lease is for and the nature of the debtor's interest | IL resident |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 040** |

| 2.218. | State what the contract or lease is for and the nature of the debtor's interest | IL resident |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 041** |

| 2.219. | State what the contract or lease is for and the nature of the debtor's interest | IL resident |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 042** |

| 2.220. | State what the contract or lease is for and the nature of the debtor's interest | IL resident |
|---|---|---|
| | | **Resident 043** |

Debtor 1   **Timothy Place, NFP**
　　　　First Name　　　Middle Name　　　Last Name

Case number (*if known*) _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.221. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Resident 044** |

| 2.222. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Resident 045** |

| 2.223. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Resident 046** |

| 2.224. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Resident 047** |

| 2.225. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Resident 048** |

Debtor 1    **Timothy Place, NFP**
      First Name      Middle Name      Last Name          Case number *(if known)*

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.226. State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any government contract | **Resident 049** |
| 2.227. State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any government contract | **Resident 050** |
| 2.228. State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any government contract | **Resident 051** |
| 2.229. State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any government contract | **Resident 052** |
| 2.230. State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any government contract | **Resident 053** |
| 2.231. State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any | **Resident 054** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Timothy Place, NFP**    Case number (if known) _____
    First Name       Middle Name       Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| | | | |
|---|---|---|---|
| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Resident 055** |

| | | | |
|---|---|---|---|
| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Resident 056** |

| | | | |
|---|---|---|---|
| 2.234. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Resident 057** |

| | | | |
|---|---|---|---|
| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Resident 058** |

| | | | |
|---|---|---|---|
| 2.236. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Resident 059** |

| | | | |
|---|---|---|---|
| 2.237. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
| | | | **Resident 060** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1   **Timothy Place, NFP**
First Name    Middle Name    Last Name    Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|   | State the term remaining | |
|---|---|---|
|   | List the contract number of any government contract | |

| 2.238. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
|   | State the term remaining | |
|   | List the contract number of any government contract | **Resident 061** |

| 2.239. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
|   | State the term remaining | |
|   | List the contract number of any government contract | **Resident 062** |

| 2.240. | State what the contract or lease is for and the nature of the debtor's interest | **Beneficiary** |
|---|---|---|
|   | State the term remaining | |
|   | List the contract number of any government contract | **Resident 063** |

| 2.241. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
|   | State the term remaining | |
|   | List the contract number of any government contract | **Resident 064** |

| 2.242. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
|   | State the term remaining | |
|   | List the contract number of any government contract | **Resident 065** |

Debtor 1   **Timothy Place, NFP**

First Name      Middle Name      Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.243. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 066** |

| 2.244. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 067** |

| 2.245. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 068** |

| 2.246. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 069** |

| 2.247. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 070** |

| 2.248. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| | State the term remaining | |
| | List the contract number of any | **Resident 071** |

Debtor 1    **Timothy Place, NFP**
           First Name         Middle Name          Last Name

Case number (*if known*)

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

2.249. State what the contract or lease is for and the nature of the debtor's interest    **IL resident**

State the term remaining

List the contract number of any government contract    **Resident 072**

2.250. State what the contract or lease is for and the nature of the debtor's interest    **IL resident**

State the term remaining

List the contract number of any government contract    **Resident 073**

2.251. State what the contract or lease is for and the nature of the debtor's interest    **IL resident**

State the term remaining

List the contract number of any government contract    **Resident 074**

2.252. State what the contract or lease is for and the nature of the debtor's interest    **IL resident**

State the term remaining

List the contract number of any government contract    **Resident 075**

2.253. State what the contract or lease is for and the nature of the debtor's interest    **IL resident**

State the term remaining

List the contract number of any government contract    **Resident 076**

2.254. State what the contract or lease is for and the nature of the debtor's interest    **IL resident**

**Resident 077**

Debtor 1   **Timothy Place, NFP**
First Name      Middle Name      Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract   _____

---

2.255.   State what the contract or
lease is for and the nature of
the debtor's interest          **IL resident**

State the term remaining

List the contract number of any          **Resident 078**
government contract   _____

---

2.256.   State what the contract or
lease is for and the nature of
the debtor's interest          **IL resident**

State the term remaining

List the contract number of any          **Resident 079**
government contract   _____

---

2.257.   State what the contract or
lease is for and the nature of
the debtor's interest          **IL resident**

State the term remaining

List the contract number of any          **Resident 080**
government contract   _____

---

2.258.   State what the contract or
lease is for and the nature of
the debtor's interest          **IL resident**

State the term remaining

List the contract number of any          **Resident 081**
government contract   _____

---

2.259.   State what the contract or
lease is for and the nature of
the debtor's interest          **IL resident**

State the term remaining

List the contract number of any          **Resident 082**
government contract   _____

---

Debtor 1   **Timothy Place, NFP**
_____
          First Name      Middle Name      Last Name                    Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.260. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 084** |

| 2.261. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 085** |

| 2.262. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 086** |

| 2.263. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 087** |

| 2.264. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 088** |

| 2.265. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Resident 089** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Timothy Place, NFP**
First Name          Middle Name          Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract    _____    _____

2.266.  State what the contract or lease is for and the nature of the debtor's interest    **IL resident**

State the term remaining

List the contract number of any government contract    _____    **Resident 090**

2.267.  State what the contract or lease is for and the nature of the debtor's interest    **IL resident**

State the term remaining

List the contract number of any government contract    _____    **Resident 091**

2.268.  State what the contract or lease is for and the nature of the debtor's interest    **IL resident**

State the term remaining

List the contract number of any government contract    _____    **Resident 092**

2.269.  State what the contract or lease is for and the nature of the debtor's interest    **IL resident**

State the term remaining

List the contract number of any government contract    _____    **Resident 093**

2.270.  State what the contract or lease is for and the nature of the debtor's interest    **IL resident**

State the term remaining

List the contract number of any government contract    _____    **Resident 094**

2.271.  State what the contract or lease is for and the nature of the debtor's interest    **IL resident**

**Resident 095**

Debtor 1   **Timothy Place, NFP**
      First Name      Middle Name      Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.272. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Resident 096** |

| 2.273. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Resident 097** |

| 2.274. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Resident 098** |

| 2.275. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Resident 099** |

| 2.276. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Resident 100** |

Debtor 1    **Timothy Place, NFP**
      First Name        Middle Name        Last Name

Case number *(if known)*

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.277. State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any government contract | **Resident 101** |
| 2.278. State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any government contract | **Resident 102** |
| 2.279. State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any government contract | **Resident 103** |
| 2.280. State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any government contract | **Resident 104** |
| 2.281. State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any government contract | **Resident 105** |
| 2.282. State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any | **Resident 106** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Timothy Place, NFP** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.283. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Resident 107** |

| 2.284. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Resident 108** |

| 2.285. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Resident 109** |

| 2.286. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Resident 110** |

| 2.287. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Resident 111** |

| 2.288. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
|---|---|---|---|
| | | | **Resident 112** |

Debtor 1   **Timothy Place, NFP**
   First Name          Middle Name        Last Name                      Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.289. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 113** |

| 2.290. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 114** |

| 2.291. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 115** |

| 2.292. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 116** |

| 2.293. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 117** |

Debtor 1   **Timothy Place, NFP**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name　　　　　　　　　Case number *(if known)*　_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.294.** State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any government contract | **Resident 118** |
| **2.295.** State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any government contract | **Resident 119** |
| **2.296.** State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any government contract | **Resident 120** |
| **2.297.** State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any government contract | **Resident 121** |
| **2.298.** State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any government contract | **Resident 122** |
| **2.299.** State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any | **Resident 123** |

| Debtor 1 | **Timothy Place, NFP** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.300. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Resident 124** |

| 2.301. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Resident 125** |

| 2.302. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Resident 126** |

| 2.303. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Resident 127** |

| 2.304. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Resident 128** |

| 2.305. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** | |
|---|---|---|---|
| | | | **Resident 129** |

Debtor 1   **Timothy Place, NFP**

First Name         Middle Name              Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | _____ |

| 2.306. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

**Resident 130**

| 2.307. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

**Resident 131**

| 2.308. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

**Resident 132**

| 2.309. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

**Resident 133**

| 2.310. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

**Resident 134**

Debtor 1  **Timothy Place, NFP**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)* _____

<div style="background:purple;width:40px;height:40px"></div> **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.311. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Resident 135** |

| 2.312. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Resident 136** |

| 2.313. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Resident 137** |

| 2.314. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Resident 138** |

| 2.315. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Resident 139** |

| 2.316. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any | **Resident 140** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Timothy Place, NFP**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | |
|---|---|
| government contract _____ | _____ |

| 2.317. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Resident 141** |

| 2.318. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Resident 142** |

| 2.319. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Resident 143** |

| 2.320. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Resident 144** |

| 2.321. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Resident 145** |

| 2.322. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | | **Resident 146** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

Debtor 1   **Timothy Place, NFP**
   First Name       Middle Name       Last Name            Case number *(if known)*

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |
| **2.323.** State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any government contract _____ | **Resident 147** |
| **2.324.** State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any government contract _____ | **Resident 148** |
| **2.325.** State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any government contract _____ | **Resident 149** |
| **2.326.** State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any government contract _____ | **Resident 150** |
| **2.327.** State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| State the term remaining | |
| List the contract number of any government contract _____ | **Resident 151** |

Debtor 1   **Timothy Place, NFP**
　　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)*　_____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.328. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 152** |

| 2.329. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 153** |

| 2.330. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 154** |

| 2.331. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 155** |

| 2.332. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 156** |

| 2.333. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
| | State the term remaining | |
| | List the contract number of any | **Resident 157** |

Debtor 1   **Timothy Place, NFP**
First Name          Middle Name          Last Name

Case number *(if known)*

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract

---

2.334. State what the contract or lease is for and the nature of the debtor's interest

**IL resident**

State the term remaining

List the contract number of any government contract

**Resident 158**

---

2.335. State what the contract or lease is for and the nature of the debtor's interest

**IL resident**

State the term remaining

List the contract number of any government contract

**Resident 159**

---

2.336. State what the contract or lease is for and the nature of the debtor's interest

**IL resident**

State the term remaining

List the contract number of any government contract

**Resident 160**

---

2.337. State what the contract or lease is for and the nature of the debtor's interest

**IL resident**

State the term remaining

List the contract number of any government contract

**Resident 161**

---

2.338. State what the contract or lease is for and the nature of the debtor's interest

**IL resident**

State the term remaining

List the contract number of any government contract

**Resident 162**

---

2.339. State what the contract or lease is for and the nature of the debtor's interest

**IL resident**

**Resident 163**

---

Debtor 1    **Timothy Place, NFP**
    First Name         Middle Name         Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract   _____ | |

| 2.340. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract   _____ | **Resident 164** |

| 2.341. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract   _____ | **Resident 165** |

| 2.342. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract   _____ | **Resident 166** |

| 2.343. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract   _____ | **Resident 167** |

| 2.344. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract   _____ | **Resident 168** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Timothy Place, NFP**
_____     Case number *(if known)* _____
First Name          Middle Name          Last Name

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.345. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Resident 169** |

| 2.346. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Resident 170** |

| 2.347. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Resident 171** |

| 2.348. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Resident 172** |

| 2.349. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Resident 173** |

| 2.350. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | _____ | **Resident 174** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Timothy Place, NFP**
            First Name          Middle Name          Last Name

Case number *(if known)* _____

<div style="background:#3d0033;width:40px;height:40px;display:inline-block"></div>   **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | _____ | _____ |

| 2.351. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Resident 175** |

| 2.352. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Resident 176** |

| 2.353. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Resident 177** |

| 2.354. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Resident 178** |

| 2.355. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Resident 179** |

| 2.356. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | **Resident 180** |

| Debtor 1 | **Timothy Place, NFP** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.357. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Resident 181** |

| 2.358. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Resident 182** |

| 2.359. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Resident 183** |

| 2.360. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Resident 184** |

| 2.361. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Resident 185** |

Debtor 1    **Timothy Place, NFP**

First Name        Middle Name        Last Name

Case number *(if known)*

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.362. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 186** |

| 2.363. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 187** |

| 2.364. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 188** |

| 2.365. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 189** |

| 2.366. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Resident 190** |

| 2.367. | State what the contract or lease is for and the nature of the debtor's interest | **IL resident** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Resident 191** |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    Page 65 of 81

| Debtor 1 | **Timothy Place, NFP** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |
| 2.368. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Resident 192 |
| 2.369. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Resident 193 |
| 2.370. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Resident 194 |
| 2.371. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Resident 196 |
| 2.372. | State what the contract or lease is for and the nature of the debtor's interest | Beneficiary | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Resident 197 |
| 2.373. | State what the contract or lease is for and the nature of the debtor's interest | IL resident | |
| | | | Resiedent 195 |

| Debtor 1 | **Timothy Place, NFP** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.374. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement with Debtor** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Rest Haven Illiana Christian Con. H 18601 North Creek Drive Tinley Park, IL 60477** |

| 2.375. | State what the contract or lease is for and the nature of the debtor's interest | **Affiliation agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Senior Well 2100 E. Lake Cook Road Ste 1000 Buffalo Grove, IL 60089** |

| 2.376. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Medicare A** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Skilled Nursing Patient or Responsible P** |

| 2.377. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Skilled Nursing Patient or Responsible P** |

| 2.378. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Medicare A** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Skilled Nursing Patient or Responsible P** |

| Debtor 1 | **Timothy Place, NFP** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.379. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Skilled Nursing Patient or Responsible P** |

| 2.380. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Medicare A** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Skilled Nursing Patient or Responsible P** |

| 2.381. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Skilled Nursing Patient or Responsible P** |

| 2.382. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Lifecare Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Skilled Nursing Patient or Responsible P** |

| 2.383. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Skilled Nursing Patient or Responsible P** |

| 2.384. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Lifecare Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Skilled Nursing Patient or Responsible P** |

Debtor 1   **Timothy Place, NFP**
　　　　　　First Name　　　　　　Middle Name　　　　　　Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract _____

| 2.385. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Lifecare Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Skilled Nursing Patient or Responsible P** |

| 2.386. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Lifecare Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Skilled Nursing Patient or Responsible P** |

| 2.387. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Skilled Nursing Patient or Responsible P** |

| 2.388. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Lifecare Resident** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Skilled Nursing Patient or Responsible P** |

| 2.389. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Bedhold Medicare A** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Skilled Nursing Patient or Responsible P** |

| 2.390. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** | **Skilled Nursing Patient or Responsible P** |
|---|---|---|---|

| Debtor 1 | **Timothy Place, NFP** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.391. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Medicare A** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Skilled Nursing Patient or Responsible P** |

| 2.392. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Skilled Nursing Patient or Responsible P** |

| 2.393. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Medicare A** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Skilled Nursing Patient or Responsible P** |

| 2.394. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Skilled Nursing Patient or Responsible P** |

| 2.395. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Medicare A** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Skilled Nursing Patient or Responsible P** |

Debtor 1   **Timothy Place, NFP**
First Name        Middle Name        Last Name

Case number *(if known)*

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

2.396.  State what the contract or lease is for and the nature of the debtor's interest

**Skilled Nursing - Responsible Party**

State the term remaining

List the contract number of any government contract

**Skilled Nursing Patient or Responsible P**

2.397.  State what the contract or lease is for and the nature of the debtor's interest

**Skilled Nursing - Lifecare Resident**

State the term remaining

List the contract number of any government contract

**Skilled Nursing Patient or Responsible P**

2.398.  State what the contract or lease is for and the nature of the debtor's interest

**Skilled Nursing - Responsible Party**

State the term remaining

List the contract number of any government contract

**Skilled Nursing Patient or Responsible P**

2.399.  State what the contract or lease is for and the nature of the debtor's interest

**Skilled Nursing - Private pay**

State the term remaining

List the contract number of any government contract

**Skilled Nursing Patient or Responsible P**

2.400.  State what the contract or lease is for and the nature of the debtor's interest

**Skilled Nursing - Responsible Party**

State the term remaining

List the contract number of any government contract

**Skilled Nursing Patient or Responsible P**

2.401.  State what the contract or lease is for and the nature of the debtor's interest

**Skilled Nursing - Lifecare Resident**

State the term remaining

List the contract number of any

**Skilled Nursing Patient or Responsible P**

Debtor 1   **Timothy Place, NFP**
   First Name        Middle Name        Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.402. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Lifecare Resident** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Skilled Nursing Patient or Responsible P** |

| 2.403. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Medicare A** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Skilled Nursing Patient or Responsible P** |

| 2.404. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Skilled Nursing Patient or Responsible P** |

| 2.405. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Lifecare Resident** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Skilled Nursing Patient or Responsible P** |

| 2.406. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Skilled Nursing Patient or Responsible P** |

| 2.407. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Medicare Advantage** | **Skilled Nursing Patient or Responsible P** |

Debtor 1   **Timothy Place, NFP**
   First Name      Middle Name      Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract _____

| 2.408. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** |
|---|---|---|

State the term remaining

List the contract number of any
government contract _____     **Skilled Nursing Patient or Responsible P**

| 2.409. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Lifecare Resident** |
|---|---|---|

State the term remaining

List the contract number of any
government contract _____     **Skilled Nursing Patient or Responsible P**

| 2.410. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** |
|---|---|---|

State the term remaining

List the contract number of any
government contract _____     **Skilled Nursing Patient or Responsible P**

| 2.411. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Bedhold Medicare Adv** |
|---|---|---|

State the term remaining

List the contract number of any
government contract _____     **Skilled Nursing Patient or Responsible P**

| 2.412. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** |
|---|---|---|

State the term remaining

List the contract number of any
government contract _____     **Skilled Nursing Patient or Responsible P**

Debtor 1   **Timothy Place, NFP**
   First Name         Middle Name         Last Name                  Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.413. State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Medicare A** |
| State the term remaining | |
| List the contract number of any government contract | **Skilled Nursing Patient or Responsible P** |
| 2.414. State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** |
| State the term remaining | |
| List the contract number of any government contract | **Skilled Nursing Patient or Responsible P** |
| 2.415. State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Medicare A** |
| State the term remaining | |
| List the contract number of any government contract | **Skilled Nursing Patient or Responsible P** |
| 2.416. State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** |
| State the term remaining | |
| List the contract number of any government contract | **Skilled Nursing Patient or Responsible P** |
| 2.417. State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Bedhold Medicare A** |
| State the term remaining | |
| List the contract number of any government contract | **Skilled Nursing Patient or Responsible P** |
| 2.418. State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** |
| State the term remaining | |
| List the contract number of any | **Skilled Nursing Patient or Responsible P** |

Debtor 1   **Timothy Place, NFP**
      First Name        Middle Name       Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | _____ | _____ |
|---|---|---|---|

| 2.419. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Private pay** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Skilled Nursing Patient or Responsible P** |

| 2.420. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Skilled Nursing Patient or Responsible P** |

| 2.421. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Medicare A** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Skilled Nursing Patient or Responsible P** |

| 2.422. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Skilled Nursing Patient or Responsible P** |

| 2.423. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Medicare Advantage** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Skilled Nursing Patient or Responsible P** |

| 2.424. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** | **Skilled Nursing Patient or Responsible P** |

| Debtor 1 | **Timothy Place, NFP** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | | |
|---|---|---|---|
|  | List the contract number of any government contract | _____ | |
| 2.425. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Commercial** | |
|  | State the term remaining | | |
|  | List the contract number of any government contract | _____ | **Skilled Nursing Patient or Responsible P** |
| 2.426. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** | |
|  | State the term remaining | | |
|  | List the contract number of any government contract | _____ | **Skilled Nursing Patient or Responsible P** |
| 2.427. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Medicare A** | |
|  | State the term remaining | | |
|  | List the contract number of any government contract | _____ | **Skilled Nursing Patient or Responsible P** |
| 2.428. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** | |
|  | State the term remaining | | |
|  | List the contract number of any government contract | _____ | **Skilled Nursing Patient or Responsible P** |
| 2.429. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Lifecare Resident** | |
|  | State the term remaining | | |
|  | List the contract number of any government contract | _____ | **Skilled Nursing Patient or Responsible P** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Timothy Place, NFP**
     First Name         Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.430. | State what the contract or lease is for and the nature of the debtor's interest | Skilled Nursing - Responsible Party | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Skilled Nursing Patient or Responsible P |

| 2.431. | State what the contract or lease is for and the nature of the debtor's interest | Skilled Nursing - Medicare A | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Skilled Nursing Patient or Responsible P |

| 2.432. | State what the contract or lease is for and the nature of the debtor's interest | Skilled Nursing - Responsible Party | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Skilled Nursing Patient or Responsible P |

| 2.433. | State what the contract or lease is for and the nature of the debtor's interest | Skilled Nursing - Medicare A | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Skilled Nursing Patient or Responsible P |

| 2.434. | State what the contract or lease is for and the nature of the debtor's interest | Skilled Nursing - Responsible Party | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Skilled Nursing Patient or Responsible P |

| 2.435. | State what the contract or lease is for and the nature of the debtor's interest | Skilled Nursing - Medicare A | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | Skilled Nursing Patient or Responsible P |

Debtor 1   **Timothy Place, NFP**                                                    Case number (*if known*)
      First Name      Middle Name      Last Name

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.436. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Skilled Nursing Patient or Responsible P** |

| 2.437. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Medicare Advantage** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Skilled Nursing Patient or Responsible P** |

| 2.438. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Skilled Nursing Patient or Responsible P** |

| 2.439. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Medicare A** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Skilled Nursing Patient or Responsible P** |

| 2.440. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing - Responsible Party** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Skilled Nursing Patient or Responsible P** |

| 2.441. | State what the contract or lease is for and the nature of the debtor's interest | **Social work staffing service** | **Social Work p.r.n. 10680 Barkley Suite 100 Overland Park, KS 66212** |
|---|---|---|---|

Debtor 1   **Timothy Place, NFP**
         First Name         Middle Name         Last Name                          Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract                    _____

| 2.442. | State what the contract or lease is for and the nature of the debtor's interest | **Patient monitoring system** |
|---|---|---|

State the term remaining

List the contract number of any
government contract                    _____      **Status Solutions LLC**
                                                             **1180 Seminole Trail**
                                                             **Suite 440**
                                                             **Charlottesville, VA 22901**

| 2.443. | State what the contract or lease is for and the nature of the debtor's interest | **Ambulance services** |
|---|---|---|

State the term remaining

List the contract number of any
government contract                    _____      **Superior Ambulance Service**
                                                             **395 W. Lake St.**
                                                             **Elmhurst, IL 60126**

| 2.444. | State what the contract or lease is for and the nature of the debtor's interest | **Clinical social worker** |
|---|---|---|

State the term remaining

List the contract number of any
government contract                    _____      **Susan Parker LCSW**
                                                             **149 N. Lombard**
                                                             **Oak Park, IL 60302**

| 2.445. | State what the contract or lease is for and the nature of the debtor's interest | **Respiratory therapy services** |
|---|---|---|

State the term remaining

List the contract number of any
government contract                    _____      **Symbria Rehab, Inc.**
                                                             **28100 Torch Parkway**
                                                             **#600**
                                                             **Warrenville, IL 60555**

| 2.446. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy products and services** |
|---|---|---|

State the term remaining

List the contract number of any
government contract                    _____      **Symbria Rx Services LLC**
                                                             **28100 Torch Parkway**
                                                             **#600**
                                                             **Warrenville, IL 60555**

Debtor 1   **Timothy Place, NFP**
First Name        Middle Name        Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.447. | State what the contract or lease is for and the nature of the debtor's interest | **Therapy and pharmacy services** | |
|---|---|---|---|
| | State the term remaining | | **Symbria, Inc.** |
| | List the contract number of any government contract | | **28100 Torch Parkway #600 Warrenville, IL 60555** |

| 2.448. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Products and Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Symbria, Inc.** |
| | List the contract number of any government contract | | **28100 Torch Parkway #600 Warrenville, IL 60555** |

| 2.449. | State what the contract or lease is for and the nature of the debtor's interest | **Health care review services** | |
|---|---|---|---|
| | State the term remaining | | **Telligen** |
| | List the contract number of any government contract | | **1776 West Lakes Parkway West Des Moines, IA 50266-7771** |

| 2.450. | State what the contract or lease is for and the nature of the debtor's interest | **Additional Party to Fifth Third Bank Account Control Agreements for accounts ending in -1295 and -1287.** | |
|---|---|---|---|
| | State the term remaining | | **UMB Bank, N.A.** |
| | List the contract number of any government contract | | **Attn.: Virginia A. Housum, SVP 120 South 6th Street, Ste. 1400 Minneapolis, MN 55403** |

| 2.451. | State what the contract or lease is for and the nature of the debtor's interest | **Gas (medical)** | |
|---|---|---|---|
| | State the term remaining | | **United States Cylinder Gas** |
| | List the contract number of any government contract | | **11618 Mayfield Alsip, IL 60803** |

| 2.452. | State what the contract or lease is for and the nature of the debtor's interest | **Towing services** | |
|---|---|---|---|
| | State the term remaining | | **Vic's Towing Co.** |
| | | | **9420 Byron Schiller Park, IL 60176** |

Debtor 1   **Timothy Place, NFP**
_____ _____ _____                    Case number *(if known)* _____
First Name                 Middle Name            Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| | | | |
|---|---|---|---|
| 2.453. | State what the contract or lease is for and the nature of the debtor's interest | **HVAC service** | |
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **West Town Mechanical** **780 Aec Drive** **Wood Dale, IL 60191** |

**Fill in this information to identify the case:**

Debtor name  __**Timothy Place, NFP**__

United States Bankruptcy Court for the:  __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Christian Healthcare Foundation, NF** | **18601 N. Creek Drive**<br>**Tinley Park, IL 60477**<br>**Co-maker of mortgage note to UMB Bank, N.A., trustee** | **UMB Bank, N.A.** | ■ D  __**2.2**__<br>☐ E/F  _____<br>☐ G  _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Timothy Place, NFP__                                          Case No. _____
                                    Debtor(s)          Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ......................................................    $ _____ 0.00

   Prior to the filing of this statement I have received ...................................    $ _____ 0.00

   Balance Due ................................................................................................    $ _____ 0.00

2. $__1,738.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor      ■ Other (specify):   **The Debtor's parent corporation has or will pay all fees, expenses and costs
                                       incurred by counsel prior to the Petition Date.**

4. The source of compensation to be paid to me is:

   ☐ Debtor      ■ Other (specify):   **The Debtor's parent corporation has agreed to pay all fees, expenses and costs
                                       incurred by counsel after the Petition Date.**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **Generally, all things needed to assist the Debtor in the successful exit from Chapter 11 through a confirmed plan
      of reorganization, as set forth in greater detail in the Engagement Letter attached hereto as Exhibit B2030 - A.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__December 15, 2020__
*Date*

**Bruce C. Dopke 3127052 Member**
*Signature of Attorney*
**Dopkelaw LLC**
**1535 W. Schaumburg Road**
**Suite 204**
**Schaumburg, IL 60194**
**847-524-4811  Fax: 312-641-6959**
**bd@dopkelaw.com**
*Name of law firm*

---

# DOPKELAW LLC
**Attorneys At Law**

Bruce Dopke, Member
bd@dopkelaw.com
Direct: 847-524-4811

September 1, 2020

Mr. Richard C. Schutt
Chief Executive Officer
Providence Life Services
18601 North Creek Drive
Tinley Park, IL 60477

> Re:   Engagement - Timothy Place, NFP, d/b/a Park Place of Elmhurst ("Park Place")
> Chapter 11 Bankruptcy

Dear Mr. Schutt:

We write to you in your dual capacity as the Chief Executive Officer of Rest Haven Illiana Christian Convalescent Home, d/b/a Providence Life Services ("Providence") and as the Chief Executive Officer of Park Place.   We write to confirm the terms of our engagement to represent Park Place in connection with the filing and prosecution of a bankruptcy case under Chapter 11 of the United States Bankruptcy Code (the "Case").   The purpose of the Case is to restructure the 2016 bond indenture, trust agreements and associated secured debt which now encumber substantially all of the assets of Park Place in a manner consistent with the terms of the "Plan Support Agreement" which was entered into by and between Park Place, its affiliate, Christian Healthcare Foundation, NFP, UMB Bank, N.A., in its capacity as successor bond trustee under the 2016 bond indenture and as successor master trustee under the 2016 master trust indenture (the "Bond Trustee") and two holders of 2016 bonds which collectively hold approximately 75% of the outstanding aggregate principal amount of the 2016 bonds, namely,

I will lead the engagement with assistance as needed from other attorneys who are employed by our firm.   Currently, our expectation is that I will be handling this engagement without the involvement of other counsel.   Park Place will be billed for the legal services rendered by our firm at our usual hourly billing rate for matters of this kind, which is $400.00 per hour.   This billing rate will increase by 5% (or $420 per hour) on March 1, 2021.

We will provide you with bi-monthly statements of our services rendered on behalf of Park Place which will contain an itemization of our time in increments of tenths of an hour. These bi-monthly statements will be payable on the first "pay date" for Park Place vendors which occurs after the statement is submitted to Park Place.   We trust that you understand this is

## DOPKELAW LLC

a necessary step in our practice, which concentrates on assisting people and companies whose financial circumstances are subject to rapid change without notice.

### Advance Payment Evergreen Retainer

To provide us with assurance of payment for future services, Park Place has agreed to promptly pay our bills upon the terms outlined above.   In addition, Park Place has agreed to provide us with an advance payment evergreen retainer (the "Retainer") in the amount of Ten Thousand Dollars ($10,000.00).   The Retainer is an "advance payment" retainer because, as its name implies, the Retainer is an advance payment for the services which we plan to provide to Park Place.   The Retainer is an "evergreen" retainer because if the Retainer is used to pay for our fees, costs or expenses prior to the conclusion of this engagement, Park Place agrees to promptly replenish the amount which is used.   Notwithstanding anything to the contrary in this engagement letter, any unused surplus which remains in the Retainer at the conclusion of our engagement will be refunded in full to Park Place.

By your signature below, you have indicated that Park Place has agreed to pay us the Retainer.   Illinois law requires us to be very clear on the terms of the Retainer.   When we ask a client for a retainer for a case which involves potential insolvency (in which the client is a potential debtor) we universally ask for an advance payment retainer to cover the services subject to our engagement.   Unlike general retainers and security retainers, the principal amount of an advance payment retainer becomes our property upon receipt.   The funds are placed in our general account, and are not segregated, held in trust or otherwise set aside from other firm monies.   These procedures are required when dealing with clients who may shortly be subject to bankruptcy jurisdiction.   If we did not follow this procedure, then as you may expect, our right to receive payment for our services would become discharged as a result of the filing of Park Place's Case.

### Payment from Park Place Affiliates

Our engagement is with Park Place, and under ordinary circumstances, we would expect that Park Place will timely pay our statements.   However, given the nature of our engagement, circumstances may arise which may make it difficult or impossible for Park Place to do this. Should this occur, we understand that Providence may, at its option, provide us with funding for our services, expenses and costs associated with this engagement. It is not unusual in our practice to receive funding for our services from entities other than our client in bankruptcy.   But, in order to avoid a conflict of interest or the appearance of one, the following facts must be understood and confirmed by Providence:

1.      Any payments made by Providence to our firm must come from Providence's own funds, rather than from funds which belong to Park Place;

*"May you be richly rewarded by the Lord, the God of Israel, under whose wings you have come to take refuge." (Ruth 2:12)*

**DOPKELAW LLC**

2.  The fact that Providence has made payments to our firm does not give Providence a right to direct our efforts on Park Place's behalf; and

3.  The sole right of Providence, with respect to any such payments, is to receive a refund of any amount of such payments which has not been used by our firm in connection with our efforts to represent Park Place.

We understand that Providence is not required to provide us with funding for our services.   Park Place and Providence understand that if Park Place cannot pay for our services, and Providence is also unable or unwilling to provide that funding, then we may withdraw from the engagement without further requirement other than the mailing of notice to Park Place via its registered agent and the approval of the bankruptcy court for such withdrawal.

Having acknowledged and agreed to the foregoing, the parties further acknowledge and agree that in the months preceding the effectiveness of this engagement letter, and in the months which will follow its implementation, it has been necessary for Providence to pay for all of the legal expenses, costs and Retainer payments which we have incurred on behalf of Park Place. This has been necessary because under the terms of the 2016 bond indenture, trust agreement and loan agreements, Park Place has granted liens on all of its assets, including its cash, to the Bond Trustee.   The Bond Trustee has not consented to the use of its cash collateral for the payment of the legal costs incurred by Park Place in connection with the preparation for the filing of the Case, and is not likely to consent to such payments during the Case.   In addition, Park Place and its affiliate propose to file a plan of reorganization in the Case which, among other things, will require Providence to provide several million dollars of liquidity support to Park Place.   This liquidity support is expected to provide funding to Park Place so that it may pay, *inter alia*, legal fees and expenses which Park Place will be obliged to pay to its counsel and professionals retained by the Bond Trustee and others.   Thus, at the end of the engagement, Providence will bear the economic burden of satisfying the legal costs and expenses associated with the Case. Providence and the firm expect that Providence will continue to advance funds to the firm for the benefit of Park Place and its affiliate, so that the firm will be assured of payment for its work and its expenditures associated with the Case.   This arrangement will be disclosed to the Court and to parties in interest to the Case, including the Bond Trustee who is already aware of it.

**Costs**

We do not charge our clients for overhead and general expenses that some law firms will charge for.   If we incur an actual out of pocket cost on Park Place's behalf (such as court filing and admission fees, process service fees, transcripts, postage, etc.), we will provide you with a statement of these costs with our monthly billing.    If we need to travel more than 100 miles from downtown Chicago, Illinois we may charge mileage or our actual costs for coach air fare and reasonable lodging.   The likelihood that we would incur travel expenses of any significant amount with respect to this matter seems remote at this time.   If we do incur such expenses, we

3

**DOPKELAW LLC**

will also bill our time which is associated with traveling beyond the 100 mile radius noted above at 50% of our usual and customary billing rates.

**General Provisions**

This engagement letter replaces all prior agreements between the parties with respect to the subject matter reflected herein, including your previous engagement with me and my former firm, Stahl Cowen Crowley Addis LLC, which we will jointly take steps to terminate.   We retain our right under Illinois law to withdraw from this matter if Park Place (or Providence) should withhold payment from us, or cease to cooperate with us in the prosecution of this matter, or for any other reason permitted or required by Illinois law.    This engagement will be governed by Illinois law, and may be enforced in any state or federal court located in Illinois. Time is of the essence.

To indicate that Park Place and Providence agree with and understand the above terms, kindly sign this letter at the space which appears below, and email us a fully executed copy of this engagement letter at your earliest convenience.   Please call if you have questions about this.

Sincerely,

Bruce Dopke, Member

**AGREED AND CONFIRMED:**

Timothy Place, NFP, d/b/a Park Place of Elmhurst

By: _____

Mr. Richard C. Schutt, Chief Executive Officer of Timothy Place, NFP, d/b/a Park Place of Elmhurst

(signatures continue on the following page)

4

**DOPKELAW LLC**

> Rest Haven Illiana Christian Convalescent
> Home d/b/a Providence Life Services

By:    _____

> Mr. Richard C. Schutt, Chief Executive Officer
> of Rest Haven Illiana Christian Convalescent
> Home, NFP, d/b/a Providence Life Services

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Timothy Place, NFP**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS
## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 15, 2020**          Signature   *Barry VanderGenugten*

**Barry VanderGenugten**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

### United States Bankruptcy Court
#### Northern District of Illinois

In re   __Timothy Place, NFP_____
                                     Debtor(s)

Case No. _____
Chapter   __11_____


## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **615**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:   __December 15, 2020_____          _____
                                               Barry VanderGenugten/Chief Financial Officer
                                               Signer/Title

4imprint, Inc.
25303 Network Place
Chicago, IL 60673-1253


A Place for Mom
PO Box 913241
Denver, CO 80291-3241


A Place For Mom
701 Fifth Avenue
Suite 3200
Seattle, Wa 98104


A.V. Powell & Associates, LLC
1791 Woodcliffe Terrace NE
Atlanta, GA 30324-4955


Acamard Technologies, Inc.
452 Oakwood Rd
Lake Zurich, IL 60047


Access EZ Transport, Inc.
4248 Belle Aire Ln
Suite No. 3
Downers Grove, IL 60515


Accurate Biometrics
500 Park Blvd
Ste 1260
Itasca, IL 60143


Accurate Biometrics
500 Park Blvd.
Suite 1260
Itasca, IL 60143


Achieve Accreditation LLC
720 Industrial Dr - Ste 120
Cary, IL 60013


Achieve Accreditation LLC
205 E. Butterfield Road
#168
Elmhurst, IL 60126

Activity Connection
818 SW Third Ave #222
Portland, OR 97204


Acura Financial Services
P.O. Box 60001
City of Industry, CA 91716-0001


Adam Przybyla
403 S. Scott St
Elmhurst, IL 60126


Adam's Specialty Products, LLC
7260 Commerce Plaza Dr
Neenah, WI 54956


Advanced Weighing Systems, Inc
PO Box 1951
Lombard, IL 60148-1951


AEP Energy
PO Box 6329
Carol Stream, IL 60197-6329


AEP Energy
PO Box 6329
Carol Stream, IL 60197


Affiliated Customer Service Inc.
1441 Branding Lane
Suite 260
Downers Grove, IL 60515


Affiliated Customer Service, Inc.
1441 Branding Lane Ste 260
Downes Grove, IL 60515


Aging Care Connections
Att:  Linda Hussey
111 W Harris Ave
La Grange, IL 60525

```
Allscripts
8700 Bryn Mawr Ave.
#700N
Chicago, IL 60631


Allscripts LLC
24630 Network Place
Chicago, IL 60673-1246


ALMS - Resident 001


ALMS - Resident 002


ALMS - Resident 003


ALMS - Resident 004


ALMS - Resident 005


ALMS - Resident 006


ALMS - Resident 007


ALMS - Resident 008


ALMS - Resident 009


ALMS - Resident 010


ALMS - Resident 011
```

ALMS - Resident 012

ALMS - Resident 013

ALMS - Resident 014

ALMS - Resident 015

ALMS - Resident 016

ALMS - Resident 017

ALMS - Resident 018

ALMS - Resident 019

ALMS - Resident 020

ALMS - Resident 021

ALMS - Resident 022

ALMS - Resident 023

ALMS - Resident 024

ALMS - Resident 025

ALMS - Resident 026


ALMS - Resident 027


ALMS - Resident 028


ALMS - Resident 029


ALMS - Resident 030


ALMS - Resident 031


ALMS - Resident 032


ALMS - Resident 033


ALMS - Resident 034


ALMS - Resident 035


ALMS - Resident 036


ALMS - Resident 037


ALMS - Resident 038


ALMS - Resident 039

ALMS - Resident 040


ALMS - Resident 041


ALMS - Resident 042


ALMS - Resident 043


ALMS - Resident 044


Alpha Baking Company
36230 Treasury Center
Chicago, IL 60694

Amy Lloyd
370 S. Prospect Ave
Elmhurst, IL 60126

Anderson Pest Solutions
PO Box 600670
Jacksonville, FL 32260-0670

Anderson Pest Solutions
501 W. Lake Street
Suite 204
Elmhurst, IL 60126

Anette Isaacs
100 Burlington Circle
Apt 110
Wheeling, IL 60090

Aossi LLC
1301 W Early Ave
Chicago, IL 60660

Aramark
22512 Network Place
Chicago, IL 60673-1225

Assisted Living Resident 001

Assisted Living Resident 002

Assisted Living Resident 003

Assisted Living Resident 004

Assisted Living Resident 005

Assisted Living Resident 006

Assisted Living Resident 007

Assisted Living Resident 008

Assisted Living Resident 009

Assisted Living Resident 010

Assisted Living Resident 011

Assisted Living Resident 012

Assisted Living Resident 013

Assisted Living Resident 014

Assisted Living Resident 015

Assisted Living Resident 016

Assisted Living Resident 017

Assisted Living Resident 018

Assisted Living Resident 019

Assisted Living Resident 020

Assisted Living Resident 021

Assisted Living Resident 022

Assisted Living Resident 023

Assisted Living Resident 024

Assisted Living Resident 025

Assisted Living Resident 026

Assisted Living Resident 027

Assisted Living Resident 028

Assisted Living Resident 029

Assisted Living Resident 030

Assisted Living Resident 031

Assisted Living Resident 032

Assisted Living Resident 033

Assisted Living Resident 034

Assisted Living Resident 035

Assisted Living Resident 036

Assisted Living Resident 037

Assisted Living Resident 038

Assisted Living Resident 039

Assisted Living Resident 040

Assisted Living Resident 041

Assisted Living Resident 042

Assisted Living Resident 043

Assisted Living Resident 044

Assisted Living Resident 045

Assisted Living Resident 046

Assisted Living Resident 047

Assisted Living Resident 048

Assisted Living Resident 049

Assisted Living Resident 050

Assisted Living Resident 051

Assisted Living Resident 052

Assisted Living Resident 053

Assisted Living Resident 054

Assisted Living Resident 055

Assisted Living Resident 056

Assisted Living Resident 057

Assisted Living Resident 058

Assisted Living Resident 059

Assisted Living Resident 060

Assisted Living Resident 061

Assisted Living Resident 062

Assisted Living Resident 063

Assisted Living Resident 064

Assisted Living Resident 065

Assisted Living Resident 066

Assisted Living Resident 067

Assisted Living Resident 068

Assisted Living Resident 069

Assisted Living Resident 070

Assisted Living Resident 071

Assisted Living Resident 072

Assisted Living Resident 073

Assisted Living Resident 074

ATC Healthcare Services
7250 College Drive
Palos Hts., IL 60463

Badger Murphy Food Service
PO Box 12440
Chicago, IL 60612-0440

Beth Staes
401 Westminster Dr
Burr Ridge, IL 60527

Blue Cross Blue Shield of IL
Health Care Service Corp
Dept. CH 14368
Palatine, IL 60055-4368

Blue Cross Blue Shield of IL
Dept. 1134
P.O. Box 121134
Dallas, TX 75312-1134

BMI
PO Box 630893
Cincinnati, OH 45263-0893

BrickStreet Insurance
PO Box 11285
Charleston, WV 25339

Briggs Healthcare
4900 University Ave
Suite 200
West Des Moines, IA 50266


BrightStar Healthcare
1809 N. Mill St Suite F
Naperville, IL 60563


Bruce P. Weisenthal, Esq.
Schiff Hardin
233 S. Wacker Drive, Ste. 7100
Chicago, IL 60606


Cal Devon Urgent Care, Inc.
6415 N California Ave
Chicago, IL 60645


Cal-Devon Urgent Care, Inc.
6415 N. California Ave.
Chicago, IL 60645


Carden & Tracy LLC
30 N LaSalle St
Ste 2200
Chicago, IL 60602


Caremerge
100 S Wacker Dr
Ste 1650
Chicago, IL 60606


Caring Communities
1850 West Winchester Road
Suite 109
Libertyville, IL 60048


Carlson Glass and Mirror, Inc.
312 W Front St
Wheaton, IL 60187


Center For Medicare & Medicaid Serv
233 North Michigan Avenue
Suite 600
Chicago, IL 60601

Center For Medicare & Medicaid Serv
7500 Security Blvd.
Baltimore, MD 21244


Charles Carpets & Construction
3720 W. Devon Ave
Lincolnwood, IL 60712


Christian Healthcare Foundation, NF
18601 N. Creek Drive
Tinley Park, IL 60477


City of Elmhurst
209 N York St.
Elmhurst, IL 60126


Clarke Aquatic Services, Inc.
16308 Collections Center Dr
Chicago, IL 60693


Clarke Aquatic Services, Inc.
159 N. Garden Ave.
Roselle, IL 60172


Clia Laboratory Program
PO Box 530882
Atlanta, GA 30343-0882


CliftonLarsonAllen LLP
PO Box 775439
Chicago, IL 60677-5439


Colley Elevator Co
226 William St
Bensenville, IL 60106


Colley Elevator Co.
226 Williams Street
Bensenville, IL 60106


Comcast of Illinois VI, LLC
PO Box 70919
Philadelphia, PA 19176

Comcast*
PO Box 70219
Philadelphia, PA 19176-0219


Compliance Store
355 Industrial Park Blvd.
Montgomery, AL 36117


Cozzini Bros., Inc.
350 Howard Ave
Des Plaines, IL 60018


Crandall
PO Box 31060
Mesa, AZ 85275-1060


Daniel L Sullivan
PO Box 880
Delavan, WI 53115-0880


Darling Ingredients Inc
PO Box 554885
Detroit, MI 48255-4885


Darwill, Inc
PO Box 6243
Carol Stream, IL 60197


David H. DeCelles, Esq.
Assistant US Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604


Dearborn Group
Ancillary Billing Dept
36788 Eagle Way
Chicago, IL 60678-1367


Delia Sylejma
2479 Carlton Drive
Woodridge, IL 60517


Delia's Salon
1050 S Euclid
Elmhurst, IL 60126

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Dependable Fire Equipment
100 N. LeBaron St.
Waukegan, IL 60085-3027


Dependable Fire Equipment, Inc.
4803 Milwaukee Avenue
Chicago, IL 60630


Devin Starr
29W451 Candlewood Ln
Warrenville, IL 60555


DHO Great Lakes, Inc.
528 W. Barry Ave.
Chicago, IL 60657


Dialysis Center of America-IL Inc.
133 E. Brush Hill Road
Suite 410
Elmhurst, IL 60126


Direct Supply, Inc.
Box 88201
Milwaukee, WI 53288-0201


DM Merchandising
835 N Church Ct
Elmhurst, IL 60126


Donna Lampe
619 Fiarway View Terrace
Southlake, TX 76092


DS Services of America, Inc.
17847 80th Ave.
Tinley Park, IL 60477

Du Page County Collector
Bill Payment Center
PO Box 4203
Carol Stream, IL 60197-4203


DuPage County Health Dept.
111 N. County Farm Rd.
Wheaton, IL 60187


DuPage County Treasurer
421 N. County Farm Road
Elmhurst, IL 60126


DuPage Medical Group
1860 Paysphere Circle
Chicago, IL 60674-0018


DuPage Medical Group, Ltd.
533 W. North Ave.
#101
Elmhurst, IL 60126


Ebel's Ace Hardware
18410 Governors Hwy
Homewood, IL 60430


Ed Napleton Elmhurst Imports
745 W. Lake Street
Elmhurst, IL 60129


Edizon R. Dayao
207 N. Crooked Lake Lane
Lindenhurst, IL 60046


Edward-Elmhurst Health
c/o Chris Mollet
4201 Winfield Road
Warrenville, IL 60555


ELM Reference Laboratory
Edwards Elmhurst Health
Dept 4592
Carol Stream, IL 60122-4592

Elmhurst Chamber of Commerce
300 W Lake St
Ste 201
Elmhurst, IL 60126


Elmhurst Christian Reformed Church
149 W Brush Hill Rd
Elmhurst, IL 60126


Elmhurst Memorial Hospital
Dept 4592
Carol Stream, IL 60122-4592


Elmhurst Memorial Hospital
Edward-Elmhurst Healthcare
4201 Winfield Road
Warrenville, IL 60555


Elmhurst Memorial Hospital
Reference Laboratory
155 E. Brush Hill Road
Elmhurst, IL 60126


Elmhurst Occupational Health
Department 4596
Carol Stream, IL 60122-4596


Elmhurst Orthopaedics SC
PO Box 5345 Dept 9
Carol Stream, IL 60197-5345


eSolutions, Inc.
PO Box 414378
Kansas City, MO 64141-4378


EZ Way Inc.
LB 395
PO Box 3395
Omaha, NE 68103


FedEx
P.O. Box 94515
Palatine, IL 60094-4515

Fifth Third Bank
PO Box 631456
Cincinnati, OH 45263-1456

Fifth Third Bank
38 Fountain Square
Cincinnati, OH

Fifth Third Bank
1500 N. Main Street
Wheaton, IL 60187

Fitzsimmons Hospital Services
PO Box 497
Oak Forest, IL 60452

Fortune Fish Company
PO Box 88477
Chicago, IL 60680-1477

Frank Rossi
15144 Kenton Ave
Oak Forest, IL 60452

FullCount
1555 SE Delaware Ave, Ste A
Ankeny, IA 50021

FullCount
1555 SE Delaware Ave
Suite A
Ankeny, IA 50021

GlynnDevins
8880 Ward Parkway
Suite 400
Kansas City, MO 64115

GlynnDevins, Inc
8880 Ward Pkwy
Ste 400
Kansas City, MO 64114

Gordon Food Service
1300 Gezon Parkway SW
Wyoming, MI 49509


Gordon Food Service, Inc.
PO Box 88029
Chicago, IL 60680-1029


Grainger
DEPT. 882356645
Palatine, IL 60038-0001


Growing Community Media
141 S Oak Park Ave
Oak Park, IL 60302


Guardian
P O Box 677458
Dallas, TX 75267-7458


H-O-H Water Technology
PO Box 487
Palatine, IL 60078-0487


HC Lights Holiday Creations Pro, Inc.
202 Stephen St
Lemont, IL 60439


HD Supply Facilities Maintenance, Ltd.
PO Box 509058
San Diego, CA 92150-9058


Healthcare and Family Services
HFS/Bureau of Fiscal Operations
P.O. Box 19491
Springfield, IL 62794-9491


Healthcare Waste Management
PO Box 1218
Frankfort, IL 60423


Healthcare Waste Management
c/o Pete Lindemulder
6602 W. 9th Ave.
Gary, IN 46406

HealthPRO Heritage
PO Box 69268
Baltimore, MD 21264-9268


Healthpro Management Services
634 Academy Drive
Northbrook, IL 60002


Hinckley Springs
PO Box 660579
Dallas, TX 75266-0579


Hinsdale Orthopaedics
PO Box 5461
Carol Stream, IL 60197-5461


Hinshaw & Culberston
8142 Solutions Center Dr
Chicago, IL 60677-8001


Hon. John R. Lausch, Jr.
Asst. United States Attorney, ND IL
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604


Hon. Kwame Raoul
100 W. Randolph Street
Chicago, IL 60601


Hon. Robert Berlin
503 N. County Farm Road
Wheaton, IL 60187


Hon. William Barr, US Attorney
United States Dept. of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001


Illinois Aging Services Network, LLC
17 South  High Street
Columbus, OH 43215


Illinois Department of Employment Sec
PO Box 19299
Springfield, IL 62794-9299

```
Illinois Department of Public Health
525-535 W Jefferson St.
Springfield, IL 62761-0001


Illinois Dept. Employment Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680


Illinois Dept. of Aging
Long Term Care Ombudsman Prog.
160 N. LaSalle St., Ste. N-700
Chicago, IL 60601-3177


Illinois Dept. of Financial
  and Professional Regulation
100 W. Randolph Street, 9th Floor
Chicago, IL 60601


Illinois Dept. of Human Services
Attn: Grace B. Hou, Secretary
410 S. Clinton Street
Chicago, IL 60607


Illinois Dept. of Public Health
122 S. Michigan Ave
7th and 20th Floors
Chicago, IL 60603


Illinois Dept. of Public Health
69 W. Washington St., 35th Floor
Chicago, IL 60602


Illinois Dept. of Revenue
Bankruptcy Unit
PO Box 19035
Chicago, IL 60680


Illinois Finance Authority
Christopher B. Meister, Director
160 N. LaSalle Street, Ste. S-1000
Chicago, IL 60601


Illinois Medi Car Inc
PO Box 1407
Elmhurst, IL 60126-8407
```

Illinois Student Assistance Commiss
Bankruptcy Department
1755 Lake Cook Road
Deerfield, IL 60015


Innovative AV Systems
909 S IL Rt 83
Elmhurst, IL 60126


IPFS Corporation
24722 Network Place
Chicago, IL 60673-1247


Jamerson & Bauwens Elec
3160 MacArthur Blvd
Northbrook, IL 60062-1904


Jeffrey Deutsch
248 E. 2nd Street
Elmhurst, IL 60126


Jennifer Riddle
134 N Carolina Ave
Elmhurst, IL 60126


Joe & Ross Ice Cream
7451 W 100th Pl
Bridgeview, IL 60455


Johnson Water Conditioning
220 W St. Charles Rd.
Villa Park, IL 60181


Joints in Motion Medical, LLC
1343 E. Wisconsin Ave., #112
Pewaukee, WI 53072


JRJG dba BrightStar Naperville
1150 S. Euclid
Elmhurst, IL 60126


JRL Lawn Sprinkling Systems, Inc
PO Box 1915
Lombard, IL 60148

Karim S. Yunez, M.D.S.C.
130 S Main St
Ste 203
Lombard, IL 60148


KCI USA
P.O. Box 301557
Dallas, TX 75303-1557


Kevin Wood
333 S Oak Park Ave
Unit 2N
Oak Park, IL 60302-3549


Konematic
PO Box 775828
Chicago, IL 60677-5828


Laboratory Corp. of America
531 South Spring Street
Burlington, SC 27215


Laundry Concepts, Inc.
302 S. Stewart Ave
Addison, IL 60101


Laura Erickson
900 Heritage Dr
Mt Prospect, IL 60056


Leaf
PO Box 5066
Hartford, CT 06102-5066


Leanin' Tree, Inc.
Box 9500
Boulder, CO 80301


Leslie's Poolmart, Inc.
PO Box 501162
St. Louis, MO 63150-1162


Liberty Lithographers, Inc.
18625 West Creek Dr
Tinley Park, IL 60477

Linda Korbus
10600 Farifield
Westchester, IL 60154


Lionheart
13151 Executive Court
Huntley, IL 60142


Lionheart Critical Power Spec.
13151 Executive Ct
Huntley, IL 60142


LiquiTech
421 Eisenhower Ln S
Lombard, IL 60148


Loyola University Med Ct
PO Box 83262
Chicago, IL 60691-0262


Mark A. Dvorak
PO Box 181
Brookfield, IL 60513


Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604


Martina Mathisen
265 Melody Lane
Lake Marian, IL 60110


Mary Augustyn
ON049 Page St
Winfield, IL 60190


Med-Rec Systems
PO Box 40471
Indianapolis, IN 46240


Med-Rec Systems
PO Box 498
Brownsburg, IN 46112

MedClean
4601 W. Addison St.
Chicago, IL 60641


Medline Industries, Inc.
Dept CH 14400
Palatine, IL 60055-4400


Metro Infectious Disease Cons
901 McClintock, Ste 203
Burr Ridge, IL 60527


Metro Infectious Disease Consultants
901 McClintock Drive
Suite 203
Burr Ridge, IL 60527


Michael Knauf
635 Eleston Dr
Crystal Lake, IL 60014-7407


Mickey's Linen
4601 W. Addison St
Suite 700
Chicago, IL 60641


Midwest Orthopaedics at Rush
One Westbrook Corporate
Westchester, IL 60154-5708


Midwest Security Forces
PO Box 443
Schererville, IN 46375


Midwest Security Forces LLC
802 Wabash Ave.
Suite 300
Chesterton, IN 46304


Mintz Levin Cohn Ferris Glovsky
Attn. Daniel S. Bleck, Esq.
One Financial Center
Boston, MA 02111

My LifeSite
601 St. Mary's Street
Raleigh, NC 27605


My Mechanic
285 W Butterfield Rd
Elmhurst, IL 60126


N.E.W.T.
611 S. Ahrens Ave
Lombard, IL 60148


Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407


NIR Roof Care
11317 Smith Drive
Huntley, IL 60142


Norman Mechanical, Inc.
1201 Gateway Dr
Elgin, IL 60124


NovaStaff Healthcare Services, Inc.
PO Box 249
Coal City, IL 60416-0249


Novastaff Healthcare Services, Inc.
2021 Midwest Road
Oak Brook, IL 60523


Office of the US Trustee
Attn: Adam Brief, Asst. US Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604


Olivet Nazarene University
1 University Ave.
Bourbonnais, IL 60914


On Shift
1621 Euclid Ave
#1400
Cleveland, OH 44115

OnShift, Inc.
PO Box 207856
Dallas, TX 75320-7856


Orthopedic Specialists, S.C.
360 W Butterfield Rd
St 16
Elmhurst, IL 60126-5099


OSCO, Incorporated
304 Mondamin St.
Ste. 112
Minooka, IL 60447


Parker Cromwell Health Care Assoc.
6432 Joliet Road
Suite C
Countryside, IL 60525


Parker Cromwell Healthcare Associates
122-B Calendar Avenue
La Grange, IL 60525


Patientping, Inc.
10 Post Office Square
Boston, MA 02109


PEL/VIP
7880 Wicker Ave #7
St John, IN 46373


Pepsi-Cola
75 Remittance Dr
Ste 1884
Chicago, IL 60675-1884


PepsiCo Foodservice
5833 South 85th West Ave.
Tulsa, OK 74107


Petty Cash- Beth Welch
1050 S. Euclid Ave.
Elmhurst, IL 60126-5164

Philips Lifeline
111 Lawrence St.
Framingham, MA 01702


Phillip's Flowers
524 N. Cass Ave.
Westmont, IL 60559-1503


PICC ME Vascular Solutions LLC
10039 Marion Ave.
Oak Lawn, IL 60453


Pitney Bowes Global Financial Serv
PO Box 371887
Pittsburgh, PA 15250-7887


Plante & Moran, LLC
16060 Collections Center Drive
Chicago, IL 60693


PPG Architectural Finishes
PO Box 536864
Atlanta, GA 30353-6864


Precision Control Systems of Chicago
1980 University Lane
Lisle, IL 60532


Precision Control Systems of Chicago, In
1980 University Lane
Lisle, IL 60532


Premier Outdoor Environments, Inc.
205 E Butterfied Rd
Ste 272
Elmhurst, IL 60126


Premier Outdoor Environments, Inc.
205 E. Butterfield Road
Suite 272
Elmhurst, IL 60126

Premier Outdoor Environments, Inc.
205 E Butterfield Road
Suite 272
Elmhurst, IL 60126


Premier Produce, Inc.
10100 Franklin Ave
Franklin Park, IL 60131


Pro Electric, Inc
2600 Warrenville Rd
Ste 202
Downers Grove, IL 60515


Proshred
7700 Graphics Dr
Tinley Park, IL 60477


ProShred Security
7700 Graphics Drive
Tinley Park, IL 60477


Proven Business Services
18450 Crossing Drive
Suite D
Tinley Park, IL 60487


Proven It
18450 Crossing Dr
Ste D
Tinley Park, IL 60487


Providence Hospice
18601 N. Creek Drive
Tinley Park, IL 60477


Providence Life Services
18601 North Creek Drive
Tinley Park, IL 60477


Providence Life Services
18601 N. Creek Drive
Tinley Park, IL 60477

Provinet Solutions
18645 West Creek Drive
Tinley Park, IL 60477


Provinet Solutions
18645 W. Creek Drive
Suite A
Tinley Park, IL 60126


Real Time Medical Systems
PO Box 645852
Pittsburgh, PA 15264-5256


Red Hawk Fire & Security
PO Box 650394
Dallas, TX 75265-0394


Remred Business Class
8424 Skokie Blvd
#203
Skokie, IL 60077


Republic Services
PO Box 9001154
Louisville, KY 40290-1154


Republic Services #551
PO Box 9001154
Louisville, KY 40290-1154


Resident  001


Resident  002


Resident 003


Resident 004


Resident 005

Resident 006

Resident 007

Resident 008

Resident 009

Resident 010

Resident 011

Resident 012

Resident 013

Resident 014

Resident 015

Resident 016

Resident 017

Resident 018

Resident 019

Resident 020

Resident 021

Resident 022

Resident 023

Resident 024

Resident 025

Resident 026

Resident 027

Resident 028

Resident 029

Resident 030

Resident 031

Resident 032

Resident 033

Resident 034

Resident 035

Resident 036

Resident 037

Resident 038

Resident 039

Resident 040

Resident 041

Resident 042

Resident 043

Resident 044

Resident 045

Resident 046

Resident 047

Resident 048

Resident 049

Resident 050

Resident 051

Resident 052

Resident 053

Resident 054

Resident 055

Resident 056

Resident 057

Resident 058

Resident 059

Resident 060

Resident 061

Resident 062

Resident 063

Resident 064

Resident 065

Resident 066

Resident 067

Resident 068

Resident 069

Resident 070

Resident 071

Resident 072

Resident 073

Resident 074

Resident 075

Resident 076

Resident 077

Resident 078

Resident 079

Resident 080

Resident 081

Resident 082

Resident 084

Resident 085

Resident 086

Resident 087

Resident 088

Resident 089

Resident 090

Resident 091

Resident 092

Resident 093

Resident 094

Resident 095

Resident 096

Resident 097

Resident 098

Resident 099

Resident 100

Resident 101

Resident 102

Resident 103

Resident 104

Resident 105

Resident 106

Resident 107

Resident 108

Resident 109

Resident 110

Resident 111

Resident 112

Resident 113

Resident 114

Resident 115

Resident 116

Resident 117

Resident 118

Resident 119

Resident 120

Resident 121

Resident 122

Resident 123

Resident 124

Resident 125

Resident 126

Resident 127

Resident 128

Resident 129

Resident 130

Resident 131

Resident 132

Resident 133

Resident 134

Resident 135

Resident 136

Resident 137

Resident 138

Resident 139

Resident 140

Resident 141

Resident 142

Resident 143

Resident 144

Resident 145

Resident 146

Resident 147

Resident 148

Resident 149

Resident 150

Resident 151

Resident 152

Resident 153

Resident 154

Resident 155

Resident 156

Resident 157

Resident 158

Resident 159

Resident 160

Resident 161

Resident 162

Resident 163

Resident 164

Resident 165

Resident 166

Resident 167

Resident 168

Resident 169

Resident 170

Resident 171

Resident 172

Resident 173

Resident 174

Resident 175

Resident 176

Resident 177

Resident 178

Resident 179

Resident 180

Resident 181

Resident 182

Resident 183

Resident 184

Resident 185

Resident 186

Resident 187

Resident 188

Resident 189

Resident 190

Resident 191

Resident 192

Resident 193

Resident 194

Resident 196

Resident 197

Resiedent 195

Rest Haven CS FSA
18601 N. Creek Drive
Tinley Park, IL 60477

Rest Haven Endowment
18601 N. Creek Drive
Tinley Park, IL 60477

Rest Haven Illiana Christian Con. H
18601 North Creek Drive
Tinley Park, IL 60477

Richard Fox
c/o Malatesta Law Offices LLC
5310 N. Harlem Ave.
Chicago, IL 60656

Richard L. Nagle, Bankr. Contact
US EPA Region 5
Mail Code: C-14-J
Chicago, IL 60604


Richard S Pickren
5N512 Hidden Springs Dr
St Charles, IL 60175


Rotary Club of Elmhurst
PO Box 147
Elmhurst, IL 60126


Sandra E. Haynes
1670 Friedrich St
Glendale Heights, IL 60139


Scheck & Siress Prosthetics, Inc.
1 S 376 Summit Av Court E
Oakbrook Terrace, IL 60181


Senior Well
2100 E. Lake Cook Road
Ste 1000
Buffalo Grove, IL 60089


Sharon Hoekstra
1002 Kenmore Ave
Burr Ridge, IL 60527


Skilled Nursing Patient or Responsible P


Smith Hemmesch Burke & Kaczynski
10 South Lasalle Street
Suite 2660
Chicago, IL 60603


Social Work p.r.n.
10680 Barkley
Suite 100
Overland Park, KS 66212

SocialWork Consultation Group, Inc.
1104 Hunter Rd
Glenview, IL 60025


Songs by Heart Foundation
1717 K St NW, Ste 600
Washington, DC 20006-5343


Staples Business Advantage
PO Box 660409
Dallas, TX 75266-0409


State Auto Insurance Co
PO Box 776721
Chicago, IL 60677-6721


State Industrial Products
PO Box 844284
Boston, MA 02284-4284


Status Solutions LLC
1180 Seminole Trail
Suite 440
Charlottesville, VA 22901


Superior Ambulance Service
395 W. Lake St.
Elmhurst, IL 60126


Sur-Seal Parking Lot Maintenance
P.O. Box 805
Lombard, IL 60148


Susan Parker LCSW
149 N. Lombard
Oak Park, IL 60302


Symbria Rehab, Inc
28100 Torch Parkway
Suite 600
Warrenville, IL 60555

Symbria Rehab, Inc.
28100 Torch Parkway
#600
Warrenville, IL 60555


Symbria Rx Services
28100 Torch Parkway
Suite 600
Warrenville, IL 60555


Symbria Rx Services LLC
28100 Torch Parkway
#600
Warrenville, IL 60555


Symbria, Inc
28100 Torch Parkway
Ste 600
Warrenville, IL 60555


Symbria, Inc.
28100 Torch Parkway
#600
Warrenville, IL 60555


Tee Jay Service Company
958 Corporate Blvd
Aurora, IL 60502


Telligen
1776 West Lakes Parkway
West Des Moines, IA 50266-7771


Terrence M Lynch
9933 W 145th St
Orland Park, IL 60462


The Bank of New York Mellon
Corporate Trust Dept
PO Box 392013
Pittsburgh, PA 15251-9013


The Compliance Store
355 Industrial Park Blvd
Montgomery, AL 36117

The Great Escape
2409 W. Lincoln Highway
Merrillville, IN 46410

The Hartford
P.O. Box 660916
Dallas, TX 75266-0916

The Home Depot Pro
PO Box 404284
Atlanta, GA 30384-4284

The Joint Commission
PO Box 734505
Chicago, IL 60673-4505

The Sherwin Williams Co
743 E Roosevelt Rd
Lombard, IL 60148

Third Eye Health
PO Box 7410158
Chicago, IL 60674-0158

Thompson Elevator Insp. Serv, Inc.
830 E Rand Rd
Unit 10
Mt. Prospect, IL 60056

TIAA Commercial Finance, Inc
PO Box 911608
Denver, CO 80291-1608

Timothy Christian Schools
Att: Business Office
188 W Butterfiled Rd
Elmhurst, IL 60126

Timothy G. Lawler, Ltd.
357 Hampton Place
Hinsdale, IL 60521

Tony Danca
dba Two Touch Construction
802 W. Sable Ave.
Addison, IL 60101


Training Concepts
485 W Armory Dr
Ste A
South Holland, IL 60473


Trane US, Inc.
PO Box 98167
Chicago, IL 60693


TriageNow LLC
PO Box 855839
Minneapolis, MN 55485-5839


TriMark Marlinn, LLC
PO Box 8570
Carol Stream, IL 60197-8570


ULINE
ATTN: Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741


UMB Bank, N.A.
Attn.: Virginia A. Housum, SVP
120 South 6th Street, Ste. 1400
Minneapolis, MN 55403


UMB Bank, N.A.
Attn: Trust Fees Dept
PO Box 414589
Kansas City, MO 64141-4589


United States Cylinder Gas
11618 Mayfield
Alsip, IL 60803


Unlimited Advacare Inc.
23838 Network Place
Chicago, IL 60673-1238

Upscale Entertainment
18W184 Knollwood Lane
Villa Park, IL 60181


US Dept. of Health & Human Services
200 Independence Ave., S.W.
Washington, DC 20201


US Gas
11618 S. Mayfield
Alsip, IL 60803


USA TODAY
Subscription Processing
PO Box 677454
Dallas, TX 75267-7454


Verizon Wireless
PO Box 16810
Newark, NJ 07101-6810


Vic's Towing Co.
9420 Byron
Schiller Park, IL 60176


Vistaprint Corporate Solutions
PO Box 844202
Boston, MA 02284-4202


Warehouse Direct
2001 S Mount Prospect Rd
De Plaines, IL 60018


WeCare Connect
100 Mayer Rd
Frankenmuth, MI 48734


Wellworks for You
70 E Lancaster Ave
Frazer, PA 19355


West Town Mechanical
780 Aec Dr
Wood Dale, IL 60191

West Town Mechanical
780 Aec Drive
Wood Dale, IL 60191


Wild Goose Chase, Inc
9955 Virginia Ave
Chicago Ridge, IL 60415-1368


William M Hadesman MD SC
35253 Eagle Way
Chicago, IL 60678-1352


Xerox Financial Services
PO Box 202882
Dallas, TX 75320-2882

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Timothy Place, NFP**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Timothy Place, NFP**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Rest Haven Illiana Christian Conv.
dba Providence Life Services
18601 N. Creek Drive
Tinley Park, IL 60477**

☐ None [*Check if applicable*]

**December 15, 2020**

Date

**Bruce C. Dopke 3127052 Member**
Signature of Attorney or Litigant
Counsel for   **Timothy Place, NFP**
**Dopkelaw LLC
1535 W. Schaumburg Road
Suite 204
Schaumburg, IL 60194
847-524-4811 Fax:312-641-6959
bd@dopkelaw.com**