**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TIMOTHY PLACE, NFP, *et al.*,[1] | ) Case No. 20-21554 |
| | ) |
| Debtors. | ) (Joint Administration) |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

The undersigned, Robert Stevens, President of Globic Advisors, Inc., having personal knowledge of the facts set forth herein and being competent to testify, hereby states as follows:

1. On December 28, 2020, the following documents were served by U.S. Mail, first class, postage paid, on the Service List attached hereto as Exhibit 1.

- Order and Notice Granting Motion for Entry of Order (A) Establishing Bar Dates for Filing Certain Proofs of (B) Claim), (C) Approving the Form and Manner for Filing Proofs (C) of Claim, (D) Approving Notice Thereof, and (E) Grants Related Relief **[Docket No. 50]**

- Claim Form

[*Remainder of Page Intentionally Left Blank; Signature Page to Follow*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Timothy Place, NFP (5089) and Christian Healthcare Foundation, NFP (2359).

I AFFIRM UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Dated: December 30, 2020

_____
Robert Stevens
President, Globic Advisors, Inc.

State of New York        )
                         ) ss
County of Nassau         )

Before me a Notary Public in and for the County and State, personally appeared the above-named Robert Stevens who acknowledged that he did sign the foregoing instrument and that the same is his free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal this 30th day of December 2020.

_____
Notary Public

ELAINE M STEVENS
Notary Public, State of New York
No. 02ST6122297
Qualified in Nassau County
Commission Expires February 07, 20 21

| NAME 1 | ADDRESS 1 | ADDRESS 2 | CITY STATE ZIP |
|---|---|---|---|
| 4imprint, Inc. | 25303 Network Place | | Chicago, IL 60673-1253 |
| A Place for Mom | PO Box 913241 | | Denver, CO 80291-3241 |
| A Place For Mom | 701 Fifth Avenue | Suite 3200 | Seattle, WA 98104 |
| A.V. Powell & Associates, LLC | 1791 Woodcliffe Terrace NE | | Atlanta, GA 30324-4955 |
| Acamard Technologies, Inc. | 452 Oakwood Rd | | Lake Zurich, IL 60047 |
| Access EZ Transport, Inc. | 4248 Belle Aire Ln | Suite No. 3 | Downers Grove, IL 60515 |
| Accurate Biometrics | 500 Park Blvd | Ste 1260 | Itasca, IL 60143 |
| Accurate Biometrics | 500 Park Blvd. | Suite 1260 | Itasca, IL 60143 |
| Achieve Accreditation LLC | 720 Industrial Dr - Ste 120 | | Cary, IL 60013 |
| Achieve Accreditation LLC | 205 E. Butterfield Road | #168 | Elmhurst, IL 60126 |
| Activity Connection | 818 SW Third Ave #222 | | Portland, OR 97204 |
| Acura Financial Services | P.O. Box 60001 | | City of Industry, CA 91716-0001 |
| Adam Przybyla | 403 S. Scott St | | Elmhurst, IL 60126 |
| Adam's Specialty Products, LLC | 7260 Commerce Plaza Dr | | Neenah, WI 54956 |
| Advanced Weighing Systems, Inc | PO Box 1951 | | Lombard, IL 60148-1951 |
| AEP Energy | PO Box 6329 | | Carol Stream, IL 60197-6329 |
| AEP Energy | PO Box 6329 | | Carol Stream, IL 60197 |
| AEP Energy | P.O. Box 6329 | | Carol Stream, IL 60197 |
| Affiliated Customer Service Inc. | 1441 Branding Lane | Suite 260 | Downers Grove, IL 60515 |
| Affiliated Customer Service, Inc. | 1441 Branding Lane Ste 260 | | Downes Grove, IL 60515 |
| Aging Care Connections | Att:  Linda Hussey | 111 W Harris Ave | La Grange, IL 60525 |
| Allscripts | 8700 Bryn Mawr Ave. | #700N | Chicago, IL 60631 |
| Allscripts LLC | 24630 Network Place | | Chicago, IL 60673-1246 |
| ALMS - Resident 001 | | | |
| ALMS - Resident 002 | | | |
| ALMS - Resident 003 | | | |
| ALMS - Resident 004 | | | |
| ALMS - Resident 005 | | | |
| ALMS - Resident 006 | | | |
| ALMS - Resident 007 | | | |
| ALMS - Resident 008 | | | |
| ALMS - Resident 009 | | | |
| ALMS - Resident 010 | | | |
| ALMS - Resident 011 | | | |
| ALMS - Resident 012 | | | |
| ALMS - Resident 013 | | | |
| ALMS - Resident 014 | | | |
| ALMS - Resident 015 | | | |
| ALMS - Resident 016 | | | |
| ALMS - Resident 017 | | | |
| ALMS - Resident 018 | | | |
| ALMS - Resident 019 | | | |
| ALMS - Resident 020 | | | |
| ALMS - Resident 021 | | | |
| ALMS - Resident 022 | | | |
| ALMS - Resident 023 | | | |
| ALMS - Resident 024 | | | |
| ALMS - Resident 025 | | | |
| ALMS - Resident 026 | | | |
| ALMS - Resident 027 | | | |
| ALMS - Resident 028 | | | |
| ALMS - Resident 029 | | | |
| ALMS - Resident 030 | | | |
| ALMS - Resident 031 | | | |
| ALMS - Resident 032 | | | |
| ALMS - Resident 033 | | | |
| ALMS - Resident 034 | | | |
| ALMS - Resident 035 | | | |
| ALMS - Resident 036 | | | |
| ALMS - Resident 037 | | | |
| ALMS - Resident 038 | | | |
| ALMS - Resident 039 | | | |
| ALMS - Resident 040 | | | |
| ALMS - Resident 041 | | | |
| ALMS - Resident 042 | | | |
| ALMS - Resident 043 | | | |
| ALMS - Resident 044 | | | |
| Alpha Baking Company | 36230 Treasury Center | | Chicago, IL 60694 |
| Amy Lloyd | 370 S. Prospect Ave | | Elmhurst, IL 60126 |
| Anderson Pest Solutions | PO Box 600670 | | Jacksonville, FL 32260-0670 |
| Anderson Pest Solutions | 501 W. Lake Street | Suite 204 | Elmhurst, IL 60126 |
| Anette Isaacs | 100 Burlington Circle | Apt 110 | Wheeling, IL 60090 |
| Aossi LLC | 1301 W Early Ave | | Chicago, IL 60660 |
| Aramark | 22512 Network Place | | Chicago, IL 60673-1225 |
| Assisted Living Resident 001 | | | |
| Assisted Living Resident 002 | | | |
| Assisted Living Resident 003 | | | |
| Assisted Living Resident 004 | | | |
| Assisted Living Resident 005 | | | |
| Assisted Living Resident 006 | | | |
| Assisted Living Resident 007 | | | |
| Assisted Living Resident 008 | | | |
| Assisted Living Resident 009 | | | |
| Assisted Living Resident 010 | | | |
| Assisted Living Resident 011 | | | |
| Assisted Living Resident 012 | | | |

| | | | |
|---|---|---|---|
| Assisted Living Resident 013 | | | |
| Assisted Living Resident 014 | | | |
| Assisted Living Resident 015 | | | |
| Assisted Living Resident 016 | | | |
| Assisted Living Resident 017 | | | |
| Assisted Living Resident 018 | | | |
| Assisted Living Resident 019 | | | |
| Assisted Living Resident 020 | | | |
| Assisted Living Resident 021 | | | |
| Assisted Living Resident 022 | | | |
| Assisted Living Resident 023 | | | |
| Assisted Living Resident 024 | | | |
| Assisted Living Resident 025 | | | |
| Assisted Living Resident 026 | | | |
| Assisted Living Resident 027 | | | |
| Assisted Living Resident 028 | | | |
| Assisted Living Resident 029 | | | |
| Assisted Living Resident 030 | | | |
| Assisted Living Resident 031 | | | |
| Assisted Living Resident 032 | | | |
| Assisted Living Resident 033 | | | |
| Assisted Living Resident 034 | | | |
| Assisted Living Resident 035 | | | |
| Assisted Living Resident 036 | | | |
| Assisted Living Resident 037 | | | |
| Assisted Living Resident 038 | | | |
| Assisted Living Resident 039 | | | |
| Assisted Living Resident 040 | | | |
| Assisted Living Resident 041 | | | |
| Assisted Living Resident 042 | | | |
| Assisted Living Resident 043 | | | |
| Assisted Living Resident 044 | | | |
| Assisted Living Resident 045 | | | |
| Assisted Living Resident 046 | | | |
| Assisted Living Resident 047 | | | |
| Assisted Living Resident 048 | | | |
| Assisted Living Resident 049 | | | |
| Assisted Living Resident 050 | | | |
| Assisted Living Resident 051 | | | |
| Assisted Living Resident 052 | | | |
| Assisted Living Resident 053 | | | |
| Assisted Living Resident 054 | | | |
| Assisted Living Resident 055 | | | |
| Assisted Living Resident 056 | | | |
| Assisted Living Resident 057 | | | |
| Assisted Living Resident 058 | | | |
| Assisted Living Resident 059 | | | |
| Assisted Living Resident 060 | | | |
| Assisted Living Resident 061 | | | |
| Assisted Living Resident 062 | | | |
| Assisted Living Resident 063 | | | |
| Assisted Living Resident 064 | | | |
| Assisted Living Resident 065 | | | |
| Assisted Living Resident 066 | | | |
| Assisted Living Resident 067 | | | |
| Assisted Living Resident 068 | | | |
| Assisted Living Resident 069 | | | |
| Assisted Living Resident 070 | | | |
| Assisted Living Resident 071 | | | |
| Assisted Living Resident 072 | | | |
| Assisted Living Resident 073 | | | |
| Assisted Living Resident 074 | | | |
| ATC Healthcare Services | 7250 College Drive | | Palos Hts., IL 60463 |
| Badger Murphy Food Service | PO Box 12440 | | Chicago, IL 60612-0440 |
| Beth Staes | 401 Westminster Dr | | Burr Ridge, IL 60527 |
| Blue Cross Blue Shield of IL | Dept. 1134 | P.O. Box 121134 | Dallas, TX 75312-1134 |
| Blue Cross Blue Shield of IL | Health Care Service Corp | Dept. CH 14368 | Palatine, IL 60055-4368 |
| BMI | PO Box 630893 | | Cincinnati, OH 45263-0893 |
| Brian P. Welch | MacKay & Serritella | 330 N. Wabash Ave., Suite 2100 | Chicago IL 60611 |
| BrickStreet Insurance | PO Box 11285 | | Charleston, WV 25339 |
| Briggs Healthcare | 4900 University Ave | Suite 200 | West Des Moines, IA 50266 |
| BrightStar Healthcare | 1809 N. Mill St Suite F | | Naperville, IL 60563 |
| Bruce P. Weisenthal, Esq. | Schiff Harden | 233 S. Wacker Drive, Ste. 7100 | Chicago, IL  60606 |
| Cal Devon Urgent Care, Inc. | 6415 N California Ave | | Chicago, IL 60645 |
| Cal-Devon Urgent Care, Inc. | 6415 N. California Ave. | | Chicago, IL 60645 |
| Carden & Tracy LLC | 30 N LaSalle St | Ste 2200 | Chicago, IL 60602 |
| Caremerge | 100 S Wacker Dr | Ste 1650 | Chicago, IL 60606 |
| Caring Communities | 1850 West Winchester Road | Suite 109 | Libertyville, IL 60048 |
| Carlson Glass and Mirror, Inc. | 312 W Front St | | Wheaton, IL 60187 |
| Charles Carpets & Construction | 3720 W. Devon Ave | | Lincolnwood, IL 60712 |
| City of Elmhurst | 209 N York St. | | Elmhurst, IL 60126 |
| City of Elmhurst | 209 N. York St. | | Elmhurst, IL 60126 |
| Clarke Aquatic Services, Inc. | 16308 Collections Center Dr | | Chicago, IL 60693 |
| Clarke Aquatic Services, Inc. | 159 N. Garden Ave. | | Roselle, IL 60172 |
| Clia Laboratory Program | PO Box 530882 | | Atlanta, GA 30343-0882 |
| CliftonLarsonAllen LLP | PO Box 775439 | | Chicago, IL 60677-5439 |
| Colley Elevator Co | 226 William St | | Bensenville, IL 60106 |

| Name | Address 1 | Address 2 | City/State/Zip |
|---|---|---|---|
| Colley Elevator Co. | 226 Williams Street | | Bensenville, IL 60106 |
| Comcast | P.O. Box 70919 | | Philadelphia, PA 19176 |
| Comcast of Illinois VI, LLC | PO Box 70919 | | Philadelphia, PA 19176 |
| Comcast* | PO Box 70219 | | Philadelphia, PA 19176-0219 |
| Compliance Store | 355 Industrial Park Blvd. | | Montgomery, AL 36117 |
| Cozzini Bros., Inc. | 350 Howard Ave | | Des Plaines, IL 60018 |
| Crandall | PO Box 31060 | | Mesa, AZ 85275-1060 |
| Daniel L Sullivan | PO Box 880 | | Delavan, WI 53115-0880 |
| Darling Ingredients Inc | PO Box 554885 | | Detroit, MI 48255-4885 |
| Darwill, Inc | PO Box 6243 | | Carol Stream, IL 60197 |
| David H. DeCelles, Asst. | Asst. United States Attorney | 219 S. Dearborn St., 5th Floor | Chicago, IL 60604 |
| David K. Welch | MacKay & Serritella | 330 N. Wabash Ave., Suite 2100 | Chicago, IL 60611 |
| Dearborn Group | Ancillary Billing Dept | 36788 Eagle Way | Chicago, IL 60678-1367 |
| Delia Sylejma | 2479 Carlton Drive | | Woodridge, IL 60517 |
| Delia's Salon | 1050 S Euclid | | Elmhurst, IL 60126 |
| Department of the Treasury | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101-7346 |
| Dependable Fire Equipment | 100 N. LeBaron St. | | Waukegan, IL 60085-3027 |
| Dependable Fire Equipment, Inc. | 4803 Milwaukee Avenue | | Chicago, IL 60630 |
| Devin Starr | 29W451 Candlewood Ln | | Warrenville, IL 60555 |
| DHO Great Lakes, Inc. | 528 W. Barry Ave. | | Chicago, IL 60657 |
| Dialysis Center of America-IL Inc. | 133 E. Brush Hill Road | Suite 410 | Elmhurst, IL 60126 |
| Direct Supply, Inc. | Box 88201 | | Milwaukee, WI 53288-0201 |
| DM Merchandising | 835 N Church Ct | | Elmhurst, IL 60126 |
| Donna Lampe | 619 Fiarway View Terrace | | Southlake, TX 76092 |
| DS Services of America, Inc. | 17847 80th Ave. | | Tinley Park, IL 60477 |
| Du Page County Collector | Bill Payment Center | PO Box 4203 | Carol Stream, IL 60197-4203 |
| DuPage County Collector | Bill Payment Center | | Carol Stream, IL 60197 |
| DuPage County Health Dept. | 111 N. County Farm Rd. | | Wheaton, IL 60187 |
| DuPage Medical Group | 1860 Paysphere Circle | | Chicago, IL 60674-0018 |
| DuPage Medical Group, Ltd. | 533 W. North Ave. | #101 | Elmhurst, IL 60126 |
| Ebel's Ace Hardware | 18410 Governors Hwy | | Homewood, IL 60430 |
| Ed Napleton Elmhurst Imports | 745 W. Lake Street | | Elmhurst, IL 60129 |
| Edizon R. Dayao | 207 N. Crooked Lake Lane | | Lindenhurst, IL 60046 |
| Edward-Elmhurst Health | c/o Chris Mollet | | 4201 Winfield Road |
| ELM Reference Laboratory | Edwards Elmhurst Health | Dept 4592 | Carol Stream, IL 60122-4592 |
| Elmhurst Chamber of Commerce | 300 W Lake St | Ste 201 | Elmhurst, IL 60126 |
| Elmhurst Christian Reformed Church | 149 W Brush Hill Rd | | Elmhurst, IL 60126 |
| Elmhurst Memorial Hospital | Dept 4592 | | Carol Stream, IL 60122-4592 |
| Elmhurst Memorial Hospital | Edward-Elmhurst Healthcare | 4201 Winfield Road | Warrenville, IL 60555 |
| Elmhurst Memorial Hospital | Reference Laboratory | 155 E. Brush Hill Road | Elmhurst, IL 60126 |
| Elmhurst Occupational Health | Department 4596 | | Carol Stream, IL 60122-4596 |
| Elmhurst Orthopaedics SC | PO Box 5345 Dept 9 | | Carol Stream, IL 60197-5345 |
| eSolutions, Inc. | PO Box 414378 | | Kansas City, MO 64141-4378 |
| EZ Way Inc. | LB 395 | PO Box 3395 | Omaha, NE 68103 |
| FedEx | P.O. Box 94515 | | Palatine, IL 60094-4515 |
| Fifth Third Bank | PO Box 631456 | | Cincinnati, OH 45263-1456 |
| Fifth Third Bank | 1500 N. Main Street | | Wheaton, IL 60187 |
| Fitzsimmons Hospital Services | PO Box 497 | | Oak Forest, IL 60452 |
| Fortune Fish Company | PO Box 88477 | | Chicago, IL 60680-1477 |
| Frank Rossi | 15144 Kenton Ave | | Oak Forest, IL 60452 |
| FullCount | 1555 SE Delaware Ave, Ste A | | Ankeny, IA 50021 |
| FullCount | 1555 SE Delaware Ave | Suite A | Ankeny, IA 50021 |
| GlynnDevins | 8880 Ward Parkway | Suite 400 | Kansas City, MO 64115 |
| GlynnDevins, Inc | 8880 Ward Pkwy | Ste 400 | Kansas City, MO 64114 |
| Gordon Food Service | 1300 Gezon Parkway SW | | Wyoming, MI 49509 |
| Gordon Food Service, Inc. | PO Box 88029 | | Chicago, IL 60680-1029 |
| Grainger | DEPT. 882356645 | | Palatine, IL 60038-0001 |
| Growing Community Media | 141 S Oak Park Ave | | Oak Park, IL 60302 |
| Guardian | P O Box 677458 | | Dallas, TX 75267-7458 |
| HC Lights Holiday Creations Pro, Inc. | 202 Stephen St | | Lemont, IL 60439 |
| HD Supply Facilities Maintenance, Ltd. | PO Box 509058 | | San Diego, CA 92150-9058 |
| Healthcare and Family Services | HFS/Bureau of Fiscal Operations | P.O. Box 19491 | Springfield, IL 62794-9491 |
| Healthcare Waste Management | PO Box 1218 | | Frankfort, IL 60423 |
| Healthcare Waste Management | c/o Pete Lindemulder | 6602 W. 9th Ave. | Gary, IN 46406 |
| HealthPRO Heritage | PO Box 69268 | | Baltimore, MD 21264-9268 |
| Healthpro Management Services | 634 Academy Drive | | Northbrook, IL 60002 |
| Hinckley Springs | PO Box 660579 | | Dallas, TX 75266-0579 |
| Hinsdale Orthopaedics | PO Box 5461 | | Carol Stream, IL 60197-5461 |
| Hinshaw & Culberston | 8142 Solutions Center Dr | | Chicago, IL 60677-8001 |
| H-O-H Water Technology | PO Box 487 | | Palatine, IL 60078-0487 |
| H-O-H Water Technology | P.O. Box 487 | | Palatine, IL 60078 |
| Hon. John R. Lausch, Jr., | US Attorney Northern District Of IL | 219 Dearborn St., 5th Floor | Chicago, IL 60604 |
| Hon. Kwame Raoul, | Illinois Attorney General | 100 W. Randolph Street | Chicago, IL 60601 |
| Hon. William Barr, US Attorney | United States Dept. of Justice | 950 Pennsylvania Ave, NW | Washington, DC 20530-0001 |
| IL Dept. Of Public Health | 122 S. Michigan Avenue | 7th and 20th Floors | Chicago, IL 60603 |
| Illinois Aging Services Network, LLC | 17 South High Street | | Columbus, OH 43215 |
| Illinois Department of Employment Sec | PO Box 19299 | | Springfield, IL 62794-9299 |
| Illinois Department of Public Health | 525-535 W Jefferson St. | | Springfield, IL 62761-0001 |
| Illinois Dept. Of Aging | Long Term Care Ombudsman Prog. | 160 North LaSalle St., Ste N-700 | Chicago, IL 60601-3117 |
| Illinois Dept. of Employment Sec. | Benefit Payment Control Division | PO Box 4385 | Chicago, IL 60680 |
| Illinois Dept. Of Financial and Professional Regulation | 100 West Randolph St., 9th Floor | | Chicago, IL 60601 |
| Illinois Dept. of Human Services | Grace B. Hou, Secretary | 401 South Clinton Street | Chicago, IL 60607 |
| Illinois Dept. Of Public Health | 69 W. Washington Street, 35th Floor | | Chicago, IL 60602 |
| Illinois Dept. of Revenue | Bankruptcy Unit, | PO Box 19035 | Chicago, IL 60680 |
| Illinois Dept. of Revenue | James R. Thompson Ctr. | Concourse Level, 100 West Randolph St. | Chicago, IL 60601-3274 |
| Illinois Finance Authority | Christopher B. Meister | 160 N. LaSalle St., Suite S-1000 | Chicago, IL 60601 |
| Illinois Medi Car Inc | PO Box 1407 | | Elmhurst, IL 60126-8407 |

| | | | |
|---|---|---|---|
| Illinois Student Assistance Comm'n | Bankruptcy Department | 1755 Lake Cook Road | Deerfield, IL 60015 |
| Innovative AV Systems | 909 S IL Rt 83 | | Elmhurst, IL 60126 |
| IPFS Corporation | 24722 Network Place | | Chicago, IL 60673-1247 |
| J. Mark Fisher | Schiff Harden | 233 S. Wacker Drive, Ste. 7100 | Chicago, IL 60606 |
| Jamerson & Bauwens Elec | 3160 MacArthur Blvd | | Northbrook, IL 60062-1904 |
| Jeffrey Deutsch | 248 E. 2nd Street | | Elmhurst, IL 60126 |
| Jennifer Riddle | 134 N Carolina Ave | | Elmhurst, IL 60126 |
| Jin Yan | Schiff Harden | 233 S. Wacker Drive, Ste. 7100 | Chicago, IL 60606 |
| Joe & Ross Ice Cream | 7451 W 100th Pl | | Bridgeview, IL 60455 |
| Johnson Water Conditioning | 220 W St. Charles Rd. | | Villa Park, IL 60181 |
| Joints in Motion Medical, LLC | 1343 E. Wisconsin Ave., #112 | | Pewaukee, WI 53072 |
| JRJG dba BrightStar Naperville | 1150 S. Euclid | | Elmhurst, IL 60126 |
| JRL Lawn Sprinkling Systems, Inc | PO Box 1915 | | Lombard, IL 60148 |
| Karim S. Yunez, M.D.S.C. | 130 S Main St | Ste 203 | Lombard, IL 60148 |
| KCI USA | P.O. Box 301557 | | Dallas, TX 75303-1557 |
| Kevin Wood | 333 S Oak Park Ave | Unit 2N | Oak Park, IL 60302-3549 |
| Konematic | PO Box 775828 | | Chicago, IL 60677-5828 |
| Laboratory Corp. of America | 531 South Spring Street | | Burlington, SC 27215 |
| Laundry Concepts, Inc. | 302 S. Stewart Ave | | Addison, IL 60101 |
| Laura Erickson | 900 Heritage Dr | | Mt Prospect, IL 60056 |
| Leaf | PO Box 5066 | | Hartford, CT 06102-5066 |
| Leanin' Tree, Inc. | Box 9500 | | Boulder, CO 80301 |
| Leslie's Poolmart, Inc. | PO Box 501162 | | St. Louis, MO 63150-1162 |
| Liberty Lithographers, Inc. | 18625 West Creek Dr | | Tinley Park, IL 60477 |
| Linda Korbus | 10600 Farifield | | Westchester, IL 60154 |
| Lionheart | 13151 Executive Court | | Huntley, IL 60142 |
| Lionheart Critical Power Spec. | 13151 Executive Ct | | Huntley, IL 60142 |
| LiquiTech | 421 Eisenhower Ln S | | Lombard, IL 60148 |
| Loyola University Med Ct | PO Box 83262 | | Chicago, IL 60691-0262 |
| Mark A. Dvorak | PO Box 181 | | Brookfield, IL 60513 |
| Marlin Business Bank | PO Box 13604 | | Philadelphia, PA 19101-3604 |
| Martina Mathisen | 265 Melody Lane | | Lake Marian, IL 60110 |
| Mary Augustyn | 0N049 Page St | | Winfield, IL 60190 |
| MedClean | 4601 W. Addison St. | | Chicago, IL 60641 |
| Medicaid & Medicare Services | 233 North Michigan Ave., Suite 600 | | Chicago, IL 60601 |
| Medicaid & Medicare Services | 7500 Security Blvd. | | Baltimore, MD 21244 |
| Medline Industries, Inc. | Dept CH 14400 | | Palatine, IL 60055-4400 |
| Med-Rec Systems | PO Box 40471 | | Indianapolis, IN 46240 |
| Med-Rec Systems | PO Box 498 | | Brownsburg, IN 46112 |
| Metro Infectious Disease Cons | 901 McClintock, Ste 203 | | Burr Ridge, IL 60527 |
| Metro Infectious Disease Consultants | 901 McClintock Drive | Suite 203 | Burr Ridge, IL 60527 |
| Michael Knauf | 635 Eleston Dr | | Crystal Lake, IL 60014-7407 |
| Mickey's Linen | 4601 W. Addison St | Suite 700 | Chicago, IL 60641 |
| Midwest Orthopaedics at Rush | One Westbrook Corporate | | Westchester, IL 60154-5708 |
| Midwest Security Forces | PO Box 443 | | Schererville, IN 46375 |
| Midwest Security Forces LLC | 802 Wabash Ave. | Suite 300 | Chesterton, IN 46304 |
| Mintz, Levin, Cohn, Ferris, et al. | Attn: Daniel S. Bleck, Esq | One Financial Center | Boston, MA 02111 |
| My LifeSite | 601 St. Mary's Street | | Raleigh, NC 27605 |
| My Mechanic | 285 W Butterfield Rd | | Elmhurst, IL 60126 |
| N.E.W.T. | 611 S. Ahrens Ave | | Lombard, IL 60148 |
| Nicor Gas | PO Box 5407 | | Carol Stream, IL 60197-5407 |
| Nicor Gas | P.O. Box 5407 | | Carol Stream, IL 60197 |
| NIR Roof Care | 11317 Smith Drive | | Huntley, IL 60142 |
| Norman Mechanical, Inc. | 1201 Gateway Dr | | Elgin, IL 60124 |
| NovaStaff Healthcare Services, Inc. | PO Box 249 | | Coal City, IL 60416-0249 |
| Novastaff Healthcare Services, Inc. | 2021 Midwest Road | | Oak Brook, IL 60523 |
| Office of The United States Trustee | Attn: Adam Brief, Asst. US Trustee | 219 S. Dearborn St., Room 873 | Chicago, IL 60604 |
| Olivet Nazarene University | 1 University Ave. | | Bourbonnais, IL 60914 |
| On Shift | 1621 Euclid Ave | #1400 | Cleveland, OH 44115 |
| OnShift, Inc. | PO Box 207856 | | Dallas, TX 75320-7856 |
| Orthopedic Specialists, S.C. | 360 W Butterfield Rd | St 16 | Elmhurst, IL 60126-5099 |
| OSCO, Incorporated | 304 Mondamin St. | Ste. 112 | Minooka, IL 60447 |
| Parker Cromwell Health Care Assoc. | 6432 Joliet Road | Suite C | Countryside, IL 60525 |
| Parker Cromwell Healthcare Associates | 122-B Calendar Avenue | | La Grange, IL 60525 |
| Patientping, Inc. | 10 Post Office Square | | Boston, MA 02109 |
| PEL/VIP | 7880 Wicker Ave #7 | | St John, IN 46373 |
| PepsiCo Foodservice | 5833 South 85th West Ave. | | Tulsa, OK 74107 |
| Pepsi-Cola | 75 Remittance Dr | Ste 1884 | Chicago, IL 60675-1884 |
| Petty Cash- Beth Welch | 1050 S. Euclid Ave. | | Elmhurst, IL 60126-5164 |
| Philips Lifeline | 111 Lawrence St. | | Framingham, MA 01702 |
| Phillip's Flowers | 524 N. Cass Ave. | | Westmont, IL 60559-1503 |
| PICC ME Vascular Solutions LLC | 10039 Marion Ave. | | Oak Lawn, IL 60453 |
| Pitney Bowes Global Financial Serv | PO Box 371887 | | Pittsburgh, PA 15250-7887 |
| Plante & Moran, LLC | 16060 Collections Center Drive | | Chicago, IL 60693 |
| PPG Architectural Finishes | PO Box 536864 | | Atlanta, GA 30353-6864 |
| Precision Control Systems of Chicago | 1980 University Lane | | Lisle, IL 60532 |
| Precision Control Systems of Chicago, In | 1980 University Lane | | Lisle, IL 60532 |
| Premier Outdoor Environments, Inc. | 205 E Butterfied Rd | Ste 272 | Elmhurst, IL 60126 |
| Premier Outdoor Environments, Inc. | 205 E Butterfield Road | Suite 272 | Elmhurst, IL 60126 |
| Premier Outdoor Environments, Inc. | 205 E. Butterfield Road | Suite 272 | Elmhurst, IL 60126 |
| Premier Produce, Inc. | 10100 Franklin Ave | | Franklin Park, IL 60131 |
| Pro Electric, Inc | 2600 Warrenville Rd | Ste 202 | Downers Grove, IL 60515 |
| Proshred | 7700 Graphics Dr | | Tinley Park, IL 60477 |
| ProShred Security | 7700 Graphics Drive | | Tinley Park, IL 60477 |
| Proven Business Services | 18450 Crossing Drive | Suite D | Tinley Park, IL 60487 |
| Proven It | 18450 Crossing Dr | Ste D | Tinley Park, IL 60487 |
| Providence Hospice | 18601 N. Creek Drive | | Tinley Park, IL 60477 |

| | | | |
|---|---|---|---|
| Providence Life Services | 18601 North Creek Drive | | Tinley Park, IL 60477 |
| Providence Life Services | 18601 N. Creek Drive | | Tinley Park, IL 60477 |
| Provinet Solutions | 18645 West Creek Drive | | Tinley Park, IL 60477 |
| Provinet Solutions | 18645 W. Creek Drive | Suite A | Tinley Park, IL 60126 |
| Real Time Medical Systems | PO Box 645852 | | Pittsburgh, PA 15264-5256 |
| Red Hawk Fire & Security | PO Box 650394 | | Dallas, TX 75265-0394 |
| Remred Business Class | 8424 Skokie Blvd | #203 | Skokie, IL 60077 |
| Republic Services | PO Box 9001154 | | Louisville, KY 40290-1154 |
| Republic Services #551 | PO Box 9001154 | | Louisville, KY 40290-1154 |
| Republic Services #551 | P.O. Box 9001154 | | Louisville , KY 40290 |
| Resident  001 | | | |
| Resident  002 | | | |
| Resident 003 | | | |
| Resident 004 | | | |
| Resident 005 | | | |
| Resident 006 | | | |
| Resident 007 | | | |
| Resident 008 | | | |
| Resident 009 | | | |
| Resident 010 | | | |
| Resident 011 | | | |
| Resident 012 | | | |
| Resident 013 | | | |
| Resident 014 | | | |
| Resident 015 | | | |
| Resident 016 | | | |
| Resident 017 | | | |
| Resident 018 | | | |
| Resident 019 | | | |
| Resident 020 | | | |
| Resident 021 | | | |
| Resident 022 | | | |
| Resident 023 | | | |
| Resident 024 | | | |
| Resident 025 | | | |
| Resident 026 | | | |
| Resident 027 | | | |
| Resident 028 | | | |
| Resident 029 | | | |
| Resident 030 | | | |
| Resident 031 | | | |
| Resident 032 | | | |
| Resident 033 | | | |
| Resident 034 | | | |
| Resident 035 | | | |
| Resident 036 | | | |
| Resident 037 | | | |
| Resident 038 | | | |
| Resident 039 | | | |
| Resident 040 | | | |
| Resident 041 | | | |
| Resident 042 | | | |
| Resident 043 | | | |
| Resident 044 | | | |
| Resident 045 | | | |
| Resident 046 | | | |
| Resident 047 | | | |
| Resident 048 | | | |
| Resident 049 | | | |
| Resident 050 | | | |
| Resident 051 | | | |
| Resident 052 | | | |
| Resident 053 | | | |
| Resident 054 | | | |
| Resident 055 | | | |
| Resident 056 | | | |
| Resident 057 | | | |
| Resident 058 | | | |
| Resident 059 | | | |
| Resident 060 | | | |
| Resident 061 | | | |
| Resident 062 | | | |
| Resident 063 | | | |
| Resident 064 | | | |
| Resident 065 | | | |
| Resident 066 | | | |
| Resident 067 | | | |
| Resident 068 | | | |
| Resident 069 | | | |
| Resident 070 | | | |
| Resident 071 | | | |
| Resident 072 | | | |
| Resident 073 | | | |
| Resident 074 | | | |
| Resident 075 | | | |
| Resident 076 | | | |
| Resident 077 | | | |

**Exhibit 1**

| | | | |
|---|---|---|---|
| Resident 078 | | | |
| Resident 079 | | | |
| Resident 080 | | | |
| Resident 081 | | | |
| Resident 082 | | | |
| Resident 084 | | | |
| Resident 085 | | | |
| Resident 086 | | | |
| Resident 087 | | | |
| Resident 088 | | | |
| Resident 089 | | | |
| Resident 090 | | | |
| Resident 091 | | | |
| Resident 092 | | | |
| Resident 093 | | | |
| Resident 094 | | | |
| Resident 095 | | | |
| Resident 096 | | | |
| Resident 097 | | | |
| Resident 098 | | | |
| Resident 099 | | | |
| Resident 100 | | | |
| Resident 101 | | | |
| Resident 102 | | | |
| Resident 103 | | | |
| Resident 104 | | | |
| Resident 105 | | | |
| Resident 106 | | | |
| Resident 107 | | | |
| Resident 108 | | | |
| Resident 109 | | | |
| Resident 110 | | | |
| Resident 111 | | | |
| Resident 112 | | | |
| Resident 113 | | | |
| Resident 114 | | | |
| Resident 115 | | | |
| Resident 116 | | | |
| Resident 117 | | | |
| Resident 118 | | | |
| Resident 119 | | | |
| Resident 120 | | | |
| Resident 121 | | | |
| Resident 122 | | | |
| Resident 123 | | | |
| Resident 124 | | | |
| Resident 125 | | | |
| Resident 126 | | | |
| Resident 127 | | | |
| Resident 128 | | | |
| Resident 129 | | | |
| Resident 130 | | | |
| Resident 131 | | | |
| Resident 132 | | | |
| Resident 133 | | | |
| Resident 134 | | | |
| Resident 135 | | | |
| Resident 136 | | | |
| Resident 137 | | | |
| Resident 138 | | | |
| Resident 139 | | | |
| Resident 140 | | | |
| Resident 141 | | | |
| Resident 142 | | | |
| Resident 143 | | | |
| Resident 144 | | | |
| Resident 145 | | | |
| Resident 146 | | | |
| Resident 147 | | | |
| Resident 148 | | | |
| Resident 149 | | | |
| Resident 150 | | | |
| Resident 151 | | | |
| Resident 152 | | | |
| Resident 153 | | | |
| Resident 154 | | | |
| Resident 155 | | | |
| Resident 156 | | | |
| Resident 157 | | | |
| Resident 158 | | | |
| Resident 159 | | | |
| Resident 160 | | | |
| Resident 161 | | | |
| Resident 162 | | | |
| Resident 163 | | | |
| Resident 164 | | | |
| Resident 165 | | | |

| | | | |
|---|---|---|---|
| Resident 166 | | | |
| Resident 167 | | | |
| Resident 168 | | | |
| Resident 169 | | | |
| Resident 170 | | | |
| Resident 171 | | | |
| Resident 172 | | | |
| Resident 173 | | | |
| Resident 174 | | | |
| Resident 175 | | | |
| Resident 176 | | | |
| Resident 177 | | | |
| Resident 178 | | | |
| Resident 179 | | | |
| Resident 180 | | | |
| Resident 181 | | | |
| Resident 182 | | | |
| Resident 183 | | | |
| Resident 184 | | | |
| Resident 185 | | | |
| Resident 186 | | | |
| Resident 187 | | | |
| Resident 188 | | | |
| Resident 189 | | | |
| Resident 190 | | | |
| Resident 191 | | | |
| Resident 192 | | | |
| Resident 193 | | | |
| Resident 194 | | | |
| Resident 195 | | | |
| Resident 196 | | | |
| Rest Haven CS FSA | 18601 N. Creek Drive | | Tinley Park, IL 60477 |
| Rest Haven Endowment | 18601 N. Creek Drive | | Tinley Park, IL 60477 |
| Richard Fox | c/o Malatesta Law Offices LLC | 5310 N. Harlem Avenue, Ste. 203 | Chicago, IL 60656 |
| Richard S Pickren | 5N512 Hidden Springs Dr | | St Charles, IL 60175 |
| Rotary Club of Elmhurst | PO Box 147 | | Elmhurst, IL 60126 |
| Sandra E. Haynes | 1670 Friedrich St | | Glendale Heights, IL 60139 |
| Scheck & Siress Prosthetics, Inc. | 1 S 376 Summit Av Court E | | Oakbrook Terrace, IL 60181 |
| Senior Well | 2100 E. Lake Cook Road | Ste 1000 | Buffalo Grove, IL 60089 |
| Sharon Hoekstra | 1002 Kenmore Ave | | Burr Ridge, IL 60527 |
| Skilled Nursing 1 | | | |
| Skilled Nursing 10 | | | |
| Skilled Nursing 11 | | | |
| Skilled Nursing 12 | | | |
| Skilled Nursing 13 | | | |
| Skilled Nursing 14 | | | |
| Skilled Nursing 15 | | | |
| Skilled Nursing 16 | | | |
| Skilled Nursing 17 | | | |
| Skilled Nursing 18 | | | |
| Skilled Nursing 19 | | | |
| Skilled Nursing 2 | | | |
| Skilled Nursing 20 | | | |
| Skilled Nursing 21 | | | |
| Skilled Nursing 21 | | | |
| Skilled Nursing 22 | | | |
| Skilled Nursing 23 | | | |
| Skilled Nursing 24 | | | |
| Skilled Nursing 25 | | | |
| Skilled Nursing 26 | | | |
| Skilled Nursing 27 | | | |
| Skilled Nursing 28 | | | |
| Skilled Nursing 29 | | | |
| Skilled Nursing 3 | | | |
| Skilled Nursing 30 | | | |
| Skilled Nursing 31 | | | |
| Skilled Nursing 32 | | | |
| Skilled Nursing 33 | | | |
| Skilled Nursing 34 | | | |
| Skilled Nursing 35 | | | |
| Skilled Nursing 36 | | | |
| Skilled Nursing 37 | | | |
| Skilled Nursing 38 | | | |
| Skilled Nursing 39 | | | |
| Skilled Nursing 4 | | | |
| Skilled Nursing 40 | | | |
| Skilled Nursing 41 | | | |
| Skilled Nursing 42 | | | |
| Skilled Nursing 43 | | | |
| Skilled Nursing 44 | | | |
| Skilled Nursing 45 | | | |
| Skilled Nursing 46 | | | |
| Skilled Nursing 47 | | | |
| Skilled Nursing 48 | | | |
| Skilled Nursing 49 | | | |
| Skilled Nursing 5 | | | |
| Skilled Nursing 50 | | | |

| | | | |
|---|---|---|---|
| Skilled Nursing 51 | | | |
| Skilled Nursing 52 | | | |
| Skilled Nursing 53 | | | |
| Skilled Nursing 54 | | | |
| Skilled Nursing 55 | | | |
| Skilled Nursing 56 | | | |
| Skilled Nursing 57 | | | |
| Skilled Nursing 58 | | | |
| Skilled Nursing 59 | | | |
| Skilled Nursing 6 | | | |
| Skilled Nursing 60 | | | |
| Skilled Nursing 61 | | | |
| Skilled Nursing 62 | | | |
| Skilled Nursing 63 | | | |
| Skilled Nursing 64 | | | |
| Skilled Nursing 65 | | | |
| Skilled Nursing 7 | | | |
| Skilled Nursing 8 | | | |
| Skilled Nursing 9 | | | |
| Smith Hemmesch Burke & Kaczynski | 10 South Lasalle Street | Suite 2660 | Chicago, IL 60603 |
| Social Work p.r.n. | 10680 Barkley | Suite 100 | Overland Park, KS 66212 |
| SocialWork Consultation Group, Inc. | 1104 Hunter Rd | | Glenview, IL 60025 |
| Songs by Heart Foundation | 1717 K St NW, Ste 600 | | Washington, DC 20006-5343 |
| Staples Business Advantage | PO Box 660409 | | Dallas, TX 75266-0409 |
| State Auto Insurance Co | PO Box 776721 | | Chicago, IL 60677-6721 |
| State Industrial Products | PO Box 844284 | | Boston, MA 02284-4284 |
| Status Solutions LLC | 1180 Seminole Trail | Suite 440 | Charlottesville, VA 22901 |
| Superior Ambulance Service | 395 W. Lake St. | | Elmhurst, IL 60126 |
| Sur-Seal Parking Lot Maintenance | P.O. Box 805 | | Lombard, IL 60148 |
| Susan Parker LCSW | 149 N. Lombard | | Oak Park, IL 60302 |
| Symbria Rehab, Inc | 28100 Torch Parkway | Suite 600 | Warrenville, IL 60555 |
| Symbria Rehab, Inc. | 28100 Torch Parkway | #600 | Warrenville, IL 60555 |
| Symbria Rx Services | 28100 Torch Parkway | Suite 600 | Warrenville, IL 60555 |
| Symbria Rx Services LLC | 28100 Torch Parkway | #600 | Warrenville, IL 60555 |
| Symbria, Inc | 28100 Torch Parkway | Ste 600 | Warrenville, IL 60555 |
| Symbria, Inc. | 28100 Torch Parkway | #600 | Warrenville, IL 60555 |
| Tee Jay Service Company | 958 Corporate Blvd | | Aurora, IL 60502 |
| Telligen | 1776 West Lakes Parkway | | West Des Moines, IA 50266-7771 |
| Terrence M Lynch | 9933 W 145th St | | Orland Park, IL 60462 |
| The Bank of New York Mellon | Corporate Trust Dept | PO Box 392013 | Pittsburgh, PA 15251-9013 |
| The Compliance Store | 355 Industrial Park Blvd | | Montgomery, AL 36117 |
| The Great Escape | 2409 W. Lincoln Highway | | Merrillville, IN 46410 |
| The Hartford | P.O. Box 660916 | | Dallas, TX 75266-0916 |
| The Home Depot Pro | PO Box 404284 | | Atlanta, GA 30384-4284 |
| The Joint Commission | PO Box 734505 | | Chicago, IL 60673-4505 |
| The Sherwin Williams Co | 743 E Roosevelt Rd | | Lombard, IL 60148 |
| Third Eye Health | PO Box 7410158 | | Chicago, IL 60674-0158 |
| Thompson Elevator Insp. Serv, Inc. | 830 E Rand Rd | Unit 10 | Mt. Prospect, IL 60056 |
| TIAA Commercial Finance, Inc | PO Box 911608 | | Denver, CO 80291-1608 |
| Timothy Christian Schools | Att: Business Office | 188 W Butterfiled Rd | Elmhurst, IL 60126 |
| Timothy G. Lawler, Ltd. | 357 Hampton Place | | Hinsdale, IL 60521 |
| Tony Danca | dba Two Touch Construction | 802 W. Sable Ave. | Addison, IL 60101 |
| Training Concepts | 485 W Armory Dr | Ste A | South Holland, IL 60473 |
| Trane US, Inc. | PO Box 98167 | | Chicago, IL 60693 |
| TriageNow LLC | PO Box 855839 | | Minneapolis, MN 55485-5839 |
| TriMark Marlinn, LLC | PO Box 8570 | | Carol Stream, IL 60197-8570 |
| ULINE | ATTN: Accounts Receivable | PO Box 88741 | Chicago, IL 60680-1741 |
| UMB Bank, N.A. | Attn: Virginia A. Housum, SVP | 120 South 6th Street, Ste. 1400 | Minneapolis, MN  55403 |
| UMB Bank, N.A. | Attn:  Trust Fees Dept | PO Box 414589 | Kansas City, MO 64141-4589 |
| United States Cylinder Gas | 11618 Mayfield | | Alsip, IL 60803 |
| United States Environmental Protection Agency | Richard L. Nagle, Bktcy. Contact | US EPA Region 5, Mail Code C-14J | Chicago, IL 60604 |
| Unlimited Advacare Inc. | 23838 Network Place | | Chicago, IL 60673-1238 |
| Upscale Entertainment | 18W184 Knollwood Lane | | Villa Park, IL 60181 |
| US Dept. of Health & Human Servs | 200 Independence Ave. S.W. | | Washington, DC 20201 |
| US Gas | 11618 S. Mayfield | | Alsip, IL 60803 |
| USA TODAY | Subscription Processing | PO Box 677454 | Dallas, TX 75267-7454 |
| Verizon Wireless | PO Box 16810 | | Newark, NJ 07101-6810 |
| Verizon Wireless | P.O. Box 25505 | | Lehigh Valley, PA 18002 |
| Vic's Towing Co. | 9420 Byron | | Schiller Park, IL 60176 |
| Vistaprint Corporate Solutions | PO Box 844202 | | Boston, MA 02284-4202 |
| Warehouse Direct | 2001 S Mount Prospect Rd | | De Plaines, IL 60018 |
| WeCare Connect | 100 Mayer Rd | | Frankenmuth, MI 48734 |
| Wellworks for You | 70 E Lancaster Ave | | Frazer, PA 19355 |
| West Town Mechanical | 780 Aec Dr | | Wood Dale, IL 60191 |
| West Town Mechanical | 780 Aec Drive | | Wood Dale, IL 60191 |
| Wild Goose Chase, Inc | 9955 Virginia Ave | | Chicago Ridge, IL 60415-1368 |
| William M Hadesman MD SC | 35253 Eagle Way | | Chicago, IL 60678-1352 |
| Xerox Financial Services | PO Box 202882 | | Dallas, TX 75320-2882 |