# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| TIMOTHY PLACE, NFP, | § | Case No. 20-21554 |
| d/b/a Park Place of Elmhurst, *et al.*, | § | |
| | § | (Jointly Administered) |
| FEIN: 20-1835089, | § | |
| | § | |
| Debtor. | § | Hon. Jacqueline P. Cox |

**FIRST REPORT OF TIMOTHY PLACE, NFP OF COMPLIANCE WITH
ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF
AN ORDER (A) DETERMINING THAT APPOINTMENT OF A
PATIENT CARE OMBUDSMAN IS NOT NECESSARY UNDER
11 U.S.C. § 333 AND (B) ALLOWING THE DEBTOR TO SELF REPORT**

Timothy Place, NFP d/b/a Park Place of Elmhurst, Debtor and Debtor-In-Possession in these jointly administered chapter 11 cases, files its first report of its compliance with the "Order Granting Debtor's Motion For Entry Of An Order (A) Determining That Appointment of A Patient Care Ombudsman Is Not Necessary Under 11 U.S.C. §333 And (B) Allowing The Debtor To Self Report" (Doc. 55) in the form attached hereto as "Appendix A," a copy of which is hereby served upon you.

Dated: February 16, 2021             **TIMOTHY PLACE, NFP**


By:   /s/ Bruce Dopke
       Counsel for the Debtors


Bruce Dopke, Member (ARDC # 3127052)
Dopkelaw LLC
1535 W. Schaumburg Road, Suite 204
Schaumburg, IL   60194
Tel: 847-524-4811
bd@dopkelaw.com

**Appendix A**

Timothy Place, NFP dba Park Place of Elmhurst
Case No. 20-21554

Self-Reporting/affirmation per Ombudsman Motion

Period December 15, 2020 to January 31, 2021

- **Staff Members:** Number of staff members: 237 for the period 12/15/2020 to 1/31/2021. Status of Licenses held by staff members: All licenses are current and up to date. Formal complaints made by Residents or families of Residents: There were none for the period.
- **Staffing Changes:** There has been no material increase or decrease in the number of staff members.
- **Patient/Resident Records:** Resident records are maintained in an electronic medical record (EMR) system. The EMR system is secured on infrastructure that resides in a HIPAA and SOC compliant facility. Access to the infrastructure is protected behind an Enterprise-grade firewall with active security services. Every server is protected by Endpoint Detection and Response software, and is actively monitored 24/7/365 by a Security Operations Center for managed detection and response to threats. Access to the medical records is controlled by role-based security permissions.
- **Vendors:** There have been no formal complaints raised by vendors regarding payment or ordering issues.
- **Formal Complaints:** There have been no formal complaints made by Residents, the families of Residents, or referring physicians.
- **Litigation:** There has been no post-petition litigation or administrative actions against Park Place.
- **Expansion/Closures:** There are no plans to open or close any part of the Campus. This excludes dining areas of the campus which have been closed to congregate dining since the State of Illinois declared a health emergency due to the global pandemic. The dining rooms will reopen to limited congregate dining once the residents have completed a 10-day waiting period after receiving the second Covid-19 vaccine.
- **CCRC Conditions:** There are no new maintenance projects being done at Park Place other than routine maintenance.
- **Life-Safety Issues:** There have been no life safety issues at Park Place during this reporting period.

*[signature]*
Barry VanderGenugten, CFO